UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
METRO FUEL, LLC,

                                        Plaintiff,

            -against-                         **NOTICE OF APPEARANCE**

CITY OF NEW YORK

                                              07-CV-8244 (PAC) (GWG)

                                      Defendant.
------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Sheryl R. Neufeld, appears as counsel for the Defendant the City of New York and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
         October 12, 2007

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel of
                                              the City of New York
                                              Attorney for Defendant
                                              100 Church St., Rm.5-188
                                              New York, New York 10007
                                              Email: sneufeld@law.nyc.gov
                                              Tel: (212) 788-1035
                                              Fax: (212) 791-9714

                                        By:    _____
                                                     Sheryl R. Neufeld (SK-2728)
                                                     Assistant Corporation Counsel

TO:    Eric Hecker, Esq.
         (via ECF)