

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

SHERYL R. NEUFELD
Senior Counsel
Administrative Law Division
phone: (212) 788-1035
fax: (212) 791-9714
email: sneufeld@law.nyc.gov

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-07
```

October 12, 2007

**By Email**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**Application GRANTED
SO Ordered** 10-16-07

*/s/ Paul A. Crotty/*

Re: <u>Metro Fuel, LLC. v. City of New York</u>, 07CV8244 (PAC) (GWG)

**MEMO ENDORSED**

Dear Judge Crotty:

This office represents the defendants in the above-referenced action. I write to request an extension of the defendant's time to answer the complaint in this matter so that I will be able to finish gathering information required to respond to the plaintiff's allegations. Currently, defendant's answer is due on October 15, 2007. I have conferred with Eric Hecker, counsel for plaintiff, and he has consented to the defendant's request to extend its time to answer the complaint until October 29, 2007. This is the defendant's first request for an extension of time to answer and, in light of the plaintiff's consent, I respectfully request that your Honor grant the instant application.

Respectfully submitted,

*/s/ Sheryl R. Neufeld/*

Sheryl R. Neufeld (SK 2728)
Assistant Corporation Counsel

**MEMO ENDORSED**

cc: Eric Hecker, Esq. (by email)