UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

METRO FUEL, LLC,                                         07 Civ. 8244


                            Plaintiff,                  NOTICE OF APPEARANCE


            -against-
                                                        ECF Case

THE CITY OF NEW YORK, et al.,


                            Defendants.
--------------------------------------------------------x


            PLEASE TAKE NOTICE that Debra Greenberger (DG 5159) of EMERY CELLI

BRINCKERHOFF & ABADY LLP hereby appears as counsel for plaintiffs in the above-entitled

action and requests that all papers filed through the ECF system be served upon her by email.


Dated:  New York, New York
        June 13, 2008

                                By:    _____s/_____
                                       Debra Greenberger (DG 5159)

                                       EMERY CELLI BRINCKERHOFF
                                       & ABADY LLP
                                       75 Rockefeller Plaza, 20th Floor
                                       New York, NY 10019
                                       (212) 763-5000
                                       dgreenberger@ecbalaw.com