UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

METRO FUEL LLC,

                        Plaintiff,               No. 07 Civ. 8244 (PAC)

      – against –

THE CITY OF NEW YORK,

                        Defendant.

-----------------------------------------------------------------------x

## NOTICE OF MOTION
## (ORAL ARGUMENT REQUESTED)

PLEASE TAKE NOTICE that, upon the Declarations of Eric Hecker, Esq., Michael A.

Freedman, Jerry Wachtel, and Richard Bass filed simultaneously herewith in this Action,

including all of the exhibits appended thereto, and upon the accompanying Memorandum of Law

and Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1, and upon all prior

proceedings, pleadings, and filings in this Action, Plaintiff will move this Court at the United

States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New

York, New York, before the Honorable Paul A. Crotty, United States District Judge, on a date to

be determined by the Court, for an Order granting summary judgment to Plaintiff pursuant to

F.R.C.P. 56 or, in the alternative, preliminarily enjoining the City of New York, the Department

of Buildings and any other governmental body with authority to enforce the laws of the City of

New York pursuant to F.R.C.P. 65 from enforcing its advertising sign zoning restrictions against

Plaintiff's panel signs, awarding Plaintiff reasonable attorney's fees and related costs in this

action including pursuant to 42 U.S.C. § 1988, and awarding such other relief as may be

appropriate.

Dated:      July 28, 2008
            New York, New York

                              Respectfully submitted,

                              By:  _____/s/_____
                                   Richard D. Emery (RE 5181)
                                   Eric Hecker (EH 0989)
                                   Debra L. Greenberger (DG 5159)
                                   Emery Celli Brinckerhoff & Abady, LLP
                                   75 Rockefeller Plaza, 20th Floor
                                   New York, NY 10019
                                   Tel: (212) 763-5000

To:    Sheryl Neufeld, Esq.
       Assistant Corporation Counsel
       City of New York Law Department
       100 Church Street
       New York, New York 10007