# EXHIBIT 5

# In The Matter Of:

*METRO FUEL, LLC, v.*
*CITY OF NEW YORK,*

---

## IRIS WEINSHAL
### June 18, 2008

---

## RAYVID REPORTING SERVICE, INC.
### 25 West 45th Street - Suite 900
### New York, NY 10036
PH: 212-267-3877 / FAX: 212-692-9171

WEINSHAL, IRIS - Vol. 1

1  sure?
2        Q    I can't really testify, but the
3  question is what you know.
4        A    I believe that they put a
5  scroller up to test whether it would have an
6  impact, on just what you said, traffic and
7  traffic safety.
8        Q    How was that test done?
9        A    They picked a bus stop shelter
10 and they put up a scroller. I believe that --
11 again, I'm a little fuzzy about this, but I
12 believe that our traffic safety people were
13 called in, and I'm pretty sure Kerry went out
14 to look at the scroller. I did not go. I
15 think Phil went out to look at the scroller.
16            So, you may want to check with
17 both of them.
18       Q    I understand there were certain
19 potential reasons why the City might not want
20 to allow scrollers, maybe they posed a traffic
21 safety issue, maybe they had a greater adverse
22 aesthetic impact.
23           My question is, leaving the
24 potential downsides aside, what were the
25 upsides of allowing scroller advertising?

1       A       There was just one upside;
2  generating more revenue.
3       Q       Let me ask you briefly about pay
4  telephones, which I understand are under the
5  auspices of your former agency DCAS and not
6  DOT.
7       A       No, they are under the auspices
8  of DOITT.  You have to get your things
9  straight.
10      Q       I was just trying to be
11 charitable in acknowledging that I know that
12 DOT did not run the pay phone franchise.
13      A       Right.
14      Q       My understanding from other
15 people's testimony is that one of the more
16 significant goals of the street furniture
17 franchise was not just to make the furniture
18 look better than it did, but to coordinate all
19 the different kinds of furniture present in the
20 City from bus shelters to newsstands to pay
21 toilets et cetera.
22      A       To news racks, to trash cans, to
23 anything that was on the street, to coordinate
24 it.
25      Q       And my question is, why weren't

1    public pay telephones.  Did you know,
2    Ms. Weinshall, that under DOITT's rules, PPTs
3    are not allowed to bear advertising signs in
4    residential districts?
5         A    No.
6         Q    Let me ask you about what we
7    generally call urban panels.  Urban panels is
8    the name commonly given to the advertising
9    panels that the MTA has attached to these
10   railings for subway entrances.
11             Do you know what I'm talking
12   about?
13        A    Yes, it's like live TV.
14        Q    Some of them are.  I'll
15   represent to you that there are approximately
16   900 urban panel faces throughout the City,
17   approximately eighty of which are high
18   definition LCD and the great majority are
19   simple static ads.
20        A    Yes.
21        Q    You would agree with me,
22   wouldn't you, that DOT primarily has
23   enforcement jurisdiction over what goes on on
24   City sidewalks?
25        A    Yes.

1  Q    Did DOT, to your knowledge, ever
2  explore whether these advertising panels that
3  the MTA had placed, rather ubiquitously
4  throughout the City were subject to DOT's
5  jurisdiction?
6  A    I remember having conversations
7  with my staff about this.  In particular, I was
8  concerned about the one that had the TV type of
9  advertising.
10 Q    What concerned you about those?
11 A    Again, traffic safety, someone
12 was traveling and they were distracted by what
13 was on the screen, would that cause a traffic
14 accident or cause somebody to lose control of
15 the car.
16        I was told by the head of the
17 Deputy Commissioner for traffic that he didn't
18 see a problem with it, in terms of traffic
19 safety.  He didn't think that would be
20 distracting enough for people, and at the time
21 we had other issues with the MTA, having to do
22 with various construction projects.
23        My Chief of Staff at the time
24 told me to leave it alone.  It was early on in
25 my tenure with DOT, don't get into it with

IRIS WEINSHALL

Page 82

them.  As time goes on, more and more issues come before you and this seems minor compared to all the other problems you have to deal with.

So, I just sort of dropped it. I never did anything with it.

Q    What kind of construction issues were coming up with the MTA?

A    They had a number of construction projects, which required them to take portions of our roadway or in the example of the 1 and 9 train, we had just reconstructed the Staten Island Ferry Terminal and they were digging up the entire area around the Ferry terminal so that we couldn't complete the project.

On Eastern Parkway and Utica Avenue, they had to make it ADA accessible. They had to put elevators in.  They were taking the entire lane on Eastern Parkway.

They were involved in construction in Brooklyn near BAM, that was going on and on, beyond the period of time that we had given them their permit.  So, we had a number of issues with MTA.  We weren't getting

1   along on bus rapid transit, we weren't getting
2   along vis-a-vis creating express bus lanes.
3             So, in the scope of things I had
4   to deal with them on, I wasn't going to take
5   them on regarding this.
6         Q    Street banners, you're familiar
7   with the banner --
8         A    Program.
9         Q    Program.
10            These are the, "advertisements"
11  may or may not be a fair word for --
12        A    Public events.  They are
13  supposed to be for public events.  And then the
14  company sponsoring the banner can then put
15  their name, their image on the bottom of the
16  banner.
17        Q    Do you know when this program
18  started?
19        A    I don't.  I just know when I got
20  to DOT it was there.  And by the way, it's now
21  moved over, to the market -- the Marketing
22  Department now runs this program, not DOT.
23        Q    Do you know when that happened?
24        A    Soon after I left DOT it
25  happened.