# EXHIBIT 17

















