# EXHIBIT 18

| | |
|---|---|
| From: | Shor, Stanley [SShor@doitt.nyc.gov] |
| Sent: | Monday, January 29, 2007 2:19 PM |
| To: | Gould, Kerry |
| Subject: | RE: Ad Week: Discovery Brings Hi-Def Bus Shelters to New York |

Thanks for letting me know.

With regard to traffic, you may want to restrict moving ads to the outside face and allow them only on one way streets. This would ensure would make it less likely that drivers would see the ads.

Stanley Shor
Assistant Commissioner - Franchise Administration
Department of Information Technology and Telecommunications
75 Park Place, 9 Floor
New York, NY 10007
212-788-6550 - phone
212-788-8938 - fax

From: Gould, Kerry [mailto:kgould@dot.nyc.gov]
Sent: Monday, January 29, 2007 2:15 PM
To: Shor, Stanley
Subject: Ad Week: Discovery Brings Hi-Def Bus Shelters to New York

Hello Stanley-

I'm not sure you've seen the Ad Week article but I imagine Van Wagner will be following up with you. Unfortunately, the article is not true and the Discover Channel campaign is not moving forward. DOT was not contacted about the article and we have let Cemusa know we disapprove.

We did meet with Cemusa on Friday to discuss electronic options and where DOT stands. Because technology will continue to advance and we believe someday will be more broadly used we are interested in running a test whose parameters measure the visual impact of the moving screen on traffic flow. We feel we need to assess this in order to make an informed judgment in the future. We do not have the parameters for the test established but our intention is to strictly limit both the number of screens and the time they remain up so we can collect before and after data on impacts. We are still in the development phase so there will be no additional of monitors in the near future. Cemusa did add another screen on 34th Street but they have been directed to remove that screen. The only approved location is 42nd Street and Lexington Avenue. When we have further details regarding the broader test I will forward them to you. Based on the article the DOT test will most likely be furthered delayed.

If anything more permanent then this occurs we will to return to the Art Commission.

It is unfortunate this article appeared without having the facts checked.

Thanks,

Kerry

-----Original Message-----
From:    Litman, Joseph [mailto:Joseph.Litman@edelman.com]
Sent:    Monday, January 29, 2007 09:12 AM Eastern Standard Time
To:      Toulla Constantinou; Katie Schwab
Cc:      @Edelman Cemusa; Suri Kasirer; Julie Greenberg; Justin Ettinger
Subject: Ad Week: Discovery Brings Hi-Def Bus Shelters to New York

Hi Toulla and Katie,

The Ad Week website has posted a story about the new video screens that Cemusa is currently testing around New York. David Askew is quoted in the story.

http://www.adweek.com/aw/magazine/article_display.jsp?vnu_content_id=1003538576

Discovery Brings Hi-Def Bus Shelters to New York
January 29, 2007
By STEVE MCCLELLAN

Pedestrians in major cities are familiar by now with Discovery Communications' oversize outdoor ad presence. It frequently uses phone kiosks and other so-called "street furniture" to help brand its TV networks with still shots of dinosaurs, exotic locales or the latest high-tech weaponry and other fare from its stable of original programming.

But now, at select bus shelters in New York City, the dinosaurs will be moving, the locales will come to life and the weapons will be blowing stuff up as the network, Omnicom's PHD, its media agency, and outdoor ad space vendor Cemusa embark on a first-ever test using high-definition TV screens and Bluetooth technology to showcase ads at outdoor venues.

The first display was installed last week at a bus stop outside Grand Central Terminal, and plans call for an additional

2

nine screens to be set up at the highest foot-traffic points throughout the city (including Times Square, Penn Station and Port Authority) over the next two weeks.

The building and installation of the sets would itself make for a good Discovery Science program. According to David Askew, director of sales and marketing for Cemusa, elaborate tests had to be conducted to ensure that the sets would deliver quality signals during extreme temperatures, high humidity and thunderstorms.

And being New York, precautions had to be taken to ensure that the sets wouldn't be tampered with or stolen. They are sealed between plates of bullet-, bat- and crowbar-proof plastic. "We have taken every precaution to ensure that they are pretty much guarded against anything," said Askew. "It would take hours to wrench out the screen, and anybody who tried would probably end up breaking it." But just in case, the sets are also wired with security alarms and GPS tracking devices, according to notices on the shelters.

It was PHD that brought the idea to client Discovery last summer. "They push us for innovation," said Jay Altschuler, VP, group media director, PHD, adding that his team was "on the phone with Cemusa almost the day after" that company assumed oversight of ad sales for New York's bus shelters last June.

The Bluetooth technology adds several components, said Altschuler, such as audio and interactive features that let users download clips and digital reminders to their phones that sound before scheduled programs. PHD will track how Bluetooth subscribers interact with the sets.

It was such innovations that sold the network on the idea, said Chris Schembri, SVP, media planning and partnerships, Discovery. "This is clearly a lot different than the typical billboard or bus poster," he said. And the network is producing increasing amounts of HD programming, so to have ad displays that provide comparable quality video is critical, he said.

For example, an upcoming five-week installment of Planet Earth was shot entirely in HD and will be promoted heavily on the screens before its debut in late March. The Planet Earth bus shelter ads will be tied to a larger campaign that includes cinema and cable ads, said Schembri. In addition to Planet Earth, other shows to be promoted on the HD bus shelters include Future Weapons, a new program with chef Anthony Bourdain, and a new installment of Animal Planet's Meerkat Manor. Discovery did not disclose a budget for the campaign.

Beyond the 10 shelters with HD sets, another 40 will be Bluetooth enabled. Another 100 will feature traditional outdoor ads. Discovery's deal with Cemusa gives the cable network one full year of exclusive access to the HD and Bluetooth shelters with options to renew and expand as Cemusa expands the high-tech network.

Last year, Cemusa won the right to sell ads on 3,300 bus shelters and other outdoor venues in New York for $1 billion over 20 years. Making the bus shelters HD and Bluetooth capable requires city approval. Askew said that Cemusa has plans for expansion "where appropriate."

"We'd love to continue to develop it," he said. "This is an exciting test of a new medium."


joseph litman | account executive

edelman | public affairs

1500 broadway | new york, ny 10036

p: 212.704.8277 | f: 212.704.0230

joseph.litman@edelman.com


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NYC015501

*******************************

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

Thank you.

NYC – Department of Transportation

************************************************************************************************************************
*******************************

************************************************************************************************************************
*******************************

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

Thank you.

NYC – Department of Transportation

************************************************************************************************************************
*******************************