Neufeld, Sheryl

**From:** Browne, N. Patricia (Legal Affairs) [npbrowne@dot.nyc.gov]
**Sent:** Monday, March 10, 2008 5:58 PM
**To:** Neufeld, Sheryl
**Subject:** FW: Electronic media test
**Attachments:** video test.JPG; video test shelter.JPG; Electronic media test_DOT.xls

-----Original Message-----
From: Guma, Amanda
Sent: Monday, March 10, 2008 3:13 PM
To: Browne, N. Patricia (Legal Affairs)
Subject: FW: Electronic media test

-----Original Message-----
From: Gould, Kerry
Sent: Monday, February 12, 2007 5:15 PM
To: Moran, Constance; Palmieri, Joseph; Forgione, Margaret; McCarthy, Maura
Cc: Primeggia, Michael; Pondish, Susan; Guma, Amanda
Subject: Electronic media test

Hello Everybody-

In the street furniture franchise DOT has the option to allow Cemusa to use "electronic" media on a case by case basis. With all the advancements in technology the wider use of electronic media is likely. In order to plan for this and stay in front of what's happening, the Commissioner has agreed to a small electronic media test.

As of now this test will consist of ten high definition LCD screens (similar to what you see at the subway kiosks) that will play a video. We may also allow a Bluetooth test at these same locations. This consists of a Bluetooth transmitter in the shelter sending out a signal to subscribers in a fifteen foot radius. The individual can accept or decline the message and they will only receive the message once.

We're going to look at accident data and conduct customer service surveys at the locations to determine how we will handle in the future. All of the locations are in commercial areas and the test will not last longer then twelve months. A majority of the locations are in Manhattan. There will be at least two in the outer boroughs, possibly three.

Please take a look at the suggested list and let me know if you foresee any problems. I've also attached an image of what the screen looks like when installed in the shelter. We would like to finalize the list fairly soon so any input you have is greatly appreciated.

Thanks,
Kerry
<<video test.JPG>> <<video test shelter.JPG>> <<Electronic media test_DOT.xls>>
Kerry Gould-Schmit
Assistant Commissioner
Coordinated Street Furniture Franchise
59 Maiden Lane, 35th Floor
New York, NY 10038
kgould@dot.nyc.gov
P: 212.839.2164

3/13/2008



EXHIBIT NO. 159
JINEEN PAVESI