# EXHIBIT 20







