# EXHIBIT 22















