# EXHIBIT 24

Case 1:07-cv-08244-PAC    Document 16-32    Filed 07/28/2008    Page 1 of 7







