# EXHIBIT 25





