# EXHIBIT 27

| | |
|---|---|
| From: | Shor, Stanley |
| Sent: | Thursday, April 01, 2004 12:32 PM |
| To: | Johnson, Emily |
| Subject: | FW: MTA Signs |

This is what I wrote.

-----Original Message-----
From: Shor, Stanley
Sent: Tuesday, March 30, 2004 12:23 PM
To: Menchini, Gino; Cangemi, Agostino; Ahlbaum, Mitchel
Subject: RE: MTA Signs

The subway stairs are an appurtenance to the station which is a transit facility, as defined in section 1200 of the Public Authorities Law (PAL). The PAL allows the MTA to collect revenues from "concessions or privileges" on or in connection with transit facilities.

The question, which I believe would have to be answered by the Law Department, is whether the MTA can extend an appurtenance into the City's air space for the sole purpose of generating revenue from advertising. This is basically what they have done by authorizing an advertising company to install signs supported by the fences that enclose the subway entrances. They have also used this space for public pay telephones.

I believe that the use of the entrances to generate revenue impacts upon the adjacent uses and may exceed the authority granted under the law.

-----Original Message-----
From: Menchini, Gino
Sent: Monday, March 29, 2004 5:59 PM
To: Cangemi, Agostino; Shor, Stanley; Ahlbaum, Mitchel
Subject: Fw: MTA Signs

Please take a look at Susan's notes and please prepare a response for me to her. Thanks.

-------------------------------------------
Gino Menchini
Commissioner - Dept. of Information Technology and Telecommunications


-----Original Message-----
From: Kupferman, Susan <SKupferman@cityhall.nyc.gov>
To: Menchini, Gino <GMenchini@doitt.nyc.gov>
Sent: Mon Mar 29 17:25:00 2004
Subject: MTA Signs

Apparently, the MTA owns the property where the signs are located and therefore doesn't believe they need City approval or to share the revenues.

Do we disagree with this?

-----Original Message-----

1



From: Linda Kleinbaum [mailto:lkleinba@mtahq.org]
Sent: Saturday, March 27, 2004 4:32 PM
To: SKupferman@cityhall.nyc.gov
Subject: Re: FW: Heads up

Susan--The LED's replace back-lit urban panels on MTA property. All installations are complete and revenues assist with agency operating expenses. Linda

Linda Kleinbaum
Deputy Executive Director Administration Metropolitan Transportation Authority
Tel: 212-878-7206
Fax: 212-878-0186
Email: lkleinba@mtahq.org

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.