# EXHIBIT 28

Case 1:07-cv-08244-PAC    Document 16-36    Filed 07/28/2008    Page 1 of 2



CITY OF NEW YORK
OFFICE OF THE MAYOR
NEW YORK 7, N.Y.

S 3472

April 15, 1959  lg

Re: S.(Helman) I. 3472... Pr. 4017 -
AN ACT to allow the New York City Transit
Authority to permit advertising on
property under its control and
jurisdiction

Honorable Nelson A. Rockefeller
Governor of the State of New York
Albany, N.Y.

Dear Governor:

    I have received your request for my recommendation concerning the above bill.

    The object of this bill is to authorize the New York City Transit Authority to erect signs or other printed, painted or advertising matter on any property, including elevated structures, leased or operated by it or otherwise under its jurisdiction and control (Public Authorities Law §1204, new subdiv. 13-a).

    This bill was sponsored on the recommendation of the New York City Transit Authority. The Authority advises me that the revenue to be realized by it for advertising as authorized by the proposed law would be approximately $1,000,000 a year.

    Any additional revenues received by the Authority would be helpful in preserving the present fare structure of the New York City transit facilities. This I am most anxious to do.

    Accordingly, I recommend that you approve the bill.

Very truly yours,

ROBERT F. WAGNER, Mayor

By Bernard J. Ruggieri
Assistant to the Mayor

05