# EXHIBIT 29



CLOSE WINDOW

FOR IMMEDIATE RELEASE
PR- 157-06
May 15, 2006

## MAYOR MICHAEL R. BLOOMBERG APPLAUDS FRANCHISE AND CONCESSION REVIEW COMMITTEE'S UNANIMOUS APPROVAL OF STREET FURNITURE CONTRACT

"With today's approval by the Franchise and Concession Review Committee of the City's Coordinated Street Furniture Franchise Agreement with Cemusa, Inc., we have cleared one of the final hurdles to replace 3,300 bus shelters and 330 newsstands, and add 20 public toilets to the City's streetscape. This historic agreement is a shining example of the benefits of public-private partnerships; our partnership with Cemusa will bring over $100 million in private capital investment to provide needed public amenities and will generate roughly $1 billion in new revenue for the City over the 20-year life of the contract.

"In the coming weeks, while the contract is being reviewed and then registered by the City's Comptroller, the Art Commission will be working with Cemusa and their architects to put the final touches on the bus shelter, newsstand and toilet designs so that the final designs can be approved early this summer. Once the Art Commission has approved the designs, the manufacturing process will begin and we are pleased that Cemusa has committed to using local manufacturers, which will provide an added benefit for local businesses and create new jobs for New Yorkers. We are going to have a busy summer getting ready for the first phase of installation this fall, and today's vote is an important step towards seeing this long-awaited project through to completion.

"I applaud the members of the Franchise and Concession Review Committee including Comptroller William Thompson and our five Borough Presidents for supporting this initiative. I also thank Deputy Mayor for Economic Development & Rebuilding Dan Doctoroff for his leadership on this important initiative, and Transportation Commissioner Iris Weinshall, Economic Development Corporation President Andrew Alper, Consumer Affairs Commissioner Jonathan Mintz and Corporation Counsel Michael Cardozo as well as the Art Commission and all of the members of the Design Advisory Committee for their tireless commitment to this project. And finally, we are pleased to have such an excellent corporate partner in Cemusa, and thank their architects Nicholas Grimshaw Architects for their efforts to create an iconic design for New York City's street furniture."

MEDIA CONTACT:

Stu Loeser/Jennifer Falk   (212) 788-2958