# EXHIBIT 30



# CEMUSA

## COORDINATED STREET FURNITURE FRANCHISE
BEST AND FINAL OFFER, JUNE 27, 2005
PIN # 84104MBAD689



COMPENSATION BAFO

| year | Guaranteed Annual Minimum Compensation A | Projected Gross Revenues B | Revenue Share C | Projected Payments Using Revenue Share BXC=D | Projected Payment Above GMAC D-A=E | Upfront Payment F | Actual GMAC to City (GMAC less credit for upfront payment) G | Other Additional Compensation Above GMAC (In kind contribution) H | Contingent Compensation Above GMAC (1) I | Rate of Capital Investment J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 21,299 | 64,228 | 50% | 32,114 | 10,815 | 118,460 | - | 18,000 | | 22,286 |
| 2 | 26,951 | 69,439 | 50% | 34,719 | 7,768 | | - | 15,900 | | 20,371 |
| 3 | 33,477 | 74,855 | 50% | 37,427 | 3,950 | | - | 16,300 | 4,089 | 18,979 |
| 4 | 36,733 | 80,184 | 50% | 40,092 | 3,359 | | - | 16,700 | 4,191 | 11,796 |
| 5 | 39,606 | 82,253 | 50% | 41,126 | 1,520 | | 39,606 | 17,100 | 4,296 | 12,069 |
| 6 | 41,480 | 84,375 | 50% | 42,188 | 707 | | 41,480 | 17,500 | 4,403 | 2,929 |
| 7 | 42,610 | 86,936 | 50% | 43,468 | 858 | | 42,610 | 18,000 | 4,513 | 590 |
| 8 | 43,866 | 89,572 | 50% | 44,786 | 920 | | 43,866 | 18,400 | 4,626 | 807 |
| 9 | 45,158 | 92,285 | 50% | 46,143 | 984 | | 45,158 | 18,900 | 4,742 | 510 |
| 10 | 46,488 | 95,078 | 50% | 47,539 | 1,052 | | 46,488 | 19,400 | 4,860 | 441 |
| 11 | 47,855 | 97,916 | 50% | 48,958 | 1,103 | | 47,855 | 19,800 | 4,982 | 3,781 |
| 12 | 49,262 | 100,836 | 50% | 50,418 | 1,156 | | 49,262 | 20,300 | 5,106 | 608 |
| 13 | 50,709 | 103,841 | 50% | 51,921 | 1,211 | | 50,709 | 20,800 | 5,234 | 583 |
| 14 | 52,198 | 106,934 | 50% | 53,467 | 1,269 | | 52,198 | 21,400 | 5,365 | 515 |
| 15 | 53,730 | 110,088 | 50% | 55,044 | 1,314 | | 53,730 | 21,900 | 5,499 | 655 |
| 16 | 55,305 | 113,334 | 50% | 56,667 | 1,361 | | 55,305 | 22,400 | 5,636 | 3,638 |
| 17 | 56,912 | 116,672 | 50% | 58,336 | 1,424 | | 56,912 | 23,000 | 5,777 | 641 |
| 18 | 58,550 | 120,107 | 50% | 60,054 | 1,503 | | 58,550 | 23,600 | 5,922 | 183 |
| 19 | 60,125 | 123,110 | 50% | 61,555 | 1,431 | | 60,125 | 24,200 | 6,070 | 62 |
| 20 | 61,628 | 126,188 | 50% | 63,094 | 1,466 | | 61,628 | 24,800 | 6,222 | 80 |
| TOTAL | 923,945 | 1,938,232 | | 969,116 | 45,172 | 118,460 | 805,484 | 398,400 | 91,532 | 101,523 |

General Note: Dollars are in Thousands
(1) This compensation is based on the provision of an additional 200 scrollers in the most favorable advertising locations. (Each scroller has 6 faces)
* Inflation rate of 2.5% per year