# EXHIBIT 31

**From:** Altschuler, Howard
**Sent:** Thursday, July 07, 2005 12:37 PM
**To:** 'toulla@cemusainc.com'
**Cc:** Gould, Kerry
**Subject:** One Quick Question

Dear Ms. Constantinou,

You listed a compensation for the use of scrolling ads as a contingency, if scrolling as described by you is allowed would Cemusa move that value from a contingency to the guarantee? Please provide an answer to this question as soon as possible and we are trying to complete the evaluation process.

Thank you,
Howard Altschuler

06/07/2006


EXHIBIT

**CEMUSA**

July 7, 2005

Kerry Gould-Schmit
New York Department of Transportation
40 Worth Street, Room 1009
New York, NY 10013

RE: Coordinated Street Furniture Franchise
PIN#84104MBAD689

Dear Ms. Gould-Schmit,

Cemusa would like to be a long term partner with the City of New York in the Coordinated Street Furniture Franchise project.

Cemusa is willing to guarantee 95% of the Contingent Compensation once the installation program for all the street furniture elements required and the additional scrollers is completed. Cemusa expects installation of all the required street furniture to be completed in year five and as such the contingent compensation guarantee would start in year six. Prior to the complete installation, any revenues generated by the additional scrollers would be shared 50/50 with the NYCDOT. Our plans are to install the additional scrollers in year two. This compensation is based on placing the additional scrollers in the most advantageous advertising locations selected by Cemusa.

Thank you very much and we look forward to hearing from you.

Sincerely,

Toulla P. Constantinou
CEO, Cemusa Inc.

645 N. Michigan Avenue, Suite 800 • Chicago, IL 60611 • Phone 312/867-5425 • Fax 312/867-5956 • www.cemusa.com