# EXHIBIT 32

Case 1:07-cv-08244-PAC    Document 16-40    Filed 07/28/2008    Page 1 of 2

NYC013883



| | |
|---|---|
| From: | Shor, Stanley |
| Sent: | Monday, March 05, 2007 10:10 AM |
| To: | Ahlbaum, Mitchel |
| Subject: | budget hearing info |

PPTs:

There are currently about 24,000 public pay telephones on the streets in the five boroughs. Due to decreasing usage, the number of phones has declined an average of 1,700 phones per year during the last five years. Even with the decline in numbers the revenue has grown. The average revenue to the City per phone during fiscal year 2006 was $773 which is higher than any prior year. Advertising is responsible for 74% of the revenue received.



Not-Responsive

Stanley Shor
Assistant Commissioner - Franchise Administration
Department of Information Technology and Telecommunications
75 Park Place, 9 Floor
New York, NY 10007
212-788-6550 - phone
212-788-8938 - fax



1



EXHIBIT NO. 90
JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST