# EXHIBIT 33



Office of the Mayor

## NEWS from the BLUE ROOM

🖶 Printer Friendly Format

View Press Conference
56k or 300k

FOR IMMEDIATE
RELEASE
April 2, 2003
PR- 086-03
www.nyc.gov

Advanced Search

Home Page

▸ **News and Press Releases**
  - Recent Events
  - January 2008
  - 2007 Events
  - 2006 Events
  - 2005 Events
  - 2004 Events
  - 2003 Events
  - 2002 Events

Mayoral and City Agencies

Photo Gallery

Biography



### MAYOR MICHAEL R. BLOOMBERG APPOINTS JOSEPH M. PERELLO AS CHIEF MARKETING OFFICER FOR NEW YORK CITY

*Chief Marketing Officer Will Leverage City's Image and Assets To Generate New Revenue Streams for New York City*

Mayor Michael R. Bloomberg today announced the appointment of Joseph M. Perello as Chief Marketing Officer for the City of New York. The Chief Marketing Officer (CMO) will develop revenue-generating opportunities that benefit New York City through marketing, licensing, sponsorship and other commercial enterprises.

"Recognized around the world, New York City is a powerful symbol to which people
have always been drawn," said Mayor Bloomberg. "New York has always evoked energy, excitement, diversity and optimism.  As I said in my State of the City address, the Chief Marketing Officer will capitalize on our qualities and aggressively market all of our competitive advantages. Joe Perello and his team will establish a centralized marketing strategy for the City that will enable us to effectively leverage the world's affection and admiration for New York City and the unique assets that we possess."

"Through the network of City agencies, we hold in our hands the communication vehicles and certain rights and assets that will prove to be very valuable when packaged and presented on a citywide platform," said Deputy Mayor Doctoroff. "Managed centrally, these commercial assets will generate additional revenue for the City and for each agency.  Similar to sports franchises and cultural institutions that use stadiums and exhibits as their canvas for corporate support, New York City can do the same. The difference here is that the entire City will be our canvas."

The primary objectives of the Office of the Chief Marketing Officer (CMO) include identifying the core marketing assets of the City and each City agency and tastefully centralize them into a comprehensive value proposition to corporate sponsors much the same way any successful sports franchise or museum develops corporate support. Simultaneously, the CMO will develop proprietary City trademarks to license and distribute much the same way the NFL or the NBA develops, licenses and distributes their teams and league marks.

The CMO will also coordinate the City's marketing efforts to build a consistent brand by working with NYC & Company, the City's tourism and convention bureau, the Department of Cultural Affairs, the New York City Host Committee, which is charged with attracting major, image-enhancing events, the Mayor's Office of Film, Theatre and Broadcasting, which has made enormous strides in making New York an even more friendly place to shoot a film and put on a show, and the City's Economic Development Corporation, which is now aggressively courting business to New York. The CMO will report



Clear Channel

EXHIBIT NO. 1

JINEEN PAVESI
CERTIFIED REALTIME SPECIALIST

directly to Deputy Mayor Doctoroff.

"I am honored at being selected by Mayor Bloomberg and Deputy Mayor Doctoroff to help New York City build a great marketing plan," said CMO Perello. "I can't help but feel a rush of enthusiasm about the mission ahead of us and the potential for progress. Moreover, having great respect for the accomplishments of Mayor Bloomberg and his administration, I am excited to be part of a team that places such a high value on inspiring ideas, smart management and accountability."

Prior to his appointment, Joe Perello was the president of the marketing agency Perello & Company. The firm specialized in sports consulting, team and league marketing services, and sponsorship measurement and development. Clients included Modell's Sporting Goods, the National Football League and Everlast Worldwide.  Prior to running the agency, he was Vice President of Business Development for the New York Yankees. He developed many of the team's business models, doubled sponsorship revenue and helped the Yankees to exceed the 3 million-attendance mark for the first time. Perello also helped start David Bowie's interactive firm, UltraStar, a subscription-based business focused on the music industry. Before that, Perello spent almost 10 years with MBNA America. Perello graduated from University of Delaware in 1990 with a degree in History and Journalism. He is married to Wendy, also a marketing professional, and they have a son, Matthew who is 18 months old.

**www.nyc.gov**

Contact:  Ed Skyler / Jennifer Falk
            (212) 788-2958

Copyright 2008 The City of New York

Contact Us | FAQs | Privacy Statement | Site Map

1/11/2008 3:08 PM