# Appendix A

## History of New York City Signage Enforcement

The following timeline summarizes the efforts that New York City has made over the past decades to regulate outdoor advertising signs.

- 1967: Highway Beautification Act
  - Federal law governing highway billboards throughout the United States
- 1968: Recodification of NYC Building Code
- 1979: Amendment of Building Code
  - Introduced provisions to "grandfather" illegal signs that complied with new registration process
  - Signs that participated in the program were given the status of "legal, nonconforming" signs
- 1998: City Planning Commission amended the Zoning Resolution
  - Removed or reformulated many exemptions contained in the definition of "advertising sign" and replaced with single definition
  - Changed the definition of "advertising sign" by clarifying that only signs referencing commercial activity conducted on other zoning lots are to be included within the definition, and deleted the definition of "business sign" as unnecessary
- 2001: City Planning Commission amended Zoning Resolution
  - Amendment established size, height, projection, and other zoning regulations for signs
  - Approved by City Council on February 27, 2001
  - City Council Local Law # 14
  - Amended the Building Code and called for the adoption of implementing regulations (companion Legislation to zoning amendment)
  - Technical issues prevented regulations from ever being enforced

  - Significant industry company sues City seeking to prevent enforcement of new Zoning Resolutions and Local Law 14
  - Plaintiff loses summary judgment motion
- 2002-2004: City Unsuccessfully Attempts to Implement Enforcement
  - City introduces a "voluntary" compliance program that would have required companies to comply in a graduated program over an 18 month period
  - Few companies agree to participate in the voluntary compliance program
  - City eventually decides to abandon voluntary compliance program and instead seeks to adopt new "mandatory" enforcement regulations
- 2005: City Council Local Law # 31
  - Amended certain deficiencies with Local Law 14 with a view toward imposing a registration and mandatory compliance program
  - Implementation required new enforcement regulations
  - Preliminary enforcement regulations published, but implementation delayed
- 2006: STILL NO ENFORCEMENT
  - Awaiting final promulgation of new regulations from the Dept. of Buildings
  - Scheduled to be signed off by NYC Department of Law during week of July 10 and published during week of July 17
  - Regulations to become effective 30 days after publication
  - Registration requirements commence 60 days after Regulations become effective



Appendix B

List of New York City Licensed Sign Hangers

# Licensed Sign Hangers - As of 11/01/2005

Total Number of Active Sign Hangers - 48

| Lic # | Lic Class | Licensee Name | Business Name | Business Address | City, State, & Zip | Business Telephone # | License Expiration Date |
|---|---|---|---|---|---|---|---|
| 000034 | S | HARVEY FRUMKIN | L.S. SIGN CO. INC. | 1014 BROOKLYN AVENUE | BROOKLYN NY 11203 | (718) 469-8600 | 9/30/2005 |
| 000105 | S | ULRICH J. ROTH | FIVE TOWN NEON SER.INC. | 1849 GATEWAY BOULEVARD | FAR ROCKWAY NY 11691 | (718) 657-4343 | 9/30/2005 |
| 000137 | S | ANTHONY S. CALVANO | LANDMARK SIGNS & ELECT MA | 1501 BROADWAY, SUITE 704 | NEW YORK, NY 10036 | | 4/30/2006 |
| 000148 | S | FRANK P SOLDO | ACTIVE SIGNS INC | 37 WEST 32ND STREET SUITE 4B | NEW YORK NY 10001 | (212) 564-9696 | 1/31/2006 |
| 000149 | S | RAYMOND MONTANA | MONTANA ELECTRICAL DEC CP | 128 EAST 131ST STREET | NEW YORK NY 10037 | (212) 368-4600 | 9/30/2005 |
| 000155 | S | ERIC BERGER | BERGER SIGN INC. | 90-12 144TH PLACE | JAMAICA QUEENS NY 11435 | (718) 523-4625 | 12/31/2005 |
| 000160 | S | KENNETH R. FIELDS | ACE HIGH CRANES INC | 149-19 GUY BREWER BLVD | JAMAICA NY 11434 | (718) 204-6100 | 11/30/2005 |
| 000161 | S | HALE RISCHERT | BARTER SIGNS INC | 86-19 116TH STREET | RICHMOND HILL NY 11418 | (718) 849-2888 | 3/31/2006 |
| 000162 | S | KEVIN J. GOING | THE GOING SERVICING CO IN | 66-40 69TH STREET | MIDDLE VILLAGE, NY 11379 | (718) 895-1444 | 12/31/2005 |
| 000164 | S | ROBERT F BROWN | TRU-ART SIGN CO.,INC | 105-15 180TH STREET | JAMAICA NY 11433 | (718) 658-5068 | 8/31/2006 |
| 000166 | S | JAMES V. MAUCERI | MAUCERI SIGN CO. INC | 132-05 MERRICK BLVD | SPRINGFIELD GARDENS NY 11434 | (718) 341-1000 | 4/30/2006 |
| 000168 | S | RONALD G. MALANGA | BLUE BOY SIGNS | 1234 CASTLETON AVENUE | STATEN ISLAND NY 10310 | (718) 442-0598 | 9/30/2005 |
| 000171 | S | LAWRENCE DERESPINIS | INTERBORO SIGN & MAINT INC. | 51-02 27TH STREET | LONG ISLAND CITY NY 11101 | | 12/31/2005 |
| 000172 | S | DAVID BROWN | NORTH SHORE NEON SIGN CO | 46-49 54 AVENUE | MASPETH NY 11378 | (718) 937-4848 | 6/30/2006 |
| 000174 | S | WAYNE A. BIFULCO | SAMSON SIGN & AWNING LLC | 105-15 180TH STREET | JAMAICA, NY 11433 | | 9/30/2005 |
| 000178 | S | JAMES RAMSBURGH | EMPIRE ERECTORS & ELEC CO | 102 BRUCKNER BLVD | BRONX NY 10454 | (718) 292-1600 | 7/31/2006 |
| 000179 | S | JEFFREY PETERSEN | AMERICAN SIGNCRAFTERS | 51-02 27TH STREET | LONG ISLAND CITY NY 11101 | (718) 752-9776 | 5/31/2006 |
| 000182 | S | DONALD CANGIALOSI | SERVICE SIGN ERECTORS CO | 120 EAST 131ST STREET | NEW YORK NY 10037 | (212) 368-4600 | 3/31/2006 |
| 000184 | S | CARL J. PAPARELLA | NATIONAL MAINTENANCE, INC | 108-18 72ND AVE | FOREST HILLS NY 11375 | (718) 520-6941 | 9/30/2005 |
| 000186 | S | MICHAEL J. PERAS | ULTIMATE SIGNS&DESIGNS CO | 36-30 37TH STREET | LONG ISLAND CITY NY 11101 | (718) 472-2720 | 12/31/2005 |
| 000187 | S | TIMOTHY L DONOHUE | INTERBORO SIGN & MAINT INC. | 51-02 27TH STREET | LONG ISLAND CITY NY 11101 | | 1/31/2006 |
| 000188 | S | ROBERT RONIGER | VAN WAGNER SIGN EREC LLC | 47-50 VAN DAM STREET | LONG ISLAND CITY NY 11101 | (718) 383-7245 | 2/28/2006 |
| 000189 | S | SR PETER FOTIADIS | ACCURATE SIGNS & AWNINGS | 166 2ND AVENUE | BROOKLYN, NY 11215 | (718) 847-4404 | 2/28/2006 |
| 000194 | S | FREDRICK WEILER | AA ACTIVE STEEL POLE CO | 23-59 STEINWAY STREET | LONG ISLAND CITY NY 11105 | | 10/31/2005 |
| 000195 | S | JEFFREY P. BAHNSEN | PAUL SIGNS INC | 654 4TH AVENUE | BROOKLYN NY 11232 | (718) 788-7593 | 11/30/2005 |
| 000196 | S | PAUL M. BOEGEMANN | PAUL SIGNS, INC | 654 4TH AVENUE | BROOKLYN NY 11232 | (718) 788-7593 | 11/30/2005 |
| 000197 | S | JOSEPH J. CALVANO | A.M.A HOLDINGS INC | 1149 CLOSE AVENUE | BRONX NY 10472 | | 12/31/2005 |
| 000198 | S | EYAL MIZRAHI | CITY SIGNS INC | 1940 MCDONALD AVE | BROOKLYN NY 11223 | (718) 375-5933 | 12/31/2005 |
| 000199 | S | DAVID WEHMEYER | METROPOLITAN SIGN & RIG | 747 EAST 132ND STREET | BRONX NY 10454 | | 12/31/2006 |
| 000200 | S | DOMINICK LETTERA | LETTERA SIGN & ELEC CO.,I | 1209 BRONX RIVER AVE | BRONX NY 10472 | (718) 991-1000 | 12/31/2005 |
| 000201 | S | MICHAEL DEMARCO | GRAPHIC SIGNS & AWNINGS | 1658 INDUSTRIAL LOOP | STATEN ISLAND NY 10309 | (718) 227-6000 | 1/31/2006 |
| 000202 | S | GERARD J. POMPA | GRAPHIC SIGNS & AWNINGS L | 1658 INDUSTRIAL LOOP | STATEN ISLAND NY 10309 | (718) 227-6000 | 1/31/2006 |
| 000204 | S | JAMES E. COOPERSMITH | ACCURATE SIGNS&AWNINGS IN | 114-05 ATLANTIC AVENUE | RICHMOND HILL NY 11418 | (718) 847-4404 | 5/31/2006 |
| 000205 | S | DOMINICK F. PAPARELLA | NATIONAL MAINTENANCE INC | 1317 THIRD AVENUE, SUITE 100 | NEW YORK NY 10021 | | 5/31/2006 |
| 000206 | S | STEPHEN J. CARUSO | NATIONAL SIGN&DESIGN CORP | 8303 5 AVENUE | BROOKLYN NY 11209 | (718) 748-8330 | 7/31/2006 |
| 000207 | S | TOM COCCHIERE | THE ARTKRAFT STRAUSS SIGN | 1776 BROADWAY, SUITE 1600 | NEW YORK NY 10019 | (212) 265-5155 | 7/31/2006 |
| 000208 | S | GEORGE W. COLE | UNIVERSAL STEEPLEJACK INC | 37 HOLLY AVENUE | STATEN ISLAND NY 10308 | (718) 605-1234 | 8/31/2006 |
| 000210 | S | ARTHUR TORRONE JR | FRANK TORRONE&SONS INC | 400 BROADWAY | STATEN ISLAND NY 10310 | (718) 273-7600 | 1/31/2006 |
| 000211 | S | STEVEN MOORE | CITY ELECT SIGN ERECTORS | 46-49 54TH AVENUE | MASPETH NY 11378 | | 3/31/2006 |
| 000212 | S | TOM BROWN | NORTH SHORE NEON SIGN CO | 46-49 54TH AVENUE | MASPETH NY 11378 | (718) 937-4848 | 3/31/2006 |
| 000213 | S | STEPHEN P. CHARMAN | VIACOM OUTDOOR GRP INCORP | 49-29 MASPETH AVENUE | MASPETH NY 11378 | (718) 366-6180 | 7/31/2006 |
| 000215 | S | CHANG K. HAHN | SPACE SIGN | 15-25 132ND STREET | COLLEGE POINT NY 11356 | (718) 429-1101 | 7/31/2006 |
| 000217 | S | JONATHAN C. BRAGOLI | NATIONAL MAINTENANCE, INC | 1317 THIRD AVENUE, SUITE 100 | NEW YORK NY 10021 | | 9/30/2005 |
| 000218 | S | FENGHAIXU ZHANG | NEW YORK SIGN CITY INC | 41-06 DELONG STREET | FLUSHING NY 11355 | | 10/31/2005 |
| 000219 | S | JOSEPH P. MORRA | SPECTRUM SIGNS INC | 30-05 VERNON BLVD. | ASTORIA NY 11102 | | 11/30/2005 |
| 000220 | S | BERNARD J. GIARRAPUTO | L.S. SIGN CO. INC. | 1014 BROOKLYN AVENUE | BROOKLYN NY 11203 | | 12/31/2005 |
| 000221 | S | MICHAEL A. DEGIACOMO | NEPTUNE SIGN & AWNING | 3524 ROMBOUTS AVENUE | BRONX NY 10475 | | 2/15/2006 |
| 000222 | S | CRISTIAN E. TOMAS | L.S. SIGN CO. INC. | 1014 BROOKLYN AVENUE | BROOKLYN NY 11203 | | 3/31/2006 |



NYC011514



Appendix C

Pictures of Non-permitted Manhattan Signs

# Appendix D

Power Point Presentation Made By
Van Wagner Communications to
Deputy Mayor Doctoroff and Staff
July 12, 2006


Enforcing
Signage Regulations
Van Wagner


Unwire
your
world.
AUTO
SHOW
APRIL 18-27
New York's arterial highways
and Manhattan's streetscape
are cluttered with over
1800 illegal advertising signs.
Van Wagner


In 2005 advertisers spent
$50 million on illegal signage
In New York City.
Van Wagner


Illegal arterial signage exists
as a result of permit abuse.
Van Wagner


Other illegal signs do not have,
and are not qualified for permits.
Van Wagner


Available


After nearly forty years of effort to
control this problem, New York
is about enact new regulations for
arterial highway advertising signage.
Van Wagner


Van Wagner has helped New York
develop the new regulations.
Van Wagner