


We believe that these regulations
can be an effective tool
to control this problem.
Van Wagner

NYC011524



We want to see New York City succeed
in bringing this problem under control
and would like to suggest
a strategy for success.
Van Wagner



Issuing violations is not as
effective as other procedures
provided for in the rules.
Van Wagner

NYC011526



• Educate advertising agencies.
• Inform licensed sign hangers.
• Remove illegal advertising copy.
Van Wagner

NYC011527



SPEED LIMIT 50
Effective enforcement
will promote a cooperative relationship
between New York and the outdoor
advertising industry.
Van Wagner

This cooperative relationship
can be used to reclaim
New York's streetscape.
Van Wagner

• Address the illegal walls.
• Eliminate illegal illuminated panel displays.
Van Wagner

NYC011530



citi
•Remove the blight of wild posting.
•Regulate & benefit from
sidewalk bridge advertising.
Van Wagner

NYC011531

Have all advertising signs
display their permits.
Van Wagner