# EXHIBIT 39



RICHARD M. SCHAPS
CHAIRMAN AND
CHIEF EXECUTIVE OFFICER

July 14, 2006

BY HAND

Deputy Mayor Daniel Doctoroff
City Hall
New York, NY 10007

Dear Dan:

I want to thank you and your team again for meeting with me and the rest of the Van Wagner team at City Hall on Wednesday.

It was clear to me that you quickly understood how important it will be to properly introduce, implement and enforce the new outdoor advertising regulations. We look forward to continuing to work with your office, Commissioner Patricia Lancaster and Ed Fortier, Mona Sehgal and the rest of the Department of Building Enforcement Division to help get this process started the right way. Towards that end, I plan to reach out directly to Commissioner Lancaster, and have asked Steve Pretsfelder to follow up with Mona Sehgal and Ed Fortier. If there is anything else we can do or anyone else we should contact, please do not hesitate to let me know.

Dan, I know that you have always appreciated how valuable a resource street furniture, telephone kiosks and other outdoor advertising assets can be to New York City. We firmly believe that by ensuring that outdoor advertising companies comply with applicable regulations, not only will you help clean up New York City but you will be able to generate greater revenue for the City from its outdoor advertising assets.

VAN WAGNER COMMUNICATIONS, LLC
800 Third Avenue, New York, New York 10022-7604
Tel: (212) 699-8400  Fax: (212) 899-8700



NYC005317
NYC005317



Deputy Mayor Daniel Doctoroff
July 14, 2006
Page 2

Again, thanks for your ongoing understanding and cooperation.

Sincerely,

Richard M. Schaps

RMS:SKT

cc   Commissioner Patricia Lancaster
     Mr. Marc Ricks
     Mona Sehgal, Esq.
     Mr. Edward Fortier

NYC005318
NYC005318