# EXHIBIT 44

Rating Sheets

Cemusa    May-05

Phase III - Technical Merit

|  | Alloted points | A | B | C | D | E | F | G |  |
|---|---|---|---|---|---|---|---|---|---|
| C1 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 |  |
| C2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 |  |
| D1 | 6 | 1.5 | 2 | 2.5 | 3 | 2 | 2 | 2 |  |
| D2 | 3 | 1.5 | 2 | 2 | 2 | 1 | 2 | 1 |  |
| D3 | 6 | 3 | 2 | 3 | 3 | 2 | 3 | 2 |  |
| D4 | 6 | 3 | 2 | 2 | 3 | 2 | 2 | 2 |  |
| D5 | 6 | 3 | 2 | 2 | 3 | 2 | 2 | 2 |  |
| D6 | 3 | 1.5 | 1 | 1.5 | 1 | 1 | 1 | 2.5 |  |
| E1 | 3 | 3 | 3 | 2 | 3 | 1 | 3 | 3 |  |
| E2 | 3 | 3 | 3 | 3 | 2 | 1 | 3 | 2 |  |
| E3 | 3 | 3 | 3 | 3 | 3 | 1 | 3 | 3 |  |
| E4 | 4 | 3.5 | 4 | 4 | 3 | 3 | 3 | 4 |  |
| E5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |  |
| E6 | 3 | 3 | 3 | 3 | 3 | 1 | 3 | 3 |  |
| E7 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1.5 |  |
| E8 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1.5 |  |
| E9 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 |  |
| Sub total | 60 | 41 | 40 | 42 | 42 | 29 | 41 | 39.5 | 274.5 |
| Preferenc | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| Total | 64 | 45 | 44 | 46 | 46 | 33 | 45 | 43.5 | 302.5 |

Phase IV - Compensation

| F1 | 55 | 55 | 55 | 55 | 54 | 55 | 55 | 55 | 384 |
|---|---|---|---|---|---|---|---|---|---|
| Preferenc | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Total | 56 | 56 | 56 | 56 | 55 | 56 | 56 | 56 | 391 |



EXHIBIT 38

Rating Sheets

DeCaux   May '05

Phase III - Technical Merit

|        | Alloted points | A    | B    | C    | D    | E   | F    | G    |       |
|--------|----------------|------|------|------|------|-----|------|------|-------|
| C1     | 3              | 2.5  | 3    | 3    | 3    | 3   | 3    | 3    |       |
| C2     | 2              | 1    | 2    | 2    | 2    | 1   | 2    | 2    |       |
| D1     | 6              | 5    | 6    | 6    | 5    | 6   | 5    | 6    |       |
| D2     | 3              | 1.5  | 2    | 1.5  | 2.5  | 3   | 2    | 2.5  |       |
| D3     | 6              | 5    | 6    | 6    | 5    | 6   | 5    | 6    |       |
| D4     | 6              | 5    | 6    | 6    | 6    | 6   | 5    | 6    |       |
| D5     | 6              | 5.5  | 6    | 6    | 4.5  | 6   | 5    | 6    |       |
| D6     | 3              | 2    | 2    | 3    | 1    | 3   | 2    | 2    |       |
| E1     | 3              | 2.5  | 3    | 3    | 3    | 3   | 3    | 3    |       |
| E2     | 3              | 3    | 3    | 3    | 3    | 3   | 3    | 3    |       |
| E3     | 3              | 2.5  | 2    | 3    | 3    | 3   | 2    | 3    |       |
| E4     | 4              | 3.5  | 4    | 4    | 4    | 3   | 4    | 2.5  |       |
| E5     | 3              | 1.5  | 2    | 2    | 2    | 3   | 2    | 2.5  |       |
| E6     | 3              | 3    | 3    | 2    | 3    | 2   | 3    | 3    |       |
| E7     | 2              | 2    | 2    | 2    | 2    | 2   | 2    | 2    |       |
| E8     | 2              | 1.5  | 1    | 2    | 1    | 2   | 1    | 1    |       |
| E9     | 2              | 1.5  | 1    | 2    | 1    | 2   | 2    | 1    |       |
| Sub total | 60          | 48.5 | 54   | 56.5 | 51   | 57  | 51   | 54.5 | 372.5 |
| Preference | 4          | 4    | 4    | 4    | 4    | 4   | 4    | 4    | 28    |
| Total  | 64             | 52.5 | 58   | 60.5 | 55   | 61  | 55   | 58.5 | 400.5 |

Phase IV

|            |    |    |    |    |    |    |    |    |     |
|------------|----|----|----|----|----|----|----|----|-----|
| F1         | 55 | 36 | 36 | 36 | 35 | 36 | 36 | 36 | 251 |
| Preference | 1  | 1  | 1  | 1  | 1  | 1  | 1  | 1  | 7   |
| Total      | 56 | 37 | 37 | 37 | 36 | 37 | 37 | 37 | 258 |



Rating Sheet

Van Wagner    May, 05

Phase III - Technical Merit

|       | Alloted points | ▓ | ▓ | C | D | E | F | G |     |
|-------|---------------:|---|---|---|---|---|---|---|-----|
| C1    | 3  | 3   | 3   | 2.5 | 3   | 3 | 3   | 3   |     |
| C2    | 2  | 2   | 1   | 1   | 1   | 2 | 2   | 2   |     |
| D1    | 6  | 6   | 5   | 5.5 | 5   | 6 | 5   | 5.5 |     |
| D2    | 3  | 3   | 3   | 2.5 | 3   | 3 | 3   | 3   |     |
| D3    | 6  | 6   | 6   | 5.5 | 5   | 6 | 5   | 5.5 |     |
| D4    | 6  | 5.5 | 5.5 | 5   | 4   | 6 | 5   | 5   |     |
| D5    | 6  | 5   | 4   | 3   | 3.5 | 2 | 4   | 4   |     |
| D6    | 3  | 3   | 3   | 3   | 3   | 3 | 3   | 3   |     |
| E1    | 3  | 3   | 3   | 3   | 3   | 3 | 3   | 3   |     |
| E2    | 3  | 2.5 | 1   | 0.5 | 1   | 1 | 2   | 1.5 |     |
| E3    | 3  | 3   | 2   | 3   | 3   | 3 | 3   | 3   |     |
| E4    | 4  | 4   | 3   | 2.5 | 3.5 | 3 | 4   | 3.5 |     |
| E5    | 3  | 3   | 3   | 3   | 3   | 3 | 3   | 3   |     |
| E6    | 3  | 3   | 2   | 2   | 2   | 2 | 3   | 3   |     |
| E7    | 2  | 2   | 2   | 1.5 | 2   | 2 | 2   | 1.5 |     |
| E8    | 2  | 2   | 2   | 1   | 2   | 2 | 2   | 2   |     |
| E9    | 2  | 2   | 2   | 2   | 2   | 2 | 2   | 2   |     |
| Sub total  | 60 | 58 | 50.5 | 46.5 | 49 | 52 | 54 | 53.5 | 363.5 |
| Preference | 4  | 2  | 2    | 2    | 2  | 2  | 2  | 2    | 14 |
| Total | 64 | 60 | 52.5 | 48.5 | 51 | 54 | 56 | 55.5 | 377.5 |

Phase IV

|            |    |    |    |    |      |    |    |      |       |
|------------|----|----|----|----|------|----|----|------|-------|
| F1         | 55 | 42 | 41 | 41 | 40.5 | 41 | 41 | 41.2 | 287.7 |
| Preference | 1  | 0  | 0  | 0  | 0    | 0  | 0  | 0    | 0     |
| Total      | 56 | 42 | 41 | 41 | 40.5 | 41 | 41 | 41.2 | 287.7 |



## Rating Sheets

Clear Channel        May, 05

### Phase III - Technical Merit

| | Aloted points | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|---|
| C1 | 3 | 3 | 2 | 3 | 2 | 3 | 3 | 2 | |
| C2 | 2 | 1 | 1 | 2 | 1 | 2 | 1 | 1 | |
| D1 | 6 | 5 | 2 | 3 | 3 | 5 | 3 | 3 | |
| D2 | 3 | 2 | 2 | 2 | 1 | 3 | 2 | 3 | |
| D3 | 6 | 5.5 | 2 | 4.5 | 2 | 6 | 3 | 3 | |
| D4 | 6 | 5 | 2 | 3.5 | 4 | 6 | 3 | 3 | |
| D5 | 6 | 5 | 3 | 2.5 | 2 | 6 | 2 | 2.5 | |
| D6 | 3 | 2 | 2 | 1.5 | 2 | 3 | 2 | 1.5 | |
| E1 | 3 | 2 | 2 | 2.5 | 1 | 3 | 2 | 2 | |
| E2 | 3 | 2 | 3 | 1.5 | 3 | 3 | 3 | 3 | |
| E3 | 3 | 2 | 1 | 2 | 1 | 3 | 2 | 2 | |
| E4 | 4 | 3 | 2 | 1.5 | 3 | 4 | 2 | 2 | |
| E5 | 3 | 1.5 | 2 | 2 | 3 | 3 | 2 | 2.5 | |
| E6 | 3 | 2 | 3 | 2 | 3 | 3 | 2 | 2.5 | |
| E7 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1.5 | |
| E8 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 2 | |
| E9 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | |
| Sub total | 60 | 46 | 35 | 39.5 | 37 | 59 | 37 | 38.5 | 292 |
| Preference | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| Total | 64 | 50 | 39 | 43.5 | 41 | 63 | 41 | 42.5 | 320 |



### Phase IV - Compensation

| | | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|---|
| F1 | 55 | 31.5 | 31 | 34 | 32.5 | 31 | 31 | 31.2 | 222.2 |
| Preference | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Total | 56 | 32.5 | 32 | 35 | 33.5 | 32 | 32 | 32.2 | 229.2 |



Rating Sheets

Viacom    May, 05

Phase III - Technical Merit

| | Alloted points | A | B | C | D | E | F | G | |
|---|---|---|---|---|---|---|---|---|---|
| C1 | 3 | 3 | 2 | 3 | 2 | 3 | 3 | 2 | |
| C2 | 2 | 1 | 1 | 1.5 | 2 | 2 | 1 | 2 | |
| D1 | 6 | 5 | 3 | 4.5 | 4 | 2 | 4 | 4 | |
| D2 | 3 | 2 | 1 | 1.5 | 2 | 1 | 2 | 2 | |
| D3 | 6 | 4.5 | 3 | 4.5 | 4 | 2 | 4 | 4 | |
| D4 | 6 | 4.5 | 2 | 3.5 | 4 | 2 | 4 | 4 | |
| D5 | 6 | 4.5 | 3 | 4 | 3 | 6 | 3 | 4 | |
| D6 | 3 | 1.5 | 2 | 1 | 1 | 1 | 1 | 1.5 | |
| E1 | 3 | 1.5 | 1 | 2 | 2 | 2 | 2 | 2 | |
| E2 | 3 | 1.5 | 2 | 2.5 | 1 | 2 | 1 | 2.5 | |
| E3 | 3 | 2 | 1 | 3 | 1 | 2 | 2 | 2 | |
| E4 | 4 | 2 | 1 | 1.5 | 2.5 | 2 | 2 | 2.5 | |
| E5 | 3 | 1.5 | 2 | 2 | 2 | 3 | 2 | 2.5 | |
| E6 | 3 | 0.5 | 1.5 | 2 | 1.5 | 1 | 1 | 1 | |
| E7 | 2 | 0.5 | 1 | 0.5 | 0.5 | 2 | 0 | 0 | |
| E8 | 2 | 0.5 | 1 | 1 | 1 | 1 | 1 | 2 | |
| E9 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 2 | |
| Sub total | 60 | 37 | 28.5 | 40 | 35.5 | 35 | 34 | 40 | 250 |
| Preference | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| Total | 64 | 41 | 32.5 | 44 | 39.5 | 39 | 38 | 44 | 278 |

Phase IV - Compensation

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| F1 | 55 | 25 | 24.5 | 29.5 | 26 | 25 | 25 | 24.75 | 179.75 |
| Preference | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | 56 | 25 | 24.5 | 29.5 | 26 | 25 | 25 | 24.75 | 179.75 |