# EXHIBIT 45

## CSFF SCORING SUMMARY – DESIGN PLAN ONLY

Initial Round:

|        | Cemusa | NBCDecaux | VanWagner | CC/Adshel | Viacom |
|--------|--------|-----------|-----------|-----------|--------|
| D1 (6) | 2.14   | 5.57      | 5.43      | 3.43      | 3.79   |
| D2 (3) | 1.64   | 2.14      | 2.93      | 2.14      | 1.15   |
| D3 (6) | 2.57   | 5.57      | 5.57      | 3.71      | 3.71   |
| D4 (6) | 2.29   | 5.72      | 5.14      | 3.79      | 3.43   |
| D5 (6) | 2.29   | 5.57      | 3.64      | 3.29      | 3.93   |
| D6 (3) | 1.36   | 2.14      | 3.00      | 2.00      | 1.29   |
| Total  | 12.29  | 26.71     | 25.71     | 18.36     | 17.30  |

BAFO Round:

|        | Cemusa | NBCDecaux | VanWagner |
|--------|--------|-----------|-----------|
| D1 (6) | 4.00   | 5.57      | 5.50      |
| D2 (3) | 2.50   | 2.29      | 2.93      |
| D3 (6) | 4.50   | 5.71      | 5.57      |
| D4 (6) | 3.50   | 5.71      | 5.57      |
| D5 (6) | 3.93   | 5.57      | 4.29      |
| D6 (3) | 2.00   | 2.14      | 3.00      |
| Total  | 20.43  | 26.99     | 26.86     |

EXHIBIT