# EXHIBIT 47

## CSFF SCORING SUMMARY

|  | Cemusa | NBCDecaux | VanWagner | CC/Adshel | Viacom |
|---|---|---|---|---|---|
| Initial Phase II | 154.25 | 168 | 129 | 162.75 | 156.5 |
| Initial Phase III | 274.5 | 372.5 | 363.5 | 292 | 250 |
| [Subtotal: II + III] | [428.75] | [540.5] | [492.5] | [454.75] | [406.5] |
| Preference Points | 35 | 35 | 14 | 35 | 28 |
| Initial Phase IV | 384 | 223 | 287.75 | 222.25 | 179.75 |
| Initial Total | 847.75 | 798.5 | 794.25 | 712 | 614.25 |
|  |  |  |  |  |  |
| BAFO Phase II | 154.25 | 168 | 129 |  |  |
| BAFO Phase III | 336.5 | 384 | 379 |  |  |
| [Subtotal: II + III] | [490.75] | [552] | [508] |  |  |
| BAFO Pref. Points | 35 | 35 | 28 |  |  |
| BAFO Phase IV | 384 | 303.5 | 259.5 |  |  |
| Final Total | 909.75 | 890.5 | 795.5 |  |  |

