# EXHIBIT 48

Confidential rating sheets, 7/12/05, Post-BAFO

Rating Sheets

Cemusa    BAFO Round, July 05

Phase II - Provide Required Services

|  | Alloted points | A | B | C | D | E | F | G |  |
|---|---|---|---|---|---|---|---|---|---|
| A1 | 8 | 7 | 7 | 7 | 8 | 8 | 8 | 6 |  |
| A2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |  |
| A3 | 3 | 2 | 2 | 2 | 1 | 3 | 2 | 2.5 |  |
| B1 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 2.5 |  |
| B2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1.75 |  |
| B3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |  |
| B4 | 4 | 3 | 2 | 2 | 3 | 4 | 2 | 3.5 |  |
| Total | 25 | 22 | 21 | 21 | 22 | 25 | 22 | 21.25 | 154.25 |

Cemusa
Phase III - Technical Merit

|  | Alloted points | A | B | C | D | E | F | G |  |
|---|---|---|---|---|---|---|---|---|---|
| C1 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 |  |
| C2 | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 |  |
| D1 | 6 | 3 | 4 | 5 | 4 | 5 | 3 | 4 |  |
| D2 | 3 | 2.5 | 2 | 2 | 3 | 2 | 3 | 3 |  |
| D3 | 6 | 5 | 4 | 4.5 | 5 | 5 | 4 | 4 |  |
| D4 | 6 | 5 | 3.5 | 3 | 4 | 4 | 3 | 2 |  |
| D5 | 6 | 4.5 | 4 | 5 | 4 | 4 | 3 | 3 |  |
| D6 | 3 | 2 | 1 | 2 | 2 | 2 | 3 | 2 |  |
| E1 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 3 |  |
| E2 | 3 | 3 | 3 | 3 | 2 | 2 | 3 | 2.5 |  |
| E3 | 3 | 3 | 3 | 3 | 3 | 1 | 3 | 2.5 |  |
| E4 | 4 | 3.5 | 4 | 4 | 3 | 3 | 3 | 4 |  |
| E5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |  |
| E6 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 |  |
| E7 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1.5 |  |
| E8 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 1.5 |  |
| E9 | 2 | 1 | 1 | 2 | 1 | 2 | 2 | 2 |  |
| Sub total | 60 | 50.5 | 47.5 | 50.5 | 49 | 45 | 48 | 46 | 336.5 |
| Preference | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| Total | 64 | 54.5 | 51.5 | 54.5 | 53 | 49 | 52 | 50 | 364.5 |

Phase IV - Compensation

| F1 | 55 | 55 | 55 | 55 | 54 | 55 | 55 | 55 | 384 |
|---|---|---|---|---|---|---|---|---|---|
| Preference | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Total | 56 | 56 | 56 | 56 | 55 | 56 | 56 | 56 | 391 |

| Total | 145 | 132.5 | 128.5 | 131.5 | 130 | 130 | 130 | 127.25 | 909.75 |
|---|---|---|---|---|---|---|---|---|---|



EXHIBIT
Px 39
6/10/08 TD

Confidential rating sheets, 7/12/05, Post-BAFO

Rating sheet

JeCaux, BAFO Round, May 05

Phase II - Provide Required Services

|    | Alloted points | A | B | C | D | E | F | G |     |
|----|----|----|----|----|----|----|----|----|-----|
| A1 | 8  | 8  | 8  | 8  | 8  | 8  | 8  | 7  |     |
| A2 | 2  | 2  | 1  | 2  | 2  | 2  | 1  | 1.5|     |
| A3 | 3  | 3  | 3  | 3  | 2  | 3  | 3  | 2  |     |
| B1 | 3  | 3  | 3  | 3  | 3  | 3  | 3  | 3  |     |
| B2 | 2  | 2  | 2  | 2  | 2  | 2  | 2  | 2  |     |
| B3 | 3  | 3  | 3  | 3  | 2  | 3  | 3  | 2.5|     |
| B4 | 4  | 4  | 4  | 4  | 4  | 4  | 4  | 4  |     |
| Total | 25 | 25 | 24 | 25 | 23 | 25 | 24 | 22 | 168 |

Phase III - Technical Merit

|    | Alloted points | A | B | C | D | E | F | G |     |
|----|----|----|----|----|----|----|----|----|-----|
| C1 | 3  | 3  | 3  | 3  | 3  | 3  | 3  | 3  |     |
| C2 | 2  | 2  | 2  | 2  | 2  | 1  | 2  | 2  |     |
| D1 | 6  | 5  | 6  | 6  | 5  | 6  | 5  | 6  |     |
| D2 | 3  | 2  | 2  | 1.5| 2.5| 3  | 2  | 3  |     |
| D3 | 6  | 5  | 6  | 6  | 6  | 6  | 5  | 6  |     |
| D4 | 6  | 5  | 6  | 6  | 6  | 6  | 5  | 6  |     |
| D5 | 6  | 5.5| 6  | 6  | 4.5| 6  | 5  | 6  |     |
| D6 | 3  | 2  | 2  | 3  | 1  | 3  | 2  | 2  |     |
| E1 | 3  | 2.5| 3  | 3  | 3  | 3  | 3  | 3  |     |
| E2 | 3  | 3  | 3  | 3  | 3  | 3  | 3  | 3  |     |
| E3 | 3  | 2.5| 2  | 3  | 3  | 3  | 2  | 3  |     |
| E4 | 4  | 3.5| 4  | 4  | 4  | 3  | 4  | 3.5|     |
| E5 | 3  | 3  | 3  | 2  | 3  | 3  | 3  | 3  |     |
| E6 | 3  | 3  | 3  | 3  | 3  | 2  | 3  | 3  |     |
| E7 | 2  | 2  | 2  | 2  | 2  | 2  | 2  | 2  |     |
| E8 | 2  | 1.5| 1  | 2  | 1  | 2  | 1  | 1  |     |
| E9 | 2  | 1.5| 1  | 2  | 1  | 2  | 2  | 2  |     |
| Sub total | 60 | 52 | 55 | 57.5 | 53 | 57 | 52 | 57.5 | 384 |
| Preference | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 28 |
| Total | 64 | 56 | 59 | 61.5 | 57 | 61 | 56 | 61.5 | 412 |

Phase IV - Compensation

|    | Alloted | A | B | C | D | E | F | G |     |
|----|----|----|----|----|----|----|----|----|-----|
| F1 | 55 | 43.5 | 43.5 | 42 | 42.5 | 45 | 42 | 44 | 302.5 |
| Preference | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 7 |
| Total | 56 | 44.5 | 44.5 | 43 | 43.5 | 46 | 43 | 45 | 309.5 |

| Total | 145 | 125.5 | 127.5 | 129.5 | 123.5 | 132 | 123 | 128.5 | 889.5 |

Confidential rating sheets, 7/12/05, Post-BAFO

ating sheet

Van Wagner, BAFO Round, July 05

Phase II - Provide Required Services

|     | Alloted points | A | B | C | D | E | F | G |     |
|-----|----|----|----|----|----|----|----|----|-----|
| A1  | 8  | 6  | 6  | 6  | 5  | 8  | 8  | 5  |     |
| A2  | 2  | 2  | 2  | 2  | 2  | 2  | 2  | 1.5|     |
| A3  | 3  | 2  | 3  | 3  | 2  | 3  | 3  | 2  |     |
| B1  | 3  | 2  | 1  | 1  | 3  | 3  | 1  | 1  |     |
| B2  | 2  | 1  | 1  | 1  | 1  | 2  | 1  | 1  |     |
| B3  | 3  | 2  | 1  | 0  | 1  | 3  | 1  | 1  |     |
| B4  | 4  | 4  | 3  | 3  | 4  | 4  | 3  | 3.5|     |
| Total | 25 | 19 | 17 | 16 | 18 | 25 | 19 | 15 | 129 |

Van Wagner
Phase III - Technical Merit

|     | Alloted points | A | B | C | D | E | F | G |     |
|-----|----|----|-----|-----|-----|----|----|-----|-----|
| C1  | 3  | 3  | 3   | 2.5 | 3   | 3  | 3  | 3   |     |
| C2  | 2  | 2  | 1   | 1   | 1   | 2  | 2  | 2   |     |
| D1  | 6  | 6  | 5.5 | 5.5 | 5   | 6  | 5  | 5.5 |     |
| D2  | 3  | 3  | 3   | 2.5 | 3   | 3  | 3  | 3   |     |
| D3  | 6  | 6  | 6   | 5.5 | 5   | 6  | 5  | 5.5 |     |
| D4  | 6  | 5.5| 5.5 | 5   | 4   | 6  | 5  | 5   |     |
| D5  | 6  | 6  | 4.5 | 3   | 4.5 | 4  | 4  | 4   |     |
| D6  | 3  | 3  | 3   | 3   | 3   | 3  | 3  | 3   |     |
| E1  | 3  | 3  | 3   | 3   | 3   | 3  | 3  | 3   |     |
| E2  | 3  | 2.5| 2   | 2.5 | 3   | 2  | 3  | 2.5 |     |
| E3  | 3  | 3  | 2   | 3   | 3   | 3  | 3  | 3   |     |
| E4  | 4  | 4  | 3.5 | 2.5 | 3.5 | 4  | 4  | 3.5 |     |
| E5  | 3  | 3  | 3   | 3   | 3   | 3  | 3  | 3   |     |
| E6  | 3  | 3  | 2   | 2   | 2   | 3  | 3  | 3   |     |
| E7  | 2  | 2  | 2   | 1.5 | 2   | 2  | 2  | 1.5 |     |
| E8  | 2  | 2  | 2   | 1   | 2   | 2  | 2  | 2   |     |
| E9  | 2  | 2  | 2   | 2   | 2   | 2  | 2  | 2   |     |
| Sub total | 60 | 59 | 53 | 48.5 | 52 | 57 | 55 | 54.5 | 379 |
| Preferen  | 4  | 4  | 4  | 4    | 4  | 4  | 4  | 4    | 28  |
| Total     | 64 | 63 | 57 | 52.5 | 56 | 61 | 59 | 58.5 | 407 |

Phase IV - Compensation

|         | Alloted | A  | B  | C    | D    | E  | F  | G    |       |
|---------|----|----|----|------|------|----|----|------|-------|
| F1      | 55 | 37 | 38 | 36.5 | 35.5 | 37 | 37 | 37.5 | 258.5 |
| Preferen| 1  | 0  | 0  | 0    | 0    | 0  | 0  | 0    | 0     |
| Total   | 56 | 37 | 38 | 36.5 | 35.5 | 37 | 37 | 37.5 | 258.5 |

| Total | 145 | 119 | 112 | 105 | 109.5 | 123 | 115 | 111 | 794.5 |
|-------|-----|-----|-----|-----|-------|-----|-----|-----|-------|

