# EXHIBIT 49

Case 1:07-cv-08244-PAC    Document 16-61    Filed 07/28/2008    Page 1 of 3

From: Wehle, Patrick
Sent: Tuesday, April 26, 2005 1:31 PM
To: 'Phyllis Arnold'; DAVID KARNOVSKY; Edward J. Fortier, Jr; Stephen Kramer; Goodman, Olivia
Subject: RE: Billboards Bill-Signing Statement

I'm always happy to slim it down, thanks.

-----Original Message-----
From: Phyllis Arnold [mailto:phyllisa@buildings.nyc.gov]
Sent: Tuesday, April 26, 2005 1:30 PM
To: DAVID KARNOVSKY; Edward J. Fortier, Jr; Stephen Kramer; Wehle, Patrick; Goodman, Olivia
Subject: RE: Billboards Bill-Signing Statement


yes


-----Original Message-----
From: DAVID KARNOVSKY [mailto:dkarnov@planning.nyc.gov]
Sent: Tuesday, April 26, 2005 1:04 PM
To: Edward J. Fortier, Jr; Phyllis Arnold; Stephen Kramer; PWehle@cityhall.nyc.gov; ogoodman@law.nyc.gov
Subject: RE: Billboards Bill-Signing Statement

We told Melinda Katz at a budget hearing that we would consider hiring a
consultant to study best practices in the area of sign regulation in
other jurisdictions provided the Council provided funding. I think that's the last weve heard of it.

With regard to the bill signing statement, I think the list of defects is too detailed for the Mayor— eg, the reference to restrictive declarations. I would just highlight the last of the bullets, which observes that many of the companies indicated they would ignore the VCP and play the cat and mouse game instead.

>>> "Phyllis Arnold" <phyllisa@buildings.nyc.gov> 4/26/2005 10:14:48 AM
>>>
I believe it's true and would suggest we do not include it. But David should make the call.

-----Original Message-----
From: Wehle, Patrick [mailto:PWehle@cityhall.nyc.gov]
Sent: Tuesday, April 26, 2005 10:11 AM
To: Phyllis Arnold; David Karnovsky (E-mail); Goodman, Olivia; Stephen Kramer; Edward J. Fortier, Jr
Subject: RE: Billboards Bill-Signing Statement

Thanks Phyllis. I had thought about that and decided not to, since we don't need the Mayor addressing the limitations of the bill (you already addressed it publicly on the record). I'll see what the rest of City Hall thinks.

That said, during the final hearing on the bill, CM Katz announced that she received a commitment from City Planning to conduct a study to determine the appropriate locations to place billboards. Is this true and if so, should we mention that in the statement?

-----Original Message-----
From: Phyllis Arnold [mailto:phyllisa@buildings.nyc.gov]
Sent: Tuesday, April 26, 2005 10:03 AM

1



To: Wehle, Patrick; David Karnovsky (E-mail); Goodman, Olivia; Stephen Kramer; Edward J. Fortier, Jr
Subject: RE: Billboards Bill-Signing Statement

Some suggested edits. Question – should the statement acknowledge that signs will not necessarily come down with this bill?

-----Original Message-----
From: Wehle, Patrick [mailto:PWehle@cityhall.nyc.gov]
Sent: Monday, April 25, 2005 6:06 PM
To: Phyllis Arnold; David Karnovsky (E-mail); Goodman, Olivia
Subject: Billboards Bill-Signing Statement

Attached is a first draft of the statement. If you could get me any comments you may have by tomorrow I would appreciate it.

Thanks

<<Bill Signing Draft 04.28.05.doc>>

Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.



Confidentiality Notice: This e-mail communication and any attachments may contain confidential and privileged information for the use of the designated recipients named above. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and deleting it from your computer. Thank you.