

*Exhibit 1*

**Douglas Woodward CV**

Douglas Woodward is a principal of 3Square, LLC, a real estate advisory firm in New York City.  Until recently he was Deputy Executive Director and Chief Administrative Officer of the Lincoln Center Development Project, the $1 billion redesign and redevelopment of the Lincoln Center campus.  He continues in his new position to play a significant role in advising Lincoln Center on the redevelopment plan.

Prior to working at Lincoln Center, Woodward spent twenty years at the Department of City Planning in New York, where he worked as a planner and urban designer, ultimately responsible for the design approval of numerous large-scale projects, including the Columbus Circle area developments (Hearst World Headquarters, Time-Warner Center, 2 Columbus Circle, the rehabilitation of the Columbus Circle subway complex, and the redesign of the Columbus Circle landscape), and projects in all five boroughs ranging from the Lower Manhattan Plan and Hudson Yards in Manhattan, to Hunters Point in Queens, Melrose Commons in the Bronx,  St. George in Staten Island, and MetroTech in Brooklyn.  He has also authored and co-authored numerous zoning texts over the years, including the regulations for Times Square, Lower Manhattan, Large-scale Residential Development, Hudson Yards, and Subway bonus provisions.  With Lauren Otis he co-authored the Neighborhood Character and Urban Design sections of the 1993 revisions to the CEQR Technical Manual and with SOM wrote the chapter on Shadow Analysis.

While at City Planning, Woodward served on the Mayor's Streetscape Task Force, organized with the mandate of rationalizing an increasingly chaotic street environment. The Task Force was a consortium of officials from city agencies with an interest in or jurisdiction over some aspect of the street environment, and one product of its deliberations was the first ever *catalogue raisonné* of objects on the city's streets.  With Lauren Otis, Woodward compiled a list of 65 categories of street furniture, regulated by 88 different code provisions and rules, under the jurisdiction of 13 separate city, state, and federal agencies.

Another significant outcome of the Task Force was Executive Order 22 of 1995, drafted by Woodward and Otis, which laid out regulations for clear corners on sidewalks, and defined permitted obstructions within specific zones of the public right-of-way of the sidewalks.

Among the zoning text modifications that included extensive streetscape and sidewalk circulation space rules that Woodward worked on while at City Planning were modifications to the special zoning districts in Midtown, Lower Manhattan, the Greenwich Street Special Development District, Long Island City, and Downtown Brooklyn.  He also worked on the streetscape plans for Flushing, MetroTech, the area around the World Trade Center after the first attack on the complex in 1993, and the Columbus Circle streetscape and landscape design. With Geoffrey Baker and Lauren Otis, he worked on the first major revision to the signage controls in Times Square—a two-year effort with lighting designers and architects to codify and protect the sign environment of Times Square.  With Erika Rush, he authored the Department's first Landscape Design Guidelines.  With Lauren Otis, he reviewed the first submissions for the City's Coordinated Street Franchise contract.

He has been Adjunct Professor of Urban Planning at the Columbia Graduate School of Architecture, Planning, and Preservation since 1990. At Columbia he taught seminars on public space design, including Public Space in the Private Realm, a review of design plans for sidewalks and within privately owned public space (POPS), with an emphasis on the semiotic analysis of signifiers of public and private within the urban street environment. With Edith Hsu-Chen, he directed the 116th Street Urban Design and Streetscape Studio, which resulted in a $1m federal grant to the studio's client—Council Member Phil Reed—for improvements to the sidewalk and streetscape environment along 116th Street. Other major streetscape-related studios and courses he taught included the Lower Manhattan Recovery Studio in the Spring immediately after September 11, with Community Board 1 as a client, the Columbus Circle Studio, which also focused on the intersection of public and private and the "reading" of the urban text from a semiotic perspective.

At the School of International and Public Affairs at Columbia, with Ethel Sheffer, he taught a course of Significant Public/Private Developments, including major streetscape initiatives.

With Jerold Kayden of the Harvard GSD, he coordinated a six-school consortium of studios on POPS that included teams from Harvard, Yale, Princeton, Penn, Columbia, and City College, that studied the impact of POPS on the streetscape and public space of the urban realm.

He has also lectured on public space and semiotics, and served on juries for architectural and urban design studios in the subject at RISD, Princeton, Columbia, City College, and Penn.

Woodward has BA and MA degrees from Columbia in Comparative Literature and Linguistics and Urban Design. He studied at Harvard before attending Columbia, and also studied History of Science at Yale.



*Exhibit 2*

# Street Zone Cross-section



| Private | Entry | Pedestrian Travel | Amenities | Vehicular Travel | Amenities | Pedestrian Travel | Entry | Private |
|---------|-------|-------------------|-----------|------------------|-----------|-------------------|-------|---------|
| No Access | Limited Access | | | Free Access | | | Limited Access | No Access |

*Exhibit 3*



IXᵉ - QUARTIER DU FAUBOURG-MONTMARTRE



XIVᵉ - QUARTIER DU MONTPARNASSE

VIII° - QUARTIER DE LA MADELEINE



VI° - QUARTIER NOTRE-DAME-DES-CHAMPS



XIII° - QUARTIER CROULEBARDE

