Exhibit F

CITY PLANNING COMMISSION • DEPARTMENT OF CITY PLANNING

THE CITY OF NEW YORK



*1961*

# ZONING MAPS
## and
# RESOLUTION

22-30  SIGN REGULATIONS

22-31

**Definitions (repeated from Section 12-10)**

**Sign**

A "sign" is any writing (including letter, word, or numeral); pictorial representation (including illustration or decoration); emblem (including device, symbol, or trademark); flag (including banner or pennant); or any other figure of similar character, which:

(a) Is a structure or any part thereof, or is attached to, painted on, or in any other manner represented on a *building or other structure*, and

(b) Is used to announce, direct attention to, or advertise, and

(c) Is visible from outside a *building*. A *sign* shall include writing, representation, or other figure of similar character within a *building* only when illuminated and located in a window.

The following shall not be subject to the provisions of this resolution:

(a) Signs of a duly constituted governmental body: including traffic or similar regulatory devices, legal notices, or warnings at railroad crossings

(b) Flags or emblems of a political, civic, philanthropic, educational, or religious organization

(c) Temporary signs announcing a campaign, drive, or event of the above organizations

(d) Memorial signs or tablets

(e) Signs denoting architect, engineer, or contractor when placed on construction sites and not exceeding 25 square feet in area

(f) Signs required to be maintained by law or governmental order, rule, or regulation, with a total *surface area* not exceeding ten square feet on any *zoning lot*

(g) Small signs displayed for the direction or convenience of the public, including signs which identify rest rooms, freight entrances, or the like, with a total *surface area* not exceeding five square feet on any *zoning lot*.

When two sides of a double-faced *sign* are located not more than 28 inches apart at the widest point and not more than 18 inches apart at the narrowest point and display identical writing or other representation, the *surface area* shall include only one of the sides. Any additional sides of a multi-faced *sign* shall be considered as a separate *sign* for purposes of computing the total *surface area* of the *sign*.

**Sign, business**

A "business sign" is an *accessory sign* which directs attention to a profession, business, commodity, service, or entertainment conducted, sold, or offered upon the same *zoning lot*.

|  | DISTRICTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| R1 | R2 | R3 | R4 | R5 | R6 | R7 | R8 | R9 | R10 |

22-32

**Permitted Accessory Signs**

In all districts, as indicated, *non-illuminated accessory business signs* are permitted as set forth in this Section, subject to the provisions of Section 22-33 (Additional Regulations).

| R1 | R2 | R3 | R4 | R5 | R6 | R7 | R8 | R9 | R10 |

22-321

**Nameplates or identification signs**

(a) For all *residential buildings*, one nameplate, with an area not exceeding one square foot and indicating only the name or address of the occupant or a permitted occupation, is permitted for each *dwelling unit or rooming unit*.

(b) For multiple dwellings, including *apartment hotels*, or for permitted non-*residential buildings or other structures*, one identification *sign*, with an area not exceeding 12 square feet and indicating only the name of the permitted *use*, the name or address of the *building*, or the name of the management thereof, is permitted. For *community facility uses*, a bulletin board, with an area not exceeding 16 square feet, is also permitted. For any *sign* on awnings or canopies, the height of letters on any side of such awnings or canopies shall not exceed 12 inches.

---

Italicized words are defined in Section 12-10.

|  | DISTRICTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| R1 | R2 | R3 | R4 | R5 | R6 | R7 | R8 | R9 | R10 |

**22-32** (Continued)

R1  R2  R3   R4  R5  R6  R7   R8  R9  R10

### 22-322

**"For sale" or "for rent" signs**

"For sale" or "for rent" *signs*, with an area not exceeding 12 square feet, are permitted. If located on vacant land, such a *sign* shall not be within 15 feet of the *street line*, nor within six feet of any other *lot line*.

### 22-323

**Signs for parking areas**

One *sign*, with an area not exceeding two square feet, designating each entrance to or exit from an off-street parking area, open or enclosed, is permitted. No such *sign* shall be higher than seven feet above *curb level*.

## 22-33

### Additional Regulations

In all districts, as indicated, any *sign* permitted under the provisions of Section 22-32 (Permitted Accessory Signs) shall conform to the regulations set forth in this Section.

R1  R2  R3   R4  R5  R6  R7   R8  R9  R10

### 22-331

**Projecting signs**

No *sign* shall project across a *street line* more than 12 inches.

### 22-332

**Height of signs**

No *sign* shall extend above the ground floor ceiling, or more than 20 feet above *curb level*, whichever is less.

### 22-333

**Number of signs**

Not more than one *sign* is permitted for each *use*, *building*, or *dwelling unit*, and not more than two *signs* for each professional office, except as otherwise provided in Section 22-32 (Permitted Accessory Signs). On a *corner lot*, or *through lot*, one *sign* (or for professional offices, two *signs*) are permitted on each *street*.

---

Italicized words are defined in Section 12-10.

|   | DISTRICTS |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

**32-52** (Continued)

(a) Is divided by a boundary between the *Commercial District* and a *Residence District,* or

(b) Is presently in the same ownership as adjoining property located in a *Residence District* and no *building* in the *Residence District* exists, or will in the future be erected, within a distance of 75 feet from the *Commercial District,* as evidenced by deed restrictions filed in an office of record binding the owner and his heirs and assigns.

---

**32-60   SIGN REGULATIONS**

**32-61**

**Definitions (repeated from Section 12-10)**

**Sign**

A "sign" is any writing (including letter, word, or numeral); pictorial representation (including illustration or decoration); emblem (including device, symbol, or trademark); flag (including banner or pennant); or any other figure of similar character, which

   (a) Is a structure or any part thereof, or is attached to, painted on, or in any other manner represented on a *building or other structure,* and

   (b) Is used to announce, direct attention to, or advertise, and

   (c) Is visible from outside a *building.* A *sign* shall include writing, representation, or other figure of similar character within a *building* only when illuminated and located in a window.

The following shall not be subject to the provisions of this resolution:

   (a) Signs of a duly constituted governmental body; including traffic or similar regulatory devices, legal notices, or warnings at railroad crossings

   (b) Flags or emblems of a political, civic, philanthropic, educational, or religious organization

   (c) Temporary signs announcing a campaign, drive, or event of the above organizations

   (d) Memorial signs or tablets

   (e) Signs denoting architect, engineer, or contractor when placed on construction sites and not exceeding 25 square feet in area

   (f) Signs required to be maintained by law or governmental order, rule, or regulation, with a total *surface area* not exceeding 10 square feet on any *zoning lot*

   (g) Small signs displayed for the direction or convenience of the public, including signs which identify rest rooms, freight entrances, or the like, with a total *surface area* not exceeding five square feet on any *zoning lot.*

When two sides of a double-faced *sign* are located not more than 28 inches apart at the widest point and not more than 18 inches apart at the narrowest point and display identical writing or other representation, the *surface area* shall include only one of the sides. Any additional side of a multi-faced *sign* shall be considered as a separate *sign* for purposes of computing the total *surface area* of the *sign.*

**Sign, advertising**

An "advertising sign" is a *sign* which directs attention to a business, profession, commodity, service, or entertainment conducted, sold, or offered elsewhere than upon the same *zoning lot.*

**Sign, business**

A "business sign" is an *accessory sign* which directs attention to a profession, business, commodity, service, or entertainment conducted, sold, or offered upon the same *zoning lot.*

**Sign, flashing**

A "flashing sign" is any *illuminated sign,* whether stationary, revolving, or rotating, which exhibits changing light or color effects, provided that revolving or rotating *signs* which exhibit no changing light or color effects other than those produced by revolution or rotation, shall be deemed *flashing signs* only if they exhibit sudden or marked changes in such light or color effects. *Illuminated signs* which indicate the time, temperature, weather, or other similar information shall not be considered *flashing signs,* provided that:

   (a) The total *surface area* of such *sign* is not greater than 16 square feet

   (b) The vertical dimension of any letter or number is not greater than 24 inches, and

   (c) Color or intensity of light is constant except for periodic changes in the information displayed, which occur not more frequently than once every minute.

**Sign, illuminated**

An "illuminated sign" is a *sign* designed to give forth any artificial light or reflect such light from an artificial source.

**Sign with indirect illumination**

A "sign with indirect illumination" is any *illuminated* non-*flashing sign* whose illumination is derived entirely from an external artificial source and is so arranged that no direct rays of light are projected from such artificial source into *residences* or *streets.*

**Surface area (of a sign)**

The "surface area" of a *sign* shall be the entire area within a single continuous perimeter enclosing the extreme limits of writing, representation, emblem, or any figure of similar character, together with any material or color forming an integral part of the display or used to differentiate such *sign* from the background against which it is placed. In any event, the supports or uprights on which such *sign* is supported shall not be included in determining the *surface area* of a *sign.*

---

Italicized words are defined in Section 12-10.

|   | DISTRICTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|   | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

### 32-62

**Permitted Accessory Business Signs**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| In all districts, as indicated, *accessory business signs* are permitted subject to the provisions of the following Sections: | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

    Section 32-64 (Surface Area and Illumination Provisions)

    Section 32-65 (Permitted Projection or Height of Signs)

    Section 32-67 (Special Provisions Applying along District Boundaries)

    Section 32-68 (Permitted Signs on Residential Buildings).

### 32-63

**Permitted Advertising Signs**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| In the districts indicated, *advertising signs* are permitted subject to the applicable provisions of the following Sections: |   |   |   |   |   | C6-5<br>C6-7 | C7 | C8 |

    Section 32-64 (Surface Area and Illumination Provisions).

    Section 32-65 (Permitted Projection or Height of Signs)

    Section 32-66 (Additional Regulation for Advertising Signs)

    Section 32-67 (Special Provisions Applying along District Boundaries)

    Section 32-68 (Permitted Signs on Residential Buildings).

### 32-64

**Surface Area and Illumination Provisions**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| In all districts, as indicated, all permitted *signs* shall be subject to the restrictions on *surface area* and illumination as set forth in this Section, provided that the following *signs* shall be exempted from such restrictions on *surface area*: | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

    *Illuminated* non-*flashing business signs* located in a window within a *building*, with a total *surface area* not exceeding eight square feet on any *zoning lot* and limited to not more than three such *signs* in any window.

For the purpose of determining permitted *surface area* of *signs* for *zoning lots* occupied by more than one establishment, any portion of such *zoning lot* occupied by a *building* or part of a *building* accommodating one or more establishments on the ground floor may be considered as a separate *zoning lot*.

### 32-641

**Total surface area of signs**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| In all districts, as indicated, the total *surface area* of all permitted *signs*, including non-*illuminated* or *illuminated signs*, shall not exceed the limitation established for non-*illuminated signs*, as set forth in Section 32-642 (Non-illuminated signs). | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

---

Italicized words are defined in Section 12-10.

|  | DISTRICTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

### 32-642

**Non-illuminated signs**

In all districts, as indicated, non-*illuminated signs* with total *surface areas* not exceeding those shown in the following table are permitted:

| | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|---|

MAXIMUM SURFACE AREA
(in square feet)

| Description | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|---|
| 50 | | | C3 | | | | | |
| Three times the *street* frontage of the *zoning lot* (in feet), but in no event more than 150 for *interior* or *through lots* or 150 on each frontage for *corner lots*. | C1 | C2 | | | | | | |
| Three times the *street* frontage of the *zoning lot* (in feet), but in no event more than 200 for *interior* or *through lots* or 200 on each frontage for *corner lots*. | | | | | C5-1<br>C5-2<br>C5-3 | | | |
| Five times the *street* frontage of the *zoning lot* (in feet), but in no event more than 500 for *interior* or *through lots* or 500 on each frontage for *corner lots*. | | | | C4 | C5-4 | C6-1<br>C6-2<br>C6-3<br>C6-4<br>C6-6 | | |
| Five times the *street* frontage of the *zoning lot* (in feet), but in no event more than 500 for each *sign*. | | | | | | | | C8 |
| No restrictions as to size | | | | | | C6-5<br>C6-7 | C7 | |

### 32-643

**Illuminated non-flashing signs**

In the districts indicated, *illuminated* non-*flashing signs* are permitted with a total *surface area* (in square feet) not exceeding three times the *street* frontage of the *zoning lot* in feet, but in no event shall the total *surface area* exceed 50 square feet for *interior* or *through lots* or 50 square feet on each frontage for *corner lots*.

| | C1 | C2 | | | | | | |
|---|---|---|---|---|---|---|---|---|

### 32-644

**Illuminated or flashing signs in C4, C5-4, C6, or C7 Districts**

In the districts indicated, *illuminated* or *flashing signs* with total *surface areas* not exceeding those shown in the following table are permitted:

| | | | | C4 | C5-4 | C6 | C7 | |
|---|---|---|---|---|---|---|---|---|

MAXIMUM SURFACE AREA
(in square feet)

| Description | C4 | C5-4 | C6 | C7 |
|---|---|---|---|---|
| Five times the *street* frontage of the *zoning lot* (in feet), but in no event more than 500 for *interior* or *through lots* or 500 on each frontage for *corner lots* | C4 | C5-4 | C6-1<br>C6-2<br>C6-3<br>C6-4<br>C6-6 | |
| No restrictions as to size | | | C6-5<br>C6-7 | C7 |

### 32-645

**Illuminated or flashing signs in C8 Districts**

In the district indicated, *illuminated* or *flashing business signs* or *advertising signs with indirect illumination* are permitted, provided that the total *surface area* of all such *signs* (in square feet) shall not exceed five times the *street* frontage of the *zoning lot* (in feet) and that the *surface area* of each *sign* shall not exceed 500 square feet.

| | | | | | | | | C8 |
|---|---|---|---|---|---|---|---|---|

### 32-65

**Permitted Projection or Height of Signs**

In all districts, as indicated, all permitted *signs* are subject to the applicable regulations of this Section.

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|

---

Italicized words are defined in Section 12-10.

|  | DISTRICTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

**32-651**

**Permitted projection in C6-5, C6-7, or C7 Districts**

In the districts indicated, no permitted *sign* shall project across a *street line* more than eight feet.

|  |  |  |  |  |  | C6-5 C6-7 | C7 |  |
|---|---|---|---|---|---|---|---|---|

**32-652**

**Permitted projection in all other Commercial Districts**

In the districts indicated, no permitted *sign* shall project across a *street line* more than 18 inches for double- or multi-faced *signs* or 12 inches for all other *signs*.

| C1 | C2 | C3 | C4 | C5 | C6-1 C6-2 C6-3 C6-4 C6-6 |  | C8 |
|---|---|---|---|---|---|---|---|

**32-653**

**Additional regulations for projecting business signs**

In all districts, as indicated, the following *accessory business signs* are also permitted:

(a) Non-*illuminated signs* on awnings or canopies permitted by Section C26-219.0 of the Administrative Code, with a *surface area* not exceeding 12 square feet and with the height of letters not exceeding 12 inches, provided that such *signs* shall be limited to identification of the name or address of the *building* or an establishment contained therein.

(b) *Signs* on marquees permitted by Section C26-219.0 of the Administrative Code, provided that no such *sign* shall extend beyond the limits of the marquee on which it is located, except that individual free-standing letters may project to a height of 24 inches above said marquee.

| C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |
|---|---|---|---|---|---|---|---|

**32-654**

**Height of signs in C8 Districts**

In the district indicated, permitted *signs* shall not extend to a height greater than 40 feet above *curb level*, provided that non-*illuminated signs* or *signs with indirect illumination* may extend to a maximum height of 58 feet.

|  |  |  |  |  |  |  | C8 |
|---|---|---|---|---|---|---|---|

**32-655**

**Height of signs in all other Commercial Districts**

In the districts indicated, no permitted *sign* shall extend above *curb level* at a height greater than the following:

| MAXIMUM HEIGHT (in feet) | C1 | C2 | C3 | C4 | C5 | C6 | C7 |
|---|---|---|---|---|---|---|---|
| 20 | C1 | C2 | C3 |  | C5-1 C5-2 C5-3 |  |  |
| 40 |  |  |  | C4 | C5-4 | C6-1 C6-2 C6-3 C6-4 C6-6 |  |
| No restriction as to height |  |  |  |  |  | C6-5 C6-7 | C7 |

**32-656**

**Height of signs above roof**

In the districts indicated, no wall *sign* shall be permitted to extend more than five feet above the parapet wall or roof of any *building or other structure*.

| C1 | C2 | C3 | C4 | C5 | C6-1 C6-2 C6-3 C6-4 C6-6 |  |  |
|---|---|---|---|---|---|---|---|

Italicized words are defined in Section 12-10.

|  | DISTRICTS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

### 32-657

### Roof signs

In the districts indicated, no *signs* shall be permitted on the roof of any *building*.

| C1 | C2 | C3 | C4 | C5 | C6-1 C6-2 C6-3 C6-4 C6-6 | | |

### 32-66

### Additional Regulations for Advertising Signs

In the districts indicated, no *advertising sign* shall be located, nor shall an existing *advertising sign* be structurally altered, relocated, or reconstructed within 200 feet of an arterial highway or of a *public park* with an area of one-half acre or more, if such *advertising sign* is within view of such arterial highway or *public park*. For the purposes of this Section, arterial highways shall include all highways which are shown on the Master Plan of Arterial Highways and Major Streets as "principal routes," "parkways," or "toll crossings," and which have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply. However, beyond 200 feet from such arterial highway or *public park*, an *advertising sign* shall be located at a distance of at least as many linear feet therefrom as there are square feet of *surface area* on the face of such *sign*.

|  |  |  |  |  | C6-5 C6-7 | C7 | C8 |

### 32-67

### Special Provisions Applying along District Boundaries

In the districts indicated, and within 100 feet of the *street line* of any *street* or portion thereof in which the boundary of an adjoining *Residence District* is located, or which adjoins a *public park* of one-half acre or more, all *signs* which face at an angle of less than 165 degrees away from such *Residence District* or park boundary shall be limited to *accessory business signs* and shall conform with all the *sign* regulations applicable in C1 Districts as set forth in Sections 32-61 to 32-68, inclusive, relating to Sign Regulations.

|  | C2 | C3 | C4 | C5 | C6 | C7 | C8 |

### 32-68

### Permitted Signs on Residential Buildings

In the districts indicated, any *use* listed in Use Group 1 or 2 shall conform to the *sign* regulations for *Residence Districts* set forth in Sections 22-31 to 22-33, inclusive. In *residential* or *mixed buildings*, *residential sign* regulations shall apply to a *building* or part of a *building* used for *residential* purposes.

| C1 | C2 | C3 | C4 | C5 | C6 | C7 |

---

Italicized words are defined in Section 12-10.

|  | DISTRICTS | |
|---|---|---|
| M1 | M2 | M3 |

**42-45** (Continued)      M1   M2   M3

(a) Is divided by a boundary between the *Manufacturing District* and a *Residence District*, or

(b) Is presently in the same ownership as adjoining property located in a *Residence District*, and no *building* in the *Residence District* exists, or will in the future be erected, within a distance of 75 feet from the *Manufacturing District*, as evidenced by deed restrictions filed in an office of record binding the owner and his heirs and assigns.

---

## 42-50  SIGN REGULATIONS

### 42-51

### Definitions (repeated from Section 12-10)

**Sign**

A "sign" is any writing (including letter, word, or numeral); pictorial representation (including illustration or decoration); emblem (including device, symbol, or trademark); flag (including banner or pennant); or any other figure of similar character, which:

  (a) Is a structure or any part thereof, or is attached to, painted on, or in any other manner represented on a *building or other structure*, and

  (b) Is used to announce, direct attention to, or advertise, and

  (c) Is visible from outside a *building*. A *sign* shall include writing, representation, or other figure of similar character within a *building* only when illuminated and located in a window.

The following shall not be subject to the provisions of this resolution:

  (a) Signs of a duly constituted governmental body: including traffic or similar regulatory devices, legal notices, or warning at railroad crossings

  (b) Flags or emblems of a political, civic, philanthropic, educational, or religious organization

  (c) Temporary signs announcing a campaign, drive, or event of the above organizations

  (d) Memorial signs or tablets

  (e) Signs denoting architect, engineer, or contractor when placed on construction sites and not exceeding 25 square feet in area

  (f) Signs required to be maintained by law or governmental order, rule, or regulation, with a total *surface area* not exceeding ten square feet on any *zoning lot*

  (g) Small signs displayed for the direction or convenience of the public, including signs which identify rest rooms, freight entrances, or the like, with a total *surface area* not exceeding five square feet on any *zoning lot*.

When two sides of a double-faced *sign* are located not more than 28 inches apart at the widest point and not more than 18 inches apart at the narrowest point and display identical writing or other representation, the *surface area* shall include only one of the sides. Any additional side of a multi-faced *sign* shall be considered as a separate *sign* for purposes of computing the total *surface area* of the *sign*.

**Sign, advertising**

An "advertising sign" is a *sign* which directs attention to a business, profession, commodity, service, or entertainment conducted, sold, or offered elsewhere than upon the same *zoning lot*.

**Sign, business**

A "business sign" is an *accessory sign* which directs attention to a profession, business, commodity, service, or entertainment conducted, sold, or offered upon the same *zoning lot*.

**Sign, illuminated**

An "illuminated sign" is a *sign* designed to give forth any artificial light or reflect such light from an artificial source.

**Sign with indirect illumination**

A "sign with indirect illumination" is any *illuminated* non-*flashing sign* whose illumination is derived entirely from an external artificial source, and is so arranged that no direct rays of light are projected from such artificial source into *residences* or streets.

**Surface area (of a sign)**

The "surface area" of a *sign* shall be the entire area within a single continuous perimeter enclosing the extreme limits of writing, representation, emblem, or any figure of similar character, together with any material or color forming an integral part of the display or used to differentiate such *sign* from the background against which it is placed. In any event, the supports or uprights on which such *sign* is supported shall not be included in determining the *surface area* of a *sign*.

---

|  | DISTRICTS | |
|---|---|---|
| M1 | M2 | M3 |

### 42-52

### Permitted Accessory Business Signs or Advertising Signs

In all districts, as indicated, *accessory business signs* or *advertising signs* are permitted with no restrictions on size, illumination, or otherwise, except as otherwise provided in Section 42-54 (Special Provisions Applying along District Boundaries) and subject to the provisions of Section 42-53 (Additional Regulations for Advertising Signs).     M1   M2   M3

---

Italicized words are defined in Section 12-10.

|  | DISTRICTS | | |
|---|---|---|---|
|  | M1 | M2 | M3 |

### 42-53
**Additional Regulations for Advertising Signs**

In all districts, as indicated, no *advertising sign* shall be located, nor shall an existing *advertising sign* be structurally altered, relocated, or reconstructed, within 200 feet of an arterial highway or of a *public park* with an area of one-half acre or more, if such *advertising sign* is within view of such arterial highway or *public park*. For the purposes of this Section, arterial highways shall include all highways which are shown on the Master Plan of Arterial Highways and Major Streets as "principal routes", "parkways", or "toll crossings", and which have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply. However, beyond 200 feet from such arterial highway or *public park*, an *advertising sign* shall be located at a distance of at least as many linear feet therefrom as there are square feet of *surface area* on the face of such *sign*.

→ M1  M2  M3

### 42-54
**Special Provisions Applying along District Boundaries**

#### 42-541
**Restrictions along district boundary located in a street**

In all districts, as indicated, and within 100 feet of the *street line* of any *street* or portion thereof in which the boundary of an adjoining *Residence District* is located, or which adjoins a *public park* of one-half acre or more, *signs* which face at an angle of less than 165 degrees away from such *Residence District* or park boundary shall be limited to *accessory business signs* and shall conform with all the *sign* regulations applicable in C1 Districts as set forth in Sections 32-61 to 32-68, inclusive, relating to Sign Regulations.

→ M1  M2  M3

#### 42-542
**Restriction on height above curb level**

In all districts, as indicated, and within 500 feet of the boundary of a *Residence District*, or a C1 or C2 District, no *illuminated sign* with an area exceeding 25 square feet shall extend more than 50 feet above *curb level*, unless all illuminated portions thereof face at an angle of at least 90 degrees from such boundary line.

However, the provisions of this Section shall not apply to any *sign with indirect illumination* which extends to a height of 58 feet or less above *curb level*.

→ M1  M2  M3

---

Italicized words are defined in Section 12-10.