Exhibit H

# ZONING RESOLUTION  Web Version

# THE CITY OF NEW YORK



THE CITY OF NEW YORK
Michael R. Bloomberg, Mayor

CITY PLANNING COMMISSION
Amanda M. Burden, Director

# Article II: Residence District Regulations
### Chapter 2 - Use Regulations

Effective date of most recently amended section of Article II Chapter 2: 9/9/04

Corrections: 22-00, 22-13

Date of file creation: Web version of Article II Chapter 2: 6/6/08

CITY PLANNING COMMISSION
nyc.gov/planning

DEPARTMENT OF CITY PLANNING
©Copyright 2008 NYC Department of City Planning

feet from any #lot line#

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Non-commercial outdoor swimming pool clubs

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
#Non-profit hospital staff dwellings# located not more than 1,500
feet from the non-profit or voluntary hospital

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Nursing home and health related facilities in Community Districts
designated in Section 74-903.  The special permit provisions,
however, shall not apply to proprietary nursing homes,
proprietary health related facilities and proprietary domiciliary
care facilities for adults in R1 and R2 Districts.

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Police stations [PRC-C]

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Public transit, railroad, or electric utility substations,
limited in each case to a site of not less than 40,000 square
feet and not more than 10 acres

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Railroad passenger stations

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Seaplane bases

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
Sewage disposal plants

R10-H
#Transient hotels#

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10
#Uses# listed in a permitted Use Group for which #railroad or
transit air space# is #developed#.


4/8/98

**22-30**
**SIGN REGULATIONS**


5/22/63

**22-31**
**Definitions**
Words in italics are defined in Section 12-10 (DEFINITIONS) or,
if applicable exclusively to this Section, in this Section.

4/8/98

**22-32**
**Permitted Non-Illuminated Accessory Signs**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

In all districts, as indicated, non-#illuminated accessory signs#
are permitted as set forth in this Section, subject to the
provisions of Section 22-34 (Additional Regulations).

8/26/65

**22-321**
**Nameplates or identification signs**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

(a)  For all #residential buildings#, one nameplate, with an area
     not exceeding one square foot and indicating only the name
     or address of the occupant or a permitted occupation, is
     permitted for each #dwelling unit# or #rooming unit#.

(b)  For multiple dwellings, including #apartment hotels#, or for
     permitted non-#residential buildings or other structures#
     exclusive of hospitals and related facilities, one
     identification #sign#, with an area not exceeding 12 square
     feet and indicating only the name of the permitted #use#,
     the name or address of the #building#, or the name of the
     management thereof, is permitted.  For #community facility
     uses#, except hospitals and related facilities, a bulletin
     board, with an area not exceeding 16 square feet, is also
     permitted.  For any #sign# on awnings or canopies, the
     height of letters on any side of such awnings or canopies
     shall not exceed 12 inches.

(c)  For hospitals and related facilities any number of
     identification or directional #signs# are permitted,
     provided the total #surface area# in square feet of all such

#signs# shall not exceed 25 square feet on any one #street# frontage or 15 percent of such #street# frontage in feet, whichever is less.  In addition to the aforementioned #signs#, either one directory or bulletin board, or combination thereof is permitted, not to exceed 50 square feet.

12/15/61

**22-322**
**"For sale" or "for rent" signs**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

"For sale" or "for rent" #signs#, with an area not exceeding 12 square feet, are permitted.  If located on vacant land, such a #sign# shall not be within 15 feet of the #street line#, nor within six feet of any other #lot line#.

12/15/61

**22-323**
**Signs for parking areas**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

One #sign#, with an area not exceeding two square feet, designating each entrance to or exit from an off-street parking area, open or enclosed, is permitted.  No such #sign# shall be higher than seven feet above #curb level#.

4/8/98

**22-33**
**Signs on Lots Containing Certain Community Facilities**

4/8/98

**22-331**
**Permitted illuminated accessory signs for hospitals and related facilities**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

In all districts, as indicated, for hospitals and related facilities #illuminated# non-#flashing accessory signs# are permitted in all districts, subject to Section 22-34 (Additional Regulations). Any number of #illuminated# non-#flashing# identification or directional #signs# are permitted, provided that the total #surface area# in square feet of said #illuminated signs# or the combined total #surface area# in square feet of the #illuminated# and non-#illuminated# identification or directional #signs# does not exceed 25 square feet on any one #street# frontage or 15 percent of such #street# frontage in feet, whichever is less, and provided further that the Commissioner of Buildings determines that such #signs# are so located as to cause a minimum amount of light to be projected onto abutting or adjacent #residences#. In addition to #illuminated# or non-#illuminated accessory signs#, one illuminated non-flashing directory or bulletin board or combination thereof is permitted in lieu of a non-illuminated directory or bulletin board or combination thereof provided that the total #sign# area does not exceed 50 square feet and provided further that the Commissioner of Buildings determines that such #sign# is so located as to minimize the amount of light projected on the abutting or adjacent #residences#.


4/8/98

**22-332**
**Flags, banners or pennants on lots containing certain community facilities**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

In all districts, as indicated, flags, banners or pennants other than those that are #advertising signs#, located on any #zoning lot# used primarily for #community facility uses# of a civic, philanthropic, educational or religious nature, are permitted without limitation.


8/26/65

**22-34**
**Additional Regulations**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

In all districts as indicated, any #sign# permitted under the provisions of Section 22-32 (Permitted Non-illuminated Accessory Signs), and Section 22-33 (Permitted Illuminated Accessory Signs for Hospitals and Related Facilities) shall conform to the regulations set forth in this Section.

12/15/61

**22-341**
**Projecting signs**
R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

No #sign# shall project across a #street line# more than 12 inches.

12/15/61

**22-342**
**Height of signs**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

No #sign# shall extend above the ground floor ceiling, or more than 20 feet above #curb level#, whichever is less.

8/26/65

**22-343**
**Number of signs**

R1 R2 R3 R4 R5 R6 R7 R8 R9 R10

Except as otherwise provided in Section 22-32 (Permitted Non-Illuminated Accessory Signs) or Section 22-33 (Permitted Illuminated Accessory Signs for Hospitals and Related Facilities), not more than one #sign# is permitted for each #use#, #building# or #dwelling unit#, and not more than two #signs# for each professional office.  On a #corner lot# or #through lot#, one #sign# (or for professional offices, two #signs#)is permitted on each #street#.

4/8/98

**22-35**
**Advertising Signs on Waterways**

No moving or stationary "advertising sign" shall be displayed on
a vessel plying waterways adjacent to #Residence Districts# and
within view from an arterial highway.  For the purposes of this
Section, arterial highways shall include all highways that are
shown on the Master Plan of Arterial Highways and Major Streets
as "principal routes," "parkways" or "toll crossings" and that
have been designated by the City Planning Commission as arterial
highways to which the provisions of this Section shall apply.
For the purposes of this Section "advertising sign" is a sign
that directs attention to a profession, business, commodity,
service or entertainment conducted, sold or offered elsewhere
than upon the premises of the vessel and is not #accessory# to a
#use# on such vessel.

9/27/62

**22-40**
**SUPPLEMENTARY USE REGULATIONS**

2/22/90

**22-41**
**Air Space over a Railroad or Transit Right-of-way or Yard**

9/27/62

**22-411**
**Definitions**

Words in italics are defined in Section 12-10 (DEFINITIONS) or,
if applicable to this Section, in this Section.

12/5/91

# ZONING RESOLUTION  Web Version

# THE CITY OF NEW YORK



THE CITY OF NEW YORK
Michael R. Bloomberg, Mayor

CITY PLANNING COMMISSION
Amanda M. Burden, Director

# Article III: Commercial District Regulations
## Chapter 2 - Use Regulations

Effective date of most recently amended section of Article III Chapter 2: 10/29/07

Correction: 32-11

Date of file creation: Web version of Article III Chapter 2: 6/16/08

CITY PLANNING COMMISSION
nyc.gov/planning

DEPARTMENT OF CITY PLANNING
©Copyright 2008 NYC Department of City Planning

12/15/61

**32-52**
**Exceptions for Integrated Developments Divided by District Boundaries**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, primary business entrances, #show windows# or #signs# may be located on any frontage within a #Commercial District#, if the Commissioner of Buildings finds that the #zoning lot# on which the business entrance, #show window# or #sign# is to be located:

(a)    is divided by a boundary between the #Commercial District# and a #Residence District#; or

(b)    is presently in the same ownership as adjoining property located in a #Residence District# and no #building# in the #Residence District# exists, or will in the future be erected, within a distance of 75 feet from the #Commercial District#, as evidenced by deed restrictions filed in an office of record binding the owner and his heirs and assigns.

4/8/98

**32-60**
**SIGN REGULATIONS**

5/22/63

**32-61**
**Definitions**

Words in italics are defined in Section 12-10 or, if applicable exclusively to this Chapter, in this Section.

2/27/01

**32-62**

**Permitted Signs**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, #signs# other than #advertising signs# are permitted subject to the provisions of the following Sections:

      Section 32-64   (Surface Area and Illumination Provisions)

      Section 32-65   (Permitted Projection or Height of Signs)

      Section 32-66   (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways)

      Section 32-67   (Special Provisions Applying along District Boundaries)

      Section 32-68   (Permitted Signs on Residential Buildings)

      Section 32-69   (Additional Sign Regulations for Adult Establishments)

However, notwithstanding any provision of this Section, flags, banners or pennants other than those that are #advertising signs#, located on any #zoning lot# used primarily for #community facility uses# of a civic, philanthropic, educational or religious nature, are permitted in all districts, as indicated, without limitation.


2/27/01

**32-63**
**Permitted Advertising Signs**

C6-5 C6-7 C7 C8

In the districts indicated, #advertising signs# are permitted subject to the applicable provisions of the following Sections:

      Section 32-64   (Surface Area and Illumination Provisions)

      Section 32-65   (Permitted Projection or Height of Signs)

      Section 32-66   (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways)

Section 32-67    (Special Provisions Applying along District
                  Boundaries)

Section 32-68    (Permitted Signs on Residential Buildings).


2/27/01

**32-64**
**Surface Area and Illumination Provisions**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, all permitted #signs# shall be
subject to the restrictions on #surface area# and illumination as
set forth in this Section, provided that the following #signs#
shall be exempted from such restrictions on #surface area#:

> #Illuminated# non-#flashing signs# other than #advertising
> signs# located in a window within a #building#, with a total
> #surface area# not exceeding eight square feet on any
> #zoning lot# and limited to not more than three such #signs#
> in any window.

For the purpose of determining permitted #surface area# of
#signs# for #zoning lots# occupied by more than one
establishment, any portion of such #zoning lot# occupied by a
#building# or part of a #building# accommodating one or more
establishments on the ground floor may be considered as a
separate #zoning lot#.

No #illuminated sign# shall have a degree or method of
illumination which exceeds standards established by the
Department of Buildings by rule pursuant to the City
Administrative Procedure Act. Such standards shall ensure that
illumination on any #illuminated sign# does not project or
reflect on #residences#, #loft dwellings# or #joint living-work
quarters for artists# so as to interfere with the reasonable use
and enjoyment thereof. Nothing herein shall be construed to
authorize a #sign with indirect illumination# to arrange an
external artificial source of illumination so that direct rays of
light are projected from such artificial source into
#residences#, #loft dwellings# or #joint living-work quarters for
artists#.


12/15/61

**32-641**
**Total surface area of signs**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, the total #surface area# of all permitted #signs#, including non-#illuminated# or #illuminated signs#, shall not exceed the limitation established for non-#illuminated signs#, as set forth in Section 32-642 (Non-illuminated signs).

1/20/65

**32-642**
**Non-illuminated signs**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, non-#illuminated signs# with total #surface areas# not exceeding those shown in the following table are permitted:

| Maximum Surface Area | District |
|---|---|
| 50 square feet | C3 |
| Three times the #street# frontage of the #zoning lot# (in feet), but in no event more than 150 sq. ft. for #interior# or #through lots# or 150 sq. ft. on each frontage for #corner lots#. | C1 C2 |
| Three times the #street# frontage of the #zoning lot# (in feet), but in no event more than 200 sq. ft. for #interior# or #through lots# or 200 sq. ft. on each frontage for #corner lots#. | C5-1 C5-2 C5-3 C5-5 |
| Five times the #street# frontage of the #zoning lot# (in feet), but in no event more than 500 sq. ft. for #interior# or #through lots# or 500 sq. ft. on each frontage for #corner lots#. | C4 C5-4 C6-1 C6-2 C6-3 C6-4 C6-6 C6-8 C6-9 |
| Six times the #street# frontage of the #zoning lot# (in feet), but in no event more than 750 sq. ft. for each #sign#. | C8 |

No restrictions as to size                     C6-5 C6-7 C7

12/15/61

**32-643**
**Illuminated non-flashing signs**

C1 C2

In the district indicated, #illuminated# non-#flashing signs# are
permitted with a total #surface area# (in square feet) not
exceeding three times the #street# frontage of the #zoning lot#
in feet, but in no event shall the total #surface area# exceed 50
square feet for #interior# or #through lots# or 50 square feet on
each frontage for #corner lots#.

6/21/73

**32-644**
**Illuminated or flashing signs in C4, C5-4, C6 or C7 Districts**

C4 C5-4 C6 C7

In the districts indicated, #illuminated# or #flashing signs#
with total #surface areas# not exceeding those shown in the
following table are permitted:

| Maximum Surface Area (in square feet) | District |
|---|---|
| Five times the #street# frontage of the #zoning lot# (in feet), but in no event more than 500 square feet for #interior# or #through lots# or 500 square feet on each frontage for #corner lots#. | C4 C5-4 C6-1 C6-2 C6-3 C6-4 C6-6 C6-8 C6-9 |
| No restrictions as to size | C6-5 C6-7 C7 |

However, in a C6-1A District, #flashing signs# are not permitted.

4/8/98

**32-645**

**Illuminated or flashing signs in C8 Districts**

C8

In the district indicated, #illuminated# or #flashing signs#, other than #advertising signs#, and #advertising signs# with indirect illumination, are permitted, provided that the total #surface area# of all such #signs# (in square feet) shall not exceed five times the #street# frontage of the #zoning lot# (in feet) and that the #surface area# of each #sign# shall not exceed 500 square feet.

12/15/61

**32-65**
**Permitted Projection or Height of Signs**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, all permitted #signs# are subject to the applicable regulations of this Section.

4/8/98

**32-651**
**Permitted projection in C6-5, C6-7 or C7 Districts**

C6-5 C6-7 C7

In the districts indicated, except as otherwise provided in Section 32-653 (Additional regulations for projecting signs), no permitted #sign# shall project across a #street line# more than eight feet.

4/8/98

**32-652**
**Permitted projection in all other Commercial Districts**

C1 C2 C3 C4 C5 C6-1 C6-2 C6-3 C6-4 C6-6 C6-8 C6-9 C8

In the districts indicated, except as otherwise provided in Section 32-653 (Additional regulations for projecting signs), no

permitted #sign# shall project across a #street line# more than
18 inches for double- or multi-faceted #signs# or 12 inches for
all other #signs#.


2/27/01

**32-653**
**Additional regulations for projecting signs**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, permitted #signs# other than
#advertising signs# may be displayed as follows:

(a)   Non-#illuminated signs# may be displayed on awnings or
      canopies permitted by the Administrative Code, with a
      #surface area# not exceeding 12 square feet and with the
      height of letters not exceeding 12 inches. Any commercial
      copy on such #signs# shall be limited to identification of
      the name or address of the #building# or an establishment
      contained therein.

(b)   #Signs# may be displayed on marquees permitted by the
      Administrative Code, provided that no such #sign# in a
      district other than a C6-5, C6-7 or C-7 District shall
      project more than 48 inches above nor more than 12 inches
      below such marquee.


12/15/61

**32-654**
**Height of signs in C8 Districts**

C8

In the district indicated, permitted #signs# shall not extend to
a height greater than 40 feet above #curb level#, provided that
non-#illuminated signs# or #signs with indirect illumination# may
extend to a maximum height of 58 feet.


1/20/65

**32-655**

**Height of signs in all other Commercial Districts**

C1 C2 C3 C4 C5 C6 C7

In the districts indicated, no permitted #sign# shall extend above #curb level# at a height greater than the following:

| Maximum Height (in feet) | Districts |
|---|---|
| 25 | C1 C2 C3 |
| | C5-1 C5-2 C5-3 C5-5 |
| 40 | C4 C5-4 C6-1 C6-2 C6-3 |
| | C6-4 C6-6 C6-8 C6-9 |
| No restriction as to height | C6-5 C6-7 C7 |

1/20/65

**32-656**
**Height of signs above roof**

C1 C2 C3 C4 C5 C6-1 C6-2 C6-3 C6-4 C6-6 C6-8 C6-9

In the districts indicated, no #sign# displayed from the wall of a #building or other structure# shall extend above the parapet wall or roof of such #building or other structure#, except that a vertical #sign#, the horizontal width of which, parallel to the wall, does not exceed 28 inches, may extend no higher than 15 feet above the roof level.

3/11/65

**32-657**
**Roof signs**

C1 C2 C3 C4 C5 C6-1 C6-2 C6-3 C6-4 C6-6 C6-8 C6-9

In the districts indicated, no #signs# shall be permitted on the roof of any #building#.

2/27/01

**32-66**

**Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways**

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, all permitted #signs# are subject to the applicable regulations of this Section.

For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.


2/27/01

**32-661**
**Additional regulations for signs other than advertising signs**

C6-5 C6-7 C7 C8

In the districts indicated, and within 200 feet of an arterial highway or a #public park# with an area of one-half acre or more, no permitted #sign# that is within view of such arterial highway or #public park# shall exceed 500 square feet of #surface area#.

Beyond 200 feet from such arterial highway or #public park#, the surface area of such #signs# may be increased one square foot for each linear foot such #sign# is located from the arterial highway or #public park#.

Upon application, these requirements shall be waived, provided that the Chairperson of the City Planning Commission certifies that:

(a)  such waiver is limited to a single, non-#flashing sign# that is located on a #zoning lot# not less than one and one-half acres; and

(b)  all other permitted #signs# located on such #zoning lot# that are subject to the provisions of this Section conform with all the #sign# regulations applicable in C1 Districts.


2/27/01

**32-662**
**Additional regulations for advertising signs**

C6-5 C6-7 C7 C8

In all districts, as indicated, no #advertising sign# shall be
located, nor shall an existing #advertising sign# be structurally
altered, relocated or reconstructed within 200 feet of an
arterial highway or of a #public park# with an area of one half
acre or more, if such #advertising sign# is within view of such
arterial highway or #public park#.  For the purposes of this
Section, arterial highways shall include all highways which are
shown on the Master Plan of Arterial Highways and Major Streets,
as "principal routes," "parkways" or "toll crossings," and which
have been designated by the City Planning Commission as arterial
highways to which the provisions of this Section shall apply.
Beyond 200 feet from such arterial highway or #public park#, an
#advertising sign# shall be located at a distance of at least as
many linear feet therefrom as there are square feet of #surface
area# on the face of such #sign#.  However, in all districts as
indicated, the more restrictive of the following shall apply:

(1)  Any #advertising sign# erected, structurally altered,
     relocated or reconstructed prior to June 1, 1968, within 660
     feet of the nearest edge of the right-of-way of an arterial
     highway, whose message is visible from such arterial
     highway, shall have legal #non-conforming use# status
     pursuant to Section 52-83, to the extent of its size
     existing on May 31, 1968.

(2)  Any #advertising sign# erected, structurally altered,
     relocated or reconstructed between June 1, 1968 and November
     1, 1979, within 660 feet of the nearest edge of the right-
     of-way of an arterial highway, whose message is visible from
     such arterial highway, and whose size does not exceed 1,200
     square feet in #surface area# on its face, 30 feet in
     height, and 60 feet in length, shall have legal #non-
     conforming use# status pursuant to Section 52-83, to the
     extent of its size existing on November 1, 1979.  All
     #advertising signs# not in conformance with the standards
     set forth herein shall terminate.


2/27/01

**32-663**
**Advertising signs on waterways**

No moving or stationary #advertising sign# shall be displayed on

a vessel plying waterways adjacent to #Commercial Districts# and
within view from an arterial highway.  For the purposes of this
Section, arterial highways shall include all highways that are
shown on the Master Plan of Arterial Highways and Major Streets
as "principal routes," "parkways" or "toll crossings" and that
have been designated by the City Planning Commission as arterial
highways to which the provisions of this Section shall apply.

For the purposes of this Section, #advertising sign# is a #sign#
that directs attention to a profession, business, commodity,
service or entertainment conducted, sold or offered elsewhere
than upon the premises of the vessel and is not #accessory# to a
#use# on such vessel.


4/8/98

**32-67**
**Special Provisions Applying along District Boundaries**

C2 C3 C4 C5 C6 C7 C8

In the districts indicated, and within 100 feet of the #street
line# of any #street# or portion thereof in which the boundary of
an adjoining #Residence District# is located, or which adjoins a
#public park# of one-half acre or more, no #advertising sign#
that faces at an angle of less than 165 degrees away from such
#Residence District# or park boundary shall be permitted and all
other #signs# facing at less than such an angle shall conform
with all the #sign# regulations applicable in C1 Districts as set
forth in Sections 32-61 to 32-68, inclusive, relating to Sign
Regulations.


4/8/98

**32-68**
**Permitted Signs on Residential or Mixed Buildings**

C1 C2 C3 C4 C5 C6

In the districts indicated, any #use# listed in Use Group 1 or 2
shall conform to the #sign# regulations for #Residence Districts#
set forth in Sections 22-31 to 22-34, inclusive. In #residential#
or #mixed buildings#, #residential sign# regulations shall apply
to a #building# or part of a #building# used for #residential#
purposes.

Where non-#residential uses# are permitted to occupy two floors of the #building#, all #signs accessory# to non-#residential uses# located on the second floor shall be non-#illuminated signs#, and shall be located below the level of the finished floor of the third #story#.

4/8/98

## 32-69
## Additional Sign Regulations for Adult Establishments

C6-4 C6-5 C6-6 C6-7 C6-8 C6-9 C7 C8

#Signs#, other than #advertising signs#, for #adult establishments# are permitted only as set forth in this Section and are limited to locations in the districts indicated.

All permitted #signs#, other than #advertising signs#, for #adult establishments# shall conform with all the #sign# regulations applicable in C1 Districts as set forth in this Chapter, except that the provisions of Section 32-64 (Surface Area and Illumination Provisions) shall not apply. In lieu thereof, the maximum #surface area# of all #signs#, other than #advertising signs#, for #adult establishments# shall not exceed, in the aggregate, three times the #street# frontage of the #zoning lot#, but in no event more than 150 square feet per establishment, of which no more than 50 square feet may be #illuminated# non-#flashing signs#.

# ZONING RESOLUTION  Web Version

# THE CITY OF NEW YORK



THE CITY OF NEW YORK
Michael R. Bloomberg, Mayor

CITY PLANNING COMMISSION
Amanda M. Burden, Director

# Article IV: Manufacturing District Regulations
## Chapter 2 - Use Regulations

Effective date of most recently amended section of Article IV Chapter 2: 9/10/07

Date of file creation: Web version of Article IV Chapter 2: 6/16/08

CITY PLANNING COMMISSION
nyc.gov/planning

DEPARTMENT OF CITY PLANNING
©Copyright 2008 NYC Department of City Planning

and

(4)    the authorization will not alter the essential
       character of the neighborhood or district in which the
       #use# is located, nor impair the future #use# or
       #development# of #commercial# and #manufacturing zoning
       lots#.

In granting such authorization, the Commission may prescribe
additional conditions and safeguards as the Commission deems
necessary.

#Residential uses# authorized pursuant to this Section shall be
subject to the regulations of Sections 43-61 (Bulk Regulations
for Residential Uses in M1-D Districts) and 44-28 (Parking
Regulations for Residential Uses in M1-D Districts).

Regulations governing other #residential uses# in M1-D Districts
are set forth in Article V, Chapter 2 (Non-conforming Uses).

#Residential uses# in M1-D Districts may #enlarge# pursuant to
the regulations of Section 52-46 (Conforming and Non-conforming
Residential Uses in M1-D Districts) or of this Section.


4/8/98

**42-50**
**SIGN REGULATIONS**


11/19/87

**42-51**
**Definitions**

Words in italics are defined in Section 12-10 or, if applicable
exclusively to this Chapter, in this Section.


2/27/01

**42-52**
**Permitted Signs**

M1 M2 M3

In all districts, as indicated, #signs# are permitted subject to the provisions of the following Sections:

    Section 42-53 (Surface Area and Illumination Provisions)

    Section 42-54 (Permitted Projection or Height of Signs)

    Section 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways)

    Section 42-56 (Special Provisions Applying Along District Boundaries)

    Section 42-57 (Additional Sign Regulations for Adult Establishments)

    Section 42-58 (Signs Erected Prior to December 13, 2000).

However, notwithstanding any provision of this Section, flags, banners or pennants other than those that are #advertising signs#, located on any #zoning lot# used primarily for #community facility uses# of a civic, philanthropic, educational or religious nature, are permitted in all districts, as indicated, without limitation.


2/27/01

**42-53**
**Surface Area and Illumination Provisions**

M1 M2 M3

In all districts, as indicated, all permitted #signs# shall be subject to the restrictions on #surface area# and illumination as set forth in this Section, provided that the following #signs# shall be exempted from such restrictions on #surface area#:

    #Illuminated# non-#flashing signs#, other than #advertising signs#, located in a window within a #building#, with a total #surface area# not exceeding eight square feet on any #zoning lot# and limited to not more than three such #signs# in any window.

For the purpose of determining permitted #surface area# of #signs# for #zoning lots# occupied by more than one establishment, any portion of such #zoning lot# occupied by a #building# or part of a #building# accommodating one or more

establishments on the ground floor may be considered as a
separate #zoning lot#.

No #illuminated sign# shall have a degree or method of
illumination that exceeds standards established by the Department
of Buildings by rule pursuant to the City Administrative
Procedure Act. Such standards shall ensure that illumination on
any #illuminated sign# does not project or reflect on
#residences#, #loft dwellings# or #joint living-work quarters for
artists# so as to interfere with the reasonable use and enjoyment
thereof. Nothing herein shall be construed to authorize a #sign
with indirect illumination# to arrange an external artificial
source of illumination so that direct rays of light are projected
from such artificial source into #residences#, #loft dwellings#
or #joint living-work quarters for artists#.


2/27/01

**42-531**
**Total surface area of signs**

M1 M2 M3

In all districts, as indicated, the total #surface area# of all
permitted #signs#, including non-#illuminated# or #illuminated
signs#, shall not exceed the limitation established for non-
#illuminated signs#, as set forth in Section 42-532.


2/27/01

**42-532**
**Non-illuminated signs**

M1 M2 M3

In all districts, as indicated, non-#illuminated signs# with
total #surface areas# not exceeding six times the #street#
frontage of the #zoning lot#, in feet, but in no event more than
1,200 square feet for each #sign#, are permitted.

However, in any #Manufacturing District# in which #residences#,
#loft dwellings# or #joint living-work quarters for artists# are,
under the provisions of the Zoning Resolution, allowed as-of-
right or by special permit or authorization, the total #surface
area# of all such permitted #signs# shall not exceed six times
the #street# frontage of the #zoning lot#, in feet, and that the

#surface area# of each #sign# shall not exceed 750 square feet.


2/27/01

**42-533**
**Illuminated or flashing signs**

M1 M2 M3

In all districts, as indicated, #illuminated# or #flashing advertising signs# are not permitted.

#Illuminated# or #flashing signs#, other than #advertising signs#, and #accessory# or #advertising signs with indirect illumination# are permitted, provided that the total #surface area# of all such #signs#, in square feet, shall not exceed:

(a)     for #illuminated# or #flashing signs# other than #advertising signs#, five times the #street# frontage of the #zoning lot#, in feet, and that the #surface area# of each #sign# shall not exceed 500 square feet; and

(b)     for #accessory# or #advertising signs with indirect illumination#, five times the #street# frontage of the #zoning lot#, in feet, and that the #surface area# of each #sign# shall not exceed 750 square feet.

However, in any #Manufacturing District# in which #residences#, #loft dwellings# or #joint living-work quarters for artists# are, under the provisions of the Zoning Resolution, allowed as-of-right or by special permit or authorization, the total #surface area# of all such permitted #signs# shall not exceed five times the #street# frontage of the #zoning lot#, in feet, and that the #surface area# of each #sign# shall not exceed 500 square feet.


2/27/01

**42-54**
**Permitted Projection or Height of Signs**

M1 M2 M3

In all districts, as indicated, all permitted #signs# are subject to the applicable regulations of this Section, inclusive.

10/13/04

**42-541**
**Permitted projection**

M1 M2 M3

In all districts, as indicated, except as otherwise provided in
Section 42-542 (Additional regulations for projecting signs), no
permitted #sign# shall project across a #street line# more than
18 inches for double- or multi-faceted #signs# or 12 inches for
all other #signs#, except that:

(a)  In M1-5A, M1-5B, M1-5M and M1-6M Districts and in
     #Manufacturing Districts# mapped within the #Special Tribeca
     Mixed Use District#, for each establishment located on the
     ground floor, non-#illuminated signs# other than
     #advertising signs# may project no more than 40 inches
     across a #street line#, provided that along each #street# on
     which such establishment fronts, the number of such #signs#
     for each establishment shall not exceed two two-sided
     #signs# separated at least 25 feet apart, and further
     provided that any such #sign# shall not exceed a #surface
     area# of 24 by 36 inches and shall not be located above the
     level of the first #story# ceiling.

(b)  For #zoning lots# occupied by more than two theaters
     designed, arranged and used for live performances of drama,
     music or dance and located within the area bounded by West
     34th Street, Eighth Avenue, West 42nd Street and Tenth
     Avenue, permitted #signs# may project across a #street line#
     no more than four feet, six inches, provided the height of
     any such #signs# shall not exceed 55 feet above #curb
     level#.

2/27/01

**42-542**
**Additional regulations for projecting signs**

M1 M2 M3

In all districts, as indicated, permitted #signs# other than
#advertising signs# may be displayed as follows:

(a)  Non-#illuminated signs# may be displayed on awnings or
     canopies permitted by the Administrative Code, with a

#surface area# not exceeding 12 square feet and with the
height of letters not exceeding 12 inches. Any commercial
copy on such #signs# shall be limited to identification of
the name or address of the #building# or an establishment
contained therein.

(b)   #Signs# may be displayed on marquees permitted by the
      Administrative Code, provided that no such #sign# shall
      project more than 48 inches above nor more than 12 inches
      below such marquee.


2/27/01

**42-543**
**Height of signs**

M1 M2 M3

In all districts, as indicated, permitted #signs# shall not
extend to a height greater than 40 feet above #curb level#,
provided that non-#illuminated signs# or #signs with indirect
illumination# may extend to a maximum height of 75 feet.


2/27/01

**42-55**
**Additional Regulations for Signs Near Certain Parks and
Designated Arterial Highways**

M1 M2 M3

In all districts, as indicated, the provisions of paragraphs (a),
(b) and (c), or paragraph (d), of this Section, shall apply for
#signs# near designated arterial highways or certain #public
parks#.

(a)   Within 200 feet of an arterial highway or a #public park#
      with an area of one-half acre or more, #signs# that are
      within view of such arterial highway or #public park# shall
      be subject to the following provisions:

      (1)   no permitted #sign# shall exceed 500 square feet of
            #surface area#; and

      (2)   no #advertising sign# shall be allowed, nor shall an

existing #advertising sign# be structurally altered,
relocated or reconstructed.

(b)   Beyond 200 feet from such arterial highway or #public park#,
the #surface area# of such #signs# may be increased one
square foot for each linear foot such sign is located from
the arterial highway or #public park#.

(c)   The more restrictive of the following shall apply:

(1)   any #advertising sign# erected, structurally altered,
relocated or reconstructed prior to June 1, 1968,
within 660 feet of the nearest edge of the right-of-way
of an arterial highway, whose message is visible from
such arterial highway, shall have legal #non-conforming
use# status pursuant to Section 52-83 (Non-Conforming
Advertising Signs), to the extent of its size existing
on May 31, 1968; or

(2)   any #advertising sign# erected, structurally altered,
relocated or reconstructed between June 1, 1968, and
November 1, 1979, within 660 feet of the nearest edge
of the right-of-way of an arterial highway, whose
message is visible from such arterial highway, and
whose size does not exceed 1,200 square feet in
#surface area# on its face, 30 feet in height and 60
feet in length, shall have legal #non-conforming use#
status pursuant to Section 52-83, to the extent of its
size existing on November 1, 1979. All #advertising
signs# not in conformance with the standards set forth
herein shall terminate.

(d)   Within one-half mile of any boundary of the City of New
York, permitted #signs# and #advertising signs# may be
located along any designated arterial highway that is also:

(1)   a "principal route" or "toll crossing" that prohibits
direct vehicular access to abutting land and provides
complete separation of conflicting traffic flows; and

(2)   a through truck route designated by the New York City
Department of Transportation; and

(3)   that crosses a boundary of the City of New York,

without regard to the provisions of paragraphs (a), (b) and
(c) of this Section, provided any such permitted or
#advertising sign# otherwise conforms to the regulations of
this Chapter including, with respect to an #advertising
sign#, a location not less than 500 feet from any other

#advertising sign#, except that, in the case of any such
permitted or #advertising sign# erected prior to August 7,
2000, such #sign# shall have #non-conforming use# status
pursuant to Sections 52-82 (Non-Conforming Signs other than
Advertising Signs) and 52-83 with respect to all other
regulations of this Chapter to the extent of the degree of
#non-conformity# of such #sign# as of August 7, 2000,
including, with respect to an #advertising sign#, its
location within 500 feet of any other such #advertising
sign#.

Upon application, the requirements of paragraphs (a), (b) and (c)
of this Section shall be waived, provided that the Chairperson of
the City Planning Commission certifies that such waiver is
limited to a single non-#flashing sign# other than an
#advertising sign#, located on a #zoning lot# not less than one
and one-half acres and, all other permitted #signs#, other than
#advertising signs# located on such #zoning lot#, that are
subject to the provisions of this Section, conform with all the
#sign# regulations applicable in C1 Districts.

For the purposes of this Section, arterial highways shall include
all highways that are shown on the Master Plan of Arterial
Highways and Major Streets as "principal routes," "parkways" or
"toll crossings," and that have been designated by the City
Planning Commission as arterial highways to which the provisions
of this Section shall apply.


2/27/01

**42-551**
**Advertising signs on waterways**

No moving or stationary #advertising sign# shall be displayed on
a vessel plying waterways adjacent to #Manufacturing Districts#
and within view from an arterial highway.

For the purposes of this Section, arterial highways shall include
all highways that are shown on the Master Plan of Arterial
Highways and Major Streets as "principal routes," "parkways" or
"toll crossings" and that have been designated by the City
Planning Commission as arterial highways to which the provisions
of this Section shall apply.

For the purposes of this Section, #advertising sign# is a #sign#
that directs attention to a profession, business, commodity,
service or entertainment conducted, sold or offered elsewhere
than upon the premises of the vessel and is not #accessory# to a

#use# on such vessel.

2/27/01

**42-56**
**Special Provisions Applying Along District Boundaries**

2/27/01

**42-561**
**Restrictions along district boundary located in a street**

M1 M2 M3

In all districts, as indicated, and within 100 feet of the
#street line# of any #street# or portion thereof in which the
boundary of an adjoining #Residence District# is located, or
which adjoins a #public park# of one-half acre or more,
#advertising signs# that face at an angle of less than 165
degrees away from such #Residence District# or park boundary
shall not be permitted and all other #signs# facing at less than
such an angle shall conform with all the #sign# regulations
applicable in C1 Districts as set forth in Sections 32-61 to 32-
68, inclusive, relating to Sign Regulations.

2/27/01

**42-562**
**Restriction on angle and height above curb level**

M1 M2 M3

In all districts, as indicated, and within 500 feet of the
boundary of a #Residence District# or #Commercial District#,
except C7 or C8 Districts, any illuminated portion of any #sign#
shall face at an angle of more than 90 degrees away from such
boundary line and a #sign with indirect illumination# may extend
only to a height of 58 feet above #curb level#.

2/27/01

**42-57**
**Additional Sign Regulations for Adult Establishments**

M1 M2 M3

In all districts, as indicated, all permitted #signs#, other than
#advertising signs#, for #adult establishments# shall conform
with the provisions of this Chapter, except that the maximum
#surface area# of all #signs#, other than #advertising signs#,
for #adult establishments# shall not exceed, in the aggregate,
three times the #street# frontage of the #zoning lot#, but in no
event more than 150 square feet per establishment, of which no
more than 50 square feet may be #illuminated# and no portion
thereof may be #flashing#.

No #signs# for #adult establishments# shall be permitted on the
roof of any #building#, nor shall such #signs# extend above #curb
level# at a height greater than 25 feet.

2/27/01

**42-58**
**Signs Erected Prior to December 13, 2000**

M1 M2 M3

In all districts, as indicated, a #sign# erected prior to
December 13, 2000, shall have #non-conforming use# status
pursuant to Sections 52-82 (Non-Conforming Signs Other Than
Advertising Signs) or 52-83 (Non-Conforming Advertising Signs)
with respect to the extent of the degree of #non-conformity# of
such #sign# as of such date with the provisions of Sections
42-52, 42-53 and 42-54, where such #sign# shall have been issued
a permit by the Department of Buildings on or before such date.
In all such districts, as indicated, a #sign# other than an
#advertising sign# erected prior to December 13, 2000, shall also
have #non-conforming use# status pursuant to Section 52-82 with
respect to the degree of #non-conformity# of such #sign# as of
such date with the provisions of Section 42-55, paragraphs (a)(1)
and (b), where such #sign# shall have been issued a permit by the
Department of Buildings on or before such date. Nothing herein
shall be construed to confer #non-conforming use# status upon any
#advertising sign# located within 200 feet of an arterial highway
or of a #public park# with an area of one-half acre or more, and
within view of such arterial highway or #public park#, or where
such #advertising sign# is located at a distance from an arterial
highway or #public park# with an area of one-half acre or more
which is greater in linear feet than there are square feet of

#surface area# on the face of such #sign#, contrary to the requirements of Section 42-55, paragraph (b). The #non-conforming use# status of signs subject to Section 42-55, paragraphs (c)(1), (c)(2) and (d), shall remain unaffected by this provision.

For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.