42-541561

Restrictions along district boundary located in a street

\*\*\*

42-542

Restriction on height above curb level

M1 M2 M3

In all districts, as indicated, and within 500 feet of the boundary of a #Residence District#, or a C1 or C2 District, no #illuminated sign# with an area exceeding 25 square feet shall extend more than 50 feet above #curb level#, unless all illuminated portions thereof face at an angle of at least 90 degrees from such boundary line.

However, the provisions of this Section shall not apply to any #sign with indirect illumination# which extends to a height of 50 feet or less above #curb level#.

42-5557

Additional Sign Regulations for Adult Establishments

\*\*\*

---

3421
NYC000350

42-58

Signs Erected Prior to December 13, 2000

M1 M2 M3

In all districts, as indicated, a #sign# erected prior to
December 13, 2000, shall have #non-conforming use# status
pursuant to Section 52-82 (Non-Conforming Signs Other Than
Advertising Signs) or Section 52-83 (Non-Conforming Advertising
Signs) with respect to the extent of the degree of
#non-conformity# of such #sign# as of such date with the
provisions of Sections 42-52, 42-53 and 42-54, where such #sign#
shall have been issued a permit by the Department of Buildings on
or before such date. In all such districts, as indicated, a
#sign# other than an #advertising sign# erected prior to December
13, 2000, shall also have #non-conforming use# status pursuant to
Section 52-82 (Non-Conforming Signs Other Than Advertising Signs)
with respect to the degree of #non-conformity# of such #sign# as
of such date with the provisions of Section 42-55(a)(1) and (b),
where such #sign# shall have been issued a permit by the
Department of Buildings on or before such date. Nothing herein
shall be construed to confer #non-conforming use# status upon any
#advertising sign# located within 200 feet of an arterial highway
or of a #public park# with an area of one-half acre or more, and
within view of such arterial highway or #public park#, or where
such #advertising sign# is located at a distance from an arterial

N 010065 ZRY

3422

NYC000351

highway or #public park# with an area of one-half acre or more which is greater in linear feet than there are square feet of #surface area# on the face of such #sign#, contrary to the requirements of Section 42-55(b). The #non-conforming use# status of signs subject to Section 42-55(c)(1) and (2) and (d) shall remain unaffected by this provision.

For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets, as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.

***

52-83

Non-Conforming Advertising Signs

In all #Manufacturing Districts#, or in C1, C2, C4, C5-4, C6, C7 or C8 Districts, except as otherwise provided in Sections 32-66 or 42-53 (Additional Regulations for Advertising Signs) 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways), any #non-conforming advertising sign#, except a #flashing sign# may be structurally altered, reconstructed, or replaced in the same location and position,

N 010065 ZRY

3423

NYC000352

provided that such structural alteration, reconstruction, or replacement does not result in:

(a)   the creation of a new #non-conformity# or an increase in the degree of #non-conformity# of such #sign#;

(b)   an increase in the #surface area# of such #sign#; or

(c)   an increase in the degree of illumination of such #sign#.

The provisions of this Section shall not apply to the replacement of a painted wall #sign# or to the replacement of a flexible fabric #sign# consisting of a fabric display area affixed or secured to a wall or other surface or structure, other than a sign structure with a permit issued by the Department of Buildings, by means of hooks, straps, wires or any other stiffening and fastening device.

No #sign# that exceeds or is otherwise in violation of any illumination standard established by rule of the Department of Buildings shall be non-conforming as to such illumination standard one year after such rule becomes effective.

To the extent that such structural alteration, reconstruction, or replacement of #non-conforming advertising signs# is permitted under the provisions of this Section, the provisions of the

N 010065 ZRY

60

3424

NYC000353

following Sections are modified:

Section 52-22    (Structural Alterations)

Sections 52-51 to 52-55, inclusive, relating to Damage or Destruction.

\*\*\*

ARTICLE VI

SPECIAL REGULATIONS APPLICABLE TO CERTAIN AREAS

\*\*\*

Chapter 2

Special Regulations Applying in the Waterfront Area

\*\*\*

62-27

Special Sign Regulations

Within a #waterfront block#, no #flashing sign# permitted in accordance with the applicable district regulations shall exceed 50 square feet in #surface area# and no more than one such #sign#

N 010065 ZRY

61

3425

NYC000354

shall be permitted for each establishment located on a #zoning lot#, except that no #flashing sign# shall be permitted on any #pier# or #platform#.

\*\*\*

74-74

General Large-Scale Development

For #general large-scale developments# involving several #zoning lots# but planned as a unit, the district regulations may impose unnecessary rigidities and thereby prevent achievement of the best possible site plan within the overall density and #bulk# controls. For these #developments#, the regulations of this Section are designed to allow greater flexibility for the purpose of securing better site planning, while safeguarding the present or future use and development of the surrounding area.

\*\*\*

74-743

Special provisions for bulk modification

(a)    For a #general large-scale development#, the City Planning
       Commission may permit:

N 010065 ZRY

3426

NYC000355

(1)  distribution of total allowable #floor area#, #rooming
     units#, #dwelling units#, #lot coverage# and total
     required #open space# under the applicable district
     regulations within a #general large-scale development#
     without regard for #zoning lot lines# or district
     boundaries subject to the following limitations:

   (i)  no distribution of #bulk# across the boundary of
        two districts shall be permitted for a #use#
        utilizing such #bulk# unless such #use# is
        permitted in both districts;

   (ii) when a #general large-scale development# is
        located partially in a #Residence District# or in
        a C1, C2, C3 or C4-1 District and partially in
        other #Commercial# or #Manufacturing Districts#,
        no transfer of commercial #floor area# to a
        #Residence District# or to a C1, C2, C3 or C4-1
        District from other districts shall be permitted;

(2)  modification of the #lot area# requirement for non-
     #residential uses# in a #Commercial District# with a
     base #floor area ratio# of 15.0 provided, that for
     every 750 square feet of gross #residential floor area#

---

N 010065 ZRY                                                    63

3427

NYC000356

in the #building# there is no more than one #dwelling
unit#;

(3)    location of #buildings# without regard for the
applicable #yard#, #court#, distance between
#buildings#, or height and setback regulations; and

(4)    variation in the location of primary business entrances
, and #show windows# and #signs# along frontages
adjacent to #zoning lots# outside the #general large-
scale development# without regard to regulations
applicable near #Residence District# boundaries.

(b)    As a condition of granting a special permit pursuant to this
Section for any #general large-scale development#, the
Commission shall find that:

(1)    the distribution of #floor area#, #open space#,
#dwelling units#, #rooming units# and the location of
#buildings#, primary business entrances, and #show
windows# and #signs# will result in a better site plan
and a better relationship among #buildings# and open
areas to adjacent #streets#, surrounding development,
adjacent open areas and shorelines than would be

---

N 010065 ZRY

3428

NYC000357

possible without such distribution and will thus
benefit both the occupants of the #general large-scale
development#, the neighborhood, and the City as a
whole;

***

74-744

Modification of use regulations

(a)  Waterfront and related #commercial uses#

In a C4 District, the City Planning Commission may modify
applicable district regulations to allow certain boating and
related #uses# listed in Use Group 14A, not otherwise
allowed in such district, provided the Commission shall find
that:

(1)  the #uses# are appropriate for the location and blend
     harmoniously with the rest of the #general large-scale
     development#; and

(2)  the #streets# providing access to such #uses# will be
     adequate to handle the traffic generated thereby.

---

N 010065 ZRY                                                        65

**3429**

NYC000358

The Commission may prescribe appropriate conditions and safeguards to minimize adverse effects on the character of the development.

(b)    Location of #commercial uses#

For any #general large-scale development#, the City Planning Commission may permit #residential# and non-#residential uses# to be arranged within a #building# without regard for the regulations set forth in Section 32-42 (Location within Buildings) provided the Commission shall find:

(1)    the #commercial uses# are located in a portion of  the #mixed building# which has separate access to the outside with no opening of any kind to the #residential# portion of the #building# at any #story#;

(2)    the #commercial uses# are not located directly over any #story# containing #dwelling units#; and

(3)    the modifications shall not have any adverse effect on the #uses# located within the #building#.

(c)  Modifications of #sign# regulations

N 010065 ZRY

3430

NYC000359

(1)   ~~In C6 Districts, the City Planning Commission may modify the regulations of Section 32-65 (Permitted Projection or Height of Signs) for #signs#, other than #advertising signs#, on a non-#residential building#, provided that such #signs# will not be incompatible with the character of the surrounding area.~~

(1)   In all #Commercial# or #Manufacturing Districts#, the City Planning Commission may, for #developments# or #enlargements# subject to the provisions of paragraphs (a)(1), (a)(2), or (a)(3) of Section 74-743 (Special provisions for bulk modification), permit the modification of the applicable provisions of Sections 32-64 (Surface Area and Illumination Provisions), 32-65 (Permitted Projection or Height of Signs), 32-66 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways), 42-53 (Surface Area and Illumination Provisions), 42-54 (Permitted Projection or Height of Signs), 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways), and, the limitations on the location of #signs# in Sections 32-51 and 42-44 (Limitations on Business Entrances, Show Windows or Signs), provided the Commission finds that such

---

N 010065 ZRY

3431
NYC000360

modification will result in a better site plan.

\*\*\*

74-748

Previously granted special permits

Any #development# or #enlargement# granted a special permit by
the City Planning Commission under previous Section 74-74
(Commercial Development Extending into More than One Block) prior
to February 22, 1990, may be started or continued pursuant to
that special permit.

The Commission may administratively, upon application, allow
modifications of the special permit granted under Section 74-74
(Commercial Development Extending into More than One Block)
before February 22, 1990.

In no event may the Commission grant a modification of a special
permit approved prior to February 22, 1990, that would require
additional #bulk# distribution among #zoning lots# or
modification of the height and #lot coverage# limitations
previously established. Any modifications exceeding the
limitations set forth herein shall be subject to the provision of
the new Section 74-74 (General Large-Scale Development).

N 010065 ZRY

68

3432

NYC000361

No existing #plaza#, #residential plaza#, #urban plaza#, or other public amenity for which a #floor area# bonus or any increase in tower coverage above 40 percent of the #lot area# of the #zoning lot# has been received under Section 74-74 (Commercial Development Extending into More than One Block) prior to February 22, 1990 shall be eliminated or reduced in size except by special permit of the Commission pursuant to a finding that a proposed change will provide a greater public benefit in the light of the public amenity's purpose.

Any #sign# shown on a site plan incorporated as part of a special permit of the City Planning Commission under the provisions of Section 74-74 (General Large Scale Development) prior to (the effective date of this amendment), may be erected and maintained in accordance with such special permit.


* * *


ARTICLE IX

SPECIAL PURPOSE DISTRICTS


* * *


Chapter 7

Special Northside Mixed Use District

N 010065 ZRY                                                          69


3433    NYC000362

\* \* \*

97-02

General Provisions

In harmony with the general purpose and intent of this Resolution

\* \* \*

Section 42-44 (Limitation on Business Entrances, Show Windows, or Signs) Section 42-5456 (Special Provisions Applying along District Boundaries), Section 43-30 (SPECIAL PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or Section 44-583 (Restrictions on locations of berths near Residence Districts).

\* \* \*

ARTICLE X

SPECIAL PURPOSE DISTRICTS

\* \* \*

Chapter 6

Special Coney Island Mixed Use District

\* \* \*

N 010065 ZRY

70

3434  NYC000363

106-02

General Provisions

In harmony with the general purpose and intent of this Resolution

\*\*\*

Zoning Lots adjacent to ... 42-~~54~~56 (Special Provisions Applying along District Boundaries), 43-30 (SPECIAL PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or 44-583 (Restrictions on location of berths near Residence Districts).

\*\*\*

Chapter 8

Special Franklin Street Mixed Use District

\*\*\*

108-02

General Provisions

In harmony with the general purpose and intent of this Resolution

\*\*\*

N 010065 ZRY                                                                 71

3435

NYC000364

Zoning lots adjacent to ... 42-5456 (Special Provisions Applying along District Boundaries), 43-30 (SPECIAL PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or 44-583 (Restrictions on locations of berths near Residence Districts).

\*\*\*

ARTICLE XI

SPECIAL PURPOSE DISTRICTS

\*\*\*

Chapter 2

Special City Island District

\*\*\*

112-123

Screening requirements for parking facilities accessory to commercial uses

\*\*\*

In addition such screening—

(a) shall be maintained in good condition at all times,

N 010065 ZRY

72

3436    NYC000365

(b) may be interrupted by normal entrances or exits~ , and

(c) shall have no #signs# hung or attached thereto other than those permitted in Sections 32-62 (Permitted Signs), 32-63 (Permitted Advertising Signs) or 42-52 (Permitted Signs or Advertising Signs).

***

Appendix C

Designation of Arterial Highways

Pursuant to the provisions of Sections 32-66 and ~Section 42-53 (Additional Regulations for Advertising Signs)~ 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways) of the Zoning Resolution of the City of New York, the City Planning Commission has designated as arterial highways to which the provisions of Sections 32-66 and 42-~53~55 apply, the following arterial highways which appear on the City Map and which are also indicated as Principal Routes, Parkways, and Toll Crossings on the duly adopted Master Plan of Arterial Highways and Major Streets.

The above resolution (N 010065 ZRY), duly adopted by the City Planning Commission as modified on December 13, 2000 (Calendar

3437   NYC000366

No.33), is filed with the Office of the Speaker, City Council and
the Borough Presidents in accordance with the requirements of
Sections 197-d and 200 of the New York City Charter.


JOSEPH B.  ROSE, Chairman,
VICTOR G. ALICEA, Vice-Chairman
ALBERT ABNEY, ANGELA M. BATTAGLIA, AMANDA M. BURDEN, A.I.C.P.,
IRWIN G. CANTOR, P.E., ANGELA  R. CALAVUZZI, R.A.,
·KATHY HIRATA CHIN, ESQ.,ALEXANDER GARVIN,
KENNETH J.  KNUCKLES, ESQ., EDWARD T. ROGOWSKY, JOHN MEROLO,
Commissioners

3438 NYC000367

Exhibit K

# THE COUNCIL OF THE CITY OF NEW YORK
## RESOLUTION NO. 1772

Resolution approving the decision of the City Planning Commission on Application No. N 010065 ZRY, an amendment to the text of the Zoning Resolution relating to signs (L.U. No. 858).

By Council Members Eisland and McCaffrey

WHEREAS, the City Planning Commission filed with the Council on December 22, 2000 its decision dated December 13, 2000 (the "Decision"), on the application submitted by the Department of City Planning, pursuant to Section 201 of the New York City Charter, for an amendment to the text of the Zoning Resolution (Application No. N 010065 ZRY) (the "Application");

WHEREAS, the Decision is subject to review and action by the Council pursuant to Section 197-d(b)(1) of the City Charter;

WHEREAS, upon due notice, the Council held a public hearing on the Decision and Application on January 9, 2001 and recessed until February 1, 2001;

WHEREAS, the Council has considered the land use implications and other policy issues relating to the Decision and Application; and

WHEREAS, the Council has considered the relevant environmental issues and the Negative Declaration, issued on August 7, 2000 and revised on December 13, 2000 (CEQR No. 01DCP002Y);

RESOLVED:

The Council finds that the action described herein will have no significant effect on the environment;

NYC003249

Pursuant to Sections 197-d and 200 of the City Charter and on the basis of the Decision and Application the Council approves the Decision with the following modifications:

The Zoning Resolution of the City of New York, effective as of December 15, 1961, and as subsequently amended, is further amended as follows:

Matter in greytone is new, to be added;
Matter within # # is defined in Section 12-10;
Matter in ~~strikeout~~ is text to be deleted;
*** indicates where unchanged text appears in the Zoning Resolution;
Matter in brackets [ ] is new, added by City Council;
Matter in ~~double strikeout~~ is to be deleted by City Council.

***

32-60
SIGN REGULATIONS

***

32-62
Permitted Signs

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, #signs# other than #advertising signs# are permitted subject to the provisions of the following Sections:

Section 32-64 (Surface Area and Illumination Provisions)

Section 32-65 (Permitted Projection or Height of Signs)

Section 32-66 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways)

Section 32-67 (Special Provisions Applying along District Boundaries)

Section 32-68 (Permitted Signs on Residential Buildings)

NYC003250

Page 3 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

Section 32-69 (Additional Sign Regulations for Adult Establishments)

However, notwithstanding any provision of this Section, flags, banners or pennants other than those that are #advertising signs#, located on any #zoning lot# used primarily for #community facility uses# of a civic, philanthropic, educational or religious nature, are permitted in all districts, as indicated, without limitation.

32-63
Permitted Advertising Signs

C6-5 C6-7 C7 C8

In the districts indicated, #advertising signs# are permitted subject to the applicable provisions of the following Sections:

Section 32-64 (Surface Area and Illumination Provisions)

Section 32-65 (Permitted Projection or Height of Signs)

Section 32-66 (Additional Regulations for ~~Advertising~~ Signs Near Certain Parks and Designated Arterial Highways)

Section 32-67 (Special Provisions Applying along District Boundaries)

Section 32-68 (Permitted Signs on Residential Buildings).

*  *  *

32-64
Surface Area and Illumination Provisions

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, all permitted #signs# shall be subject to the restrictions on #surface area# and illumination as set forth in this Section, provided that the following #signs# shall be exempted from such restrictions on #surface area#:

#Illuminated# non-#flashing signs# other than #advertising signs# located in a window

NYC003251

within a #building#, with a total #surface area# not exceeding eight square feet on any #zoning lot# and limited to not more than three such #signs# in any window.

For the purpose of determining permitted #surface area# of #signs# for #zoning lots# occupied by more than one establishment, any portion of such #zoning lot# occupied by a #building# or part of a #building# accommodating one or more establishments on the ground floor may be considered as a separate #zoning lot#.

No #illuminated sign# shall have a degree or method of illumination which exceeds standards established by the Department of Buildings by rule pursuant to the City Administrative Procedure Act. Such standards shall ensure that illumination on any #illuminated sign# does not project or reflect on #residences#, #loft dwellings# or #joint living-work quarters for artists# so as to interfere with the reasonable use and enjoyment thereof. Nothing herein shall be construed to authorize a #sign with indirect illumination# to arrange an external artificial source of illumination so that direct rays of light are projected from such artificial source into #residences#, #loft dwellings# or #joint living-work quarters for artists#.

\*\*\*

32-653
Additional regulations for projecting signs

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, permitted #signs# other than #advertising signs# may be displayed as follows:

(a)    Non-#illuminated signs# may be displayed on awnings or canopies permitted by ~~Section 27-313(b) of~~ the Administrative Code, with a #surface area# not exceeding 12 square feet and with the height of letters not exceeding 12 inches. Any commercial copy on such #signs# shall be limited to identification of the name or address of the #building# or an establishment contained therein.

(b)    #Signs# may be displayed on marquees permitted by ~~Section 27-313(b) of the~~ Administrative Code, provided that ~~such #signs# conform to the provisions of Section 26-182 of the Administrative Code, and provided further that~~ no such #sign# in a district other than a C6-5, C6-7 or C-7 District shall project more than 48 inches above nor more than 12 inches below such marquee.

\*\*\*

NYC003252

Page 5 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

*[Note: Current Sections 32-66 and 32-661 are renumbered 32-662 and 32-663, respectively]*

**32-66**
Additional Regulations for ~~Advertising~~ Signs Near Certain Parks and Designated Arterial Highways

C1 C2 C3 C4 C5 C6 C7 C8

In all districts, as indicated, all permitted #signs# are subject to the applicable regulations of this Section.
For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.

**32-661**
Additional regulations for signs other than advertising signs

~~C4 C5 1 C6~~[C6-5, C6-7]C7 C8

In the districts indicated, and within 200 feet of an arterial highway or a #public park# with an area of one-half acre or more, no permitted #sign# that is within view of such arterial highway or #public park# shall exceed 200[500] square feet of #surface area#.

Beyond 200 feet from such arterial highway or #public park#, [the surface area of such signs may be increased one square foot for each linear foot such sign is located from the arterial highway or #public park#.] ~~such #signs# shall be located at a distance of at least as many linear feet from the arterial highway or #public park# as there are square feet of #surface area# on the face of such #sign#.~~

Upon application, these requirements shall be waived provided that the Chairperson of the City Planning Commission certifies that:

(a)    such waiver is limited to a single non-#flashing sign# that is located on a #zoning lot# not less than one and one-half acres; and

(b)    all other permitted #signs# located on such #zoning lot# that are subject to the provisions of this Section conform with all the #sign# regulations applicable in C1 districts.

NYC003253

Page 6 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

~~32-66~~
32-662
Additional regulations for advertising signs

\*\*\*

~~32-661~~
32-663
Advertising signs on waterways

\*\*\*

42-50
SIGN REGULATIONS

\*\*\*

42-52
Permitted Signs

M1 M2 M3

In all districts, as indicated, #signs# are permitted ~~with no restriction on size, illumination or otherwise, except as otherwise provided in Sections 42-53 (Additional Regulations for Advertising Signs) and 42-54 (Special Provisions Applying along District Boundaries) and subject to the provisions of Section 42-55 (Additional Sign Regulations for Adult Establishments).~~ subject to the provisions of the following Sections:

  Section 42-53 (Surface Area and Illumination Provisions)

  Section 42-54 (Permitted Projection or Height of Signs)

  Section 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways)

  Section 42-56 (Special Provisions Applying Along District Boundaries)

  Section 42-57 (Additional Sign Regulations for Adult Establishments)

NYC003254

Section 42-58 (Signs Erected Prior to December 13, 2000)

However, notwithstanding any provision of this Section, flags, banners or pennants other than those that are #advertising signs#, located on any #zoning lot# used primarily for #community facility uses# of a civic, philanthropic, educational or religious nature, are permitted in all districts, as indicated, without limitation.

*[Note: Current Section 42-53 is modified and renumbered Section 42-55]*
42-53
Surface Area and Illumination Provisions

M1 M2 M3

In all districts, as indicated, all permitted #signs# shall be subject to the restrictions on #surface area# and illumination as set forth in this Section, provided that the following #signs# shall be exempted from such restrictions on #surface area#:

#Illuminated# non-#flashing signs# other than #advertising signs# located in a window within a #building#, with a total #surface area# not exceeding eight square feet on any #zoning lot# and limited to not more than three such #signs# in any window.

For the purpose of determining permitted #surface area# of #signs# for #zoning lots# occupied by more than one establishment, any portion of such #zoning lot# occupied by a #building# or part of a #building# accommodating one or more establishments on the ground floor may be considered as a separate #zoning lot#.

No #illuminated sign# shall have a degree or method of illumination which exceeds standards established by the Department of Buildings by rule pursuant to the City Administrative Procedure Act. Such standards shall ensure that illumination on any #illuminated sign# does not project or reflect on #residences#, #loft dwellings# or #joint living-work quarters for artists# so as to interfere with the reasonable use and enjoyment thereof. Nothing herein shall be construed to authorize a #sign with indirect illumination# to arrange an external artificial source of illumination so that direct rays of light are projected from such artificial source into #residences#, #loft dwellings# or #joint living-work quarters for artists#.

*[Note: Current Section 42-531 is renumbered 42-551]*
42-531
Total surface area of signs

Page 8 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

M1 M2 M3

In all districts, as indicated, the total #surface area# of all permitted #signs#, including non-#illuminated# or #illuminated signs#, shall not exceed the limitation established for non-#illuminated signs#, as set forth in Section 42-532 (Non-illuminated signs).

42-532
Non-illuminated signs

M1 M2 M3

In all districts, as indicated, non-#illuminated signs# with total #surface areas# not exceeding six times the #street# frontage of the #zoning lot# in feet but in no event more than ~~750~~[1,200] square feet for each #sign#, are permitted.

[However, in any #Manufacturing District# in which #residences#, #joint living-work quarters for artists#, or #loft dwellings# are, under the provisions of the Zoning Resolution, allowed as-of-right or by special permit or authorization, the total #surface area# of all such permitted #signs# shall not exceed six times the #street# frontage of the #zoning lot# in feet and that the #surface area# of each #sign# shall not exceed 750 square feet.]

42-533
Illuminated or flashing signs

M1 M2 M3

In all districts, as indicated, #illuminated# or #flashing advertising signs# are not permitted.

#Illuminated# or #flashing signs#, other than #advertising signs#, and #accessory# or #advertising signs with indirect illumination#, are permitted, provided that the total #surface area# of all such #signs# (in square feet) shall not exceed:

(a)    for #illuminated# or #flashing signs#, other than #advertising signs#, five times the #street# frontage of the #zoning lot# in feet and that the #surface area# of each #sign# shall not exceed 500 square feet; and

(b)    for #accessory# or #advertising signs with indirect illumination#, five times the #street#

NYC003256

Page 9 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

frontage of the #zoning lot# in feet and that the #surface area# of each #sign# shall not exceed 750 square feet.

However, in any Manufacturing District in which #residences#, #joint living-work quarters for artists#, or #loft dwellings# are, under the provisions of the Zoning Resolution, allowed as-of-right or by special permit or authorization, the total #surface area# of all such permitted #signs# shall not exceed five times the #street# frontage of the #zoning lot# in feet and that the #surface area# of each #sign# shall not exceed 500 square feet.

*[Note: Current Section 42-54 is renumbered 42-56]*
42-54
Permitted Projection or Height of Signs

M1 M2 M3

In all districts, as indicated, all permitted #signs# are subject to the applicable regulations of this Section.

*[Note: Current Section 42-541 is renumbered 42-561]*
42-541
Permitted projection

M1 M2 M3

In all districts, as indicated, except as otherwise provided in Section 42-542 (Additional regulations for projecting signs), no permitted #sign# shall project across a #street line# more than 18 inches for double- or multi-faceted #signs# or 12 inches for all other #signs#, except that in M1-5A, M1-5B, M1-5M and M1-6M Districts and in manufacturing districts mapped within the #Special Tribeca Mixed Use District#, for each establishment located on the ground floor, #non-illuminated signs# other than #advertising signs# may project no more than forty inches across a #street line#, provided that along each #street# on which such establishment fronts, the number of such #signs# for each establishment shall not exceed two two-sided #signs# separated at least 25 feet apart, and further provided that any such #sign# shall not exceed a #surface area# of twenty-four by thirty-six inches and shall not be located above the level of the first #story# ceiling.

*[Note: Current Section 42-542 is deleted]*
42-542

Additional regulations for projecting signs

NYC003257

Page 10 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)


M1 M2 M3

In all districts, as indicated, permitted #signs# other than #advertising signs# may be displayed as follows:

(a)    Non-#illuminated signs# may be displayed on awnings or canopies permitted by the Administrative Code, with a #surface area# not exceeding 12 square feet and with the height of letters not exceeding 12 inches.  Any commercial copy on such #signs# shall be limited to identification of the name or address of the #building# or an establishment contained therein.

(b)    #Signs# may be displayed on marquees permitted by the Administrative Code, provided that no such #sign# shall project more than 48 inches above nor more than 12 inches below such marquee.


42-543
Height of signs

M1 M2 M3

In all districts, as indicated, permitted #signs# shall not extend to a height greater than 40 feet above #curb level#, provided that non-#illuminated signs# or #signs with indirect illumination# may extend to a maximum height of 58[75] feet.

*[Note:  Current Section 42-55 is renumbered 42-57]*


42-53
~~Additional Regulations for Advertising Signs~~


42-55
Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways

M1 M2 M3

In all districts, as indicated, ~~no #advertising sign# shall be located, nor shall an existing #advertising sign# be structurally altered, relocated or reconstructed, within 200 feet of an arterial highway or of a #public park# with an area of one half acre or more, if such #advertising sign# is within view of such arterial highway or #public park#.  For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and~~

NYC003258

Page 11 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

~~Major Streets, as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply. Beyond 200 feet from such arterial highway or #public park#, an #advertising sign# shall be located at a distance of at least as many linear feet therefrom as there are square feet of #surface area# on the face of such #sign#.~~ the provisions of paragraphs (a),(b) and (c), or paragraph (d) of this Section shall apply for #signs# near designated arterial highways or certain #public parks#.

(a)     Within 200 feet of an arterial highway or a #public park# with an area of one-half acre or more, #signs# that are within view of such arterial highway or #public park# shall be subject to the following provisions:

(1)     no permitted #sign# shall exceed ~~200~~[500] square feet of #surface area#; and

(2)     no #advertising sign# shall be allowed, nor shall an existing #advertising sign# be structurally altered, relocated or reconstructed; and,

(b)     Beyond 200 feet from such arterial highway or #public park#, [the surface area of such signs may be increased one square foot for each linear foot such sign is located from the arterial highway or public park;]~~#signs# that are within view of such arterial highway or #public park# shall be located at a distance of at least as many linear feet from the arterial highway or #public park# as there are square feet of #surface area# on the face of such #sign#;~~ and,

(c)     ~~However, in all districts as indicated, the~~ The more restrictive of the following shall apply:

~~(a)~~(1)     any #advertising sign# erected, structurally altered, relocated or reconstructed prior to June 1, 1968, within 660 feet of the nearest edge of the right-of-way of an arterial highway, whose message is visible from such arterial highway, shall have legal #non-conforming use# status pursuant to Section 52-83, to the extent of its size existing on May 31, 1968.

~~(b)~~(2)     ny #advertising sign# erected, structurally altered, relocated or reconstructed between June 1, 1968 and November 1, 1979, within 660 feet of the nearest edge of the right-of-way of an arterial highway, whose message is visible from such arterial highway, and whose size does not exceed 1,200 square feet in #surface area# on its face, 30 feet in height, and 60 feet in length, shall have legal #non-conforming use# status

Page 12 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

pursuant to Section 52-83, to the extent of its size existing on November 1, 1979. All #advertising signs# not in conformance with the standards set forth herein shall terminate.

(d) Within one-half mile of any boundary of the City of New York, permitted #signs# and #advertising signs# may be located along any designated arterial highway that is also:

(1) a principal route or toll crossing that prohibits direct vehicular access to abutting land and provides complete separation of conflicting traffic flows; and,

(2) a through truck route designated by the New York City Department of Transportation; and,

(3) that crosses a boundary of the City of New York

without regard to the provisions of paragraphs (a), (b) and (c) of this Section, provided any such permitted or #advertising sign# otherwise conforms to the regulations of this Chapter including, with respect to an #advertising sign#, a location not less than 500 feet from any other #advertising sign#, except that, in the case of any such permitted or #advertising sign# erected prior to August 7, 2000, such #sign# shall have #non-conforming use# status pursuant to Section 52-82 (Non-Conforming Signs other than Advertising Signs) and Section 52-83 (Non-Conforming Advertising Signs) with respect to all other regulations of this Chapter to the extent of the degree of #non-conformity# of such #sign# as of August 7, 2000, including, with respect to an #advertising sign#, its location within 500 feet of any other such #advertising sign#.

Upon application, the requirements of paragraphs (a), (b) and (c) of this Section (42-55) shall be waived, provided that the Chairperson of the City Planning Commission certifies that:

(1) such waiver is limited to a single non-#flashing sign# other than an #advertising sign#, that is located on a #zoning lot# not less than one and one-half acres; and

(2) all other permitted #signs# other than #advertising signs# located on such #zoning lot# that are subject to the provisions of this Section conform with all the #sign# regulations applicable in C1 Districts.

For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets, as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.

NYC003260

Page 13 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

***

42-~~531~~551
Advertising signs on waterways

***

42-~~54~~56
Special Provisions Applying along District Boundaries

42-~~541~~561
Restrictions along district boundary located in a street

***

42-[562]

[Restriction on angle and height above curb level

M1 M2 M3

In all districts, as indicated, and within 500 feet of the boundary of a #Residence District# or
#Commercial District#, except C7 or C8 Districts, any illuminated portion of any #sign# shall
face at an angle of more than 90 degrees away from such boundary line and a #sign with indirect
illumination# may extend only to a height of 58 feet above #curb level#.]

~~42-543~~

~~Restriction on height above curb level~~

~~M1 M2 M3~~

~~In all districts, as indicated, and within 500 feet of the boundary of a #Residence District#, or a
C1 or C2 District, no #illuminated sign# with an area exceeding 25 square feet shall extend more
than 50 feet above #curb level#, unless all illuminated portions thereof face at an angle of at least
90 degrees from such boundary line.~~

~~However, the provisions of this Section shall not apply to any #sign with indirect illumination#~~

NYC003261

~~which extends to a height of 58 feet or less above #curb level#.~~

42-5557

Additional Sign Regulations for Adult Establishments

\*\*\*

42-58
Signs Erected Prior to December 13, 2000

M1 M2 M3

*surface area and illumination*      *permitted projection or height*

In all districts, as indicated, a #sign# erected prior to December 13, 2000, shall have #non-conforming use# status pursuant to Section 52-82 (Non-Conforming Signs Other Than Advertising Signs) or Section 52-83 (Non-Conforming Advertising Signs) with respect to the extent of the degree of #non-conformity# of such #sign# as of such date with the provisions of Sections 42-52, 42-53 and 42-54 where such #sign# shall have been issued a permit by the Department of Buildings on or before such date. In all such districts, as indicated, a #sign# other than an #advertising sign# erected prior to December 13, 2000, shall also have #non-conforming use# status pursuant to Section 52-82 (Non-Conforming Signs Other Than Advertising Signs) with respect to the degree of #non-conformity# of such #sign# as of such date with the provisions of Section 42-55(a)(1) and (b), where such #sign# shall have been issued a permit by the Department of Buildings on or before such date. Nothing herein shall be construed to confer #non-conforming use# status upon any #advertising sign# located within 200 feet of an arterial highway or of a #public park# with an area of one-half acre or more, and within view of such arterial highway or #public park#, or where such #advertising sign# is located at a distance from an arterial highway or #public park# with an area of one-half acre or more which is greater in linear feet than there are square feet of #surface area# on the face of such #sign#, contrary to the requirements of Section 42-55(b). The #non-conforming use# status of signs subject to Section 42-55(c) (1) and (2) and (d) shall remain unaffected by this provision.

For the purposes of this Section, arterial highways shall include all highways that are shown on the Master Plan of Arterial Highways and Major Streets, as "principal routes," "parkways" or "toll crossings," and that have been designated by the City Planning Commission as arterial highways to which the provisions of this Section shall apply.

\*\*\*

52-83
Non-Conforming Advertising Signs

In all #Manufacturing Districts#, or in C1, C2, C4, C5-4, C6, C7 or C8 Districts, except as otherwise provided in Sections 32-66 or 42-53 (Additional Regulations for Advertising Signs) 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways), any #non-conforming advertising sign#, except a #flashing sign# may be structurally altered, reconstructed, or replaced in the same location and position, provided that such structural alteration, reconstruction, or replacement does not result in:

(a)    the creation of a new #non-conformity# or an increase in the degree of #non-conformity# of such #sign#;

(b)    an increase in the #surface area# of such #sign#; or

(c)    an increase in the degree of illumination of such #sign#.

~~The provisions of this Section shall not apply to the replacement of a painted wall #sign# or to the replacement of a flexible fabric #sign# consisting of a fabric display area affixed or secured to a wall or other surface or structure, other than a sign structure with a permit issued by the Department of Buildings, by means of hooks, straps, wires or any other stiffening and fastening device.~~

No #sign# that exceeds or is otherwise in violation of any illumination standard established by rule of the Department of Buildings shall be non-conforming as to such illumination standard one year after such rule becomes effective.

To the extent that such structural alteration, reconstruction, or replacement of #non-conforming advertising signs# is permitted under the provisions of this Section, the provisions of the following Sections are modified:

Section 52-22 (Structural Alterations)

Sections 52-51 to 52-55, inclusive, relating to Damage or Destruction.

\*\*\*

ARTICLE VI

Page 16 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

SPECIAL REGULATIONS APPLICABLE TO CERTAIN AREAS

\*\*\*

Chapter 2
Special Regulations Applying in the Waterfront Area

\*\*\*

62-27
Special Sign Regulations

Within a #waterfront block#, no #flashing sign# permitted in accordance with the applicable district regulations shall exceed 50 square feet in #surface area# and no more than one such #sign# shall be permitted for each establishment located on a #zoning lot#, except that no #flashing sign# shall be permitted on any #pier# or #platform#.

\*\*\*

74-74
General Large-Scale Development

For #general large-scale developments# involving several #zoning lots# but planned as a unit, the district regulations may impose unnecessary rigidities and thereby prevent achievement of the best possible site plan within the overall density and #bulk# controls. For these #developments#, the regulations of this Section are designed to allow greater flexibility for the purpose of securing better site planning, while safeguarding the present or future use and development of the surrounding area.

\*\*\*

74-743
Special provisions for bulk modification

(a)    For a #general large-scale development#, the City Planning Commission may permit:

(1)    distribution of total allowable #floor area#, #rooming units#, #dwelling units#, #lot coverage# and total required #open space# under the applicable district regulations within a #general large-scale development# without regard for

NYC003264

Page 17 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

#zoning lot lines# or district boundaries subject to the following limitations:

(i)    no distribution of #bulk# across the boundary of two districts shall be permitted for a #use# utilizing such #bulk# unless such #use# is permitted in both districts;

(ii)    when a #general large-scale development# is located partially in a #Residence District# or in a C1, C2, C3 or C4-1 District and partially in other #Commercial# or #Manufacturing Districts#, no transfer of commercial #floor area# to a #Residence District# or to a C1, C2, C3 or C4-1 District from other districts shall be permitted;

(2)    modification of the #lot area# requirement for non-#residential uses# in a #Commercial District# with a base #floor area ratio# of 15.0 provided, that for every 750 square feet of gross #residential floor area# in the #building# there is no more than one #dwelling unit#;

(3)    location of #buildings# without regard for the applicable #yard#, #court#, distance between #buildings#, or height and setback regulations; and

(4)    variation in the location of primary business entrances~ and #show windows# and #signs# along frontages adjacent to #zoning lots# outside the #general large-scale development# without regard to regulations applicable near #Residence District# boundaries.

(b)    As a condition of granting a special permit pursuant to this Section for any #general large-scale development#, the Commission shall find that:

(1)    the distribution of #floor area#, #open space#, #dwelling units#, #rooming units# and the location of #buildings#, primary business entrances~ and #show windows# and #signs# will result in a better site plan and a better relationship among #buildings# and open areas to adjacent #streets#, surrounding development, adjacent open areas and shorelines than would be possible without such distribution and will thus benefit both the occupants of the #general large-scale development#, the neighborhood, and the City as a whole;

\*\*\*

74-744
Modification of use regulations

NYC003265

Page 18 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)


(a)    Waterfront and related #commercial uses#

In a C4 District, the City Planning Commission may modify applicable district
regulations to allow certain boating and related #uses# listed in Use Group 14A, not
otherwise allowed in such district, provided the Commission shall find that:

(1)    the #uses# are appropriate for the location and blend harmoniously with the rest of
the #general large-scale development#; and

(2)    the #streets# providing access to such #uses# will be adequate to handle the traffic
generated thereby.

The Commission may prescribe appropriate conditions and safeguards to minimize
adverse effects on the character of the development.

(b)    Location of #commercial uses#

For any #general large-scale development#, the City Planning Commission may permit
#residential# and non-#residential uses# to be arranged within a #building# without
regard for the regulations set forth in Section 32-42 (Location within Buildings) provided
the Commission shall find:

(1)    the #commercial uses# are located in a portion of the #mixed building# which
has separate access to the outside with no opening of any kind to the #residential#
portion of the #building# at any #story#;

(2)    the #commercial uses# are not located directly over any #story# containing
#dwelling units#; and

(3)    the modifications shall not have any adverse effect on the #uses# located within
the #building#.

(c)    Modifications of #sign# regulations

(1)    ~~In C6 Districts, the City Planning Commission may modify the regulations of
Section 32-65 (Permitted Projection or Height of Signs) for #signs#, other than
#advertising signs#, on a non-#residential building#, provided that such #signs#
will not be incompatible with the character of the surrounding area.~~

Page 19 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

(1)    In all #Commercial# or #Manufacturing Districts#, the City Planning Commission
       may, for #developments# or #enlargements# subject to the provisions of
       paragraphs (a)(1), (a)(2), or (a)(3) of Section 74-743 (Special provisions for bulk
       modification), permit the modification of the applicable provisions of Sections 32-
       64 (Surface Area and Illumination Provisions), 32-65 (Permitted Projection or
       Height of Signs), 32-66 (Additional Regulations for Signs Near Certain Parks and
       Designated Arterial Highways), 42-53 (Surface Area and Illumination Provisions),
       42-54 (Permitted Projection or Height of Signs), 42-55 (Additional Regulations
       for Signs Near Certain Parks and Designated Arterial Highways), and, the
       limitations on the location of #signs# in Sections 32-51 and 42-44 (Limitations on
       Business Entrances, Show Windows or Signs), provided the Commission finds
       that such modification will result in a better site plan.

                                    * * *

74-748
Previously granted special permits

Any #development# or #enlargement# granted a special permit by the City Planning Commission
under previous Section 74-74 (Commercial Development Extending into More than One Block)
prior to February 22, 1990, may be started or continued pursuant to that special permit.

The Commission may administratively, upon application, allow modifications of the special
permit granted under Section 74-74 (Commercial Development Extending into More than One
Block) before February 22, 1990.

In no event may the Commission grant a modification of a special permit approved prior to
February 22, 1990, that would require additional #bulk# distribution among #zoning lots# or
modification of the height and #lot coverage# limitations previously established. Any
modifications exceeding the limitations set forth herein shall be subject to the provision of the
new Section 74-74 (General Large-Scale Development).

No existing #plaza#, #residential plaza#, #urban plaza#, or other public amenity for which a
#floor area# bonus or any increase in tower coverage above 40 percent of the #lot area# of the
#zoning lot# has been received under Section 74-74 (Commercial Development Extending into
More than One Block) prior to February 22, 1990 shall be eliminated or reduced in size except by
special permit of the Commission pursuant to a finding that a proposed change will provide a
greater public benefit in the light of the public amenity's purpose.

Any #sign# shown on a site plan incorporated as part of a special permit of the City Planning

NYC003267

Page 20 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)

Commission under the provisions of Section 74-74 (General Large Scale Development) prior to
(the effective date of this amendment), may be erected and maintained in accordance with such
special permit.

\*\*\*

ARTICLE IX
SPECIAL PURPOSE DISTRICTS

\*\*\*

Chapter 7
Special Northside Mixed Use District

\*\*\*

97-02
General Provisions

In harmony with the general purpose and intent of this Resolution

\*\*\*

Section 42-44 (Limitation on Business Entrances, Show Windows, or Signs) Section 42-5456
(Special Provisions Applying along District Boundaries), Section 43-30 (SPECIAL
PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or Section 44-583
(Restrictions on locations of berths near Residence Districts).

\*\*\*

ARTICLE X
SPECIAL PURPOSE DISTRICTS

\*\*\*

Chapter 6
Special Coney Island Mixed Use District

\*\*\*

NYC003268

Page 21 of 22
N 010065 ZRY
Reso. No. 1772 (L.U. No. 858)


106-02
General Provisions

In harmony with the general purpose and intent of this Resolution

\*\*\*

Zoning Lots adjacent to ... 42-~~54~~56 (Special Provisions Applying along District Boundaries), 43-30 (SPECIAL PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or 44-583 (Restrictions on location of berths near Residence Districts).

\*\*\*


Chapter 8
Special Franklin Street Mixed Use District

\*\*\*


108-02
General Provisions

In harmony with the general purpose and intent of this Resolution

\*\*\*

Zoning lots adjacent to ... 42-~~54~~56 (Special Provisions Applying along District Boundaries), 43-30 (SPECIAL PROVISIONS APPLYING ALONG DISTRICT BOUNDARIES) or 44-583 (Restrictions on locations of berths near Residence Districts).

\*\*\*


ARTICLE XI
SPECIAL PURPOSE DISTRICTS

\*\*\*


Chapter 2
Special City Island District

NYC003269

\*\*\*

112-123
Screening requirements for parking facilities accessory to commercial uses

\*\*\*

In addition such screening:

(a)    shall be maintained in good condition at all times,

(b)    may be interrupted by normal entrances or exits; , and

(c)    shall have no #signs# hung or attached thereto other than those permitted in Sections 32-62 (Permitted Signs), 32-63 (Permitted Advertising Signs) or 42-52 (Permitted Signs or Advertising Signs).

\*\*\*

Appendix C
Designation of Arterial Highways

Pursuant to the provisions of Sections 32-66 and Section 42-53 (Additional Regulations for Advertising Signs) 42-55 (Additional Regulations for Signs Near Certain Parks and Designated Arterial Highways) of the Zoning Resolution of the City of New York, the City Planning Commission has designated as arterial highways to which the provisions of Sections 32-66 and 42-5355 apply, the following arterial highways which appear on the City Map and which are also indicated as Principal Routes, Parkways; and Toll Crossings on the duly adopted Master Plan of Arterial Highways and Major Streets.

Adopted.

Office of the City Clerk, }
The City of New York, } ss.:

    I hereby certify that the foregoing is a true copy of a Resolution passed by The Council of The City of New York on February 27, 2001, on file in this office.

........................................................
City Clerk, Clerk of Council

NYC003270

THE COUNCIL

JOINT REPORT OF THE LAND USE COMMITTEE
AND THE
SUBCOMMITTEE ON ZONING AND FRANCHISES

L.U. No. 858 (Reso. No. 1772)

By Council Members Eisland and McCaffrey

## SUBJECT

**CITYWIDE**                                                 N 010065 ZRY

City Planning Commission decision approving an application submitted by the Department of City Planning, pursuant to Section 201 of the New York City Charter for an amendment of the Zoning Resolution of the City of New York, relating to signs.

## INTENT

To establish size, height, projection and other zoning regulations for signs in Manufacturing Districts; limit the size of accessory business signs in Commercial and Manufacturing Districts while allowing flexibility for signs within large scale developments or on large zoning lots in commercial and manufacturing districts; establish controls for flashing signs along the waterfront; restrict the replacement of certain types of non-conforming signs; and, prohibit excessive illumination on illuminated signs.

## PUBLIC HEARING

**DATE:** January 9, 2001, recessed until February 1, 2001

**Witnesses in Favor:** Twenty-Five          **Witnesses Against:** Twenty-Seven

NYC003819

Page 2 of 3
N 010065 ZRY
L.U. No. 858 (Reso. No. 1772)


## SUBCOMMITTEE RECOMMENDATION

**DATE:**  February 6, 2001

The Subcommittee recommends that the Land Use Committee approve the decision of the City Planning Commission with modifications.

| In Favor: | Against: | Abstain: |
|---|---|---|
| McCaffrey | None | None |
| Berman | | |
| Dear | | |
| Malavé-Dilán | | |
| Quinn | | |


## COMMITTEE ACTION

**Date:**  February 6, 2001

The Committee recommends that the Council approve the attached resolution and refer the modifications to the City Planning Commission.

| In Favor: | Against: | Abstain: |
|---|---|---|
| Eisland | None | None |
| Spigner | | |
| Berman | | |
| Dear | | |
| O'Donovan | | |
| McCaffrey | | |
| Malavé-Dilán | | |
| Linares | | |
| Sabini | | |
| Miller | | |
| Carrion, Jr. | | |
| Perkins | | |
| Quinn | | |

NYC003820

**Page 3 of 3**
**N 010065 ZRY**
**L.U. No. 858 (Reso. No. 1772)**

## FILING OF MODIFICATIONS WITH THE CITY PLANNING COMMISSION

The Committee's proposed modifications were filed with the City Planning Commission on February 8, 2001. The City Planning Commission filed a letter dated February 12, 2001, with the Council indicating that the proposed modifications are not subject to additional environmental review or additional review pursuant to Section 197-c of the City Charter.

NYC003821