# EXHIBIT Z

FILED UNDER SEAL PURSUANT TO THE MARCH 27, 2008
ORDER OF THE HONORABLE PAUL A. CROTTY

Exhibit AA



**New York City**
**Department of Transportation**

40 Worth Street
New York, New York 10013
Tel: 212/676-0868
Fax: 212/442-7007

Iris Weinshall, Commissioner

June 6, 2005

Ms. Toulla Constantinou
CEO
Cemusa North America
645 North Michigan Avenue
Suite 800
Chicago, IL 60611-2890

Dear Ms. Constantinou:

On behalf of the New York City Department of Transportation, we would like to take this opportunity to congratulate you and your team on the quality of your company's proposal. While all of the proposals were impressive, the Selection Committee found your proposal was one of several that were of the utmost quality and value to the city. At this time in the RFP process we would like to invite your team to submit a "best and final offer" to the Selection Committee.

In guiding your final submission the Committee would like to provide some specific feedback to your proposal that should be accounted for in your final offer. Design plays an important role in the success of any street furniture program. Although we applaud Cemusa's flexibility in the range of designs that were presented, the Committee believes focusing on one particular design line better reflects the original intent of the "coordinated" street furniture franchise as stated in the RFP, "...Franchise Structures must be coordinated so that within any one area there is a harmonious relationship between the various items of street furniture." The Committee asks that Cemusa works with either the Grimshaw line or an entirely new scheme to further develop a consistent, distinctive design vocabulary to achieve the City's aim to have each structure relate to each other and the surrounding urban environment. All the structures should have signature design elements as part of the overall design vocabulary that are recognizable whether an individual comes upon a bus stop shelter, a newsstand, an automatic public toilet or a trash receptacle.

The design line should have coordinated elements for the three major structures: bus stop shelters, newsstand and automatic public toilets, as well as all of the public service structures: trash receptacles, information computer kiosks and multiple newsracks. All proposed information and way-finding signage should be integrated into the structures consistent with the chosen design vocabulary.

**DIAL 311** | **Government Services & Information for NYC**

These designs should be rendered to the same scale required in the Request for Proposals.

Each team invited back for the "best and final offer" portion of the process will have twenty-one days to submit final materials. All materials must be delivered to Kerry Gould-Schmit at 40 Worth Street, Room 1009, New York, NY, 10013 by 4:00PM on June 27, 2005. We ask that you submit twelve copies of your "best and final offer".

If you have questions they must be submitted by e-mail to Howard Altschuler (haltschuler@dot.nyc.gov) within four business days of receiving this letter. You will receive this letter on Tuesday, June 7; therefore, questions are due by the close of business on Friday, June 10. The Committee will make every effort to respond to your questions within two business days.

Once your materials are received and distributed, the Evaluation Committee expects to submit final ratings within three weeks. The Department will then enter into contract negotiations with one company, but will reserve the option of moving on to negotiate with other proposers if these negotiations do not progress successfully.

We look forward to receiving your revised materials. Good luck with your final preparations.

Sincerely,

Howard Altschuler
Deputy Commissioner


Cc:     Kerry Gould-Schmit, NYCDOT

Exhibit BB

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| APPROVED: PRELIMINARY | APPROVED: FINAL | CERTIFICATE |
|---|---|---|
| NOV 1 3 2007 | NOV 1 3 2007 | 22996 |
| THE ART COMMISSION | THE ART COMMISSION | FILE 6896 |
| | | EXHIBIT A |

### DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
Corona Plaza; east side of National St, south of Roosevelt Ave

| 21 | CITY COUNCIL DISTRICT # |
|---|---|
| 4 | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise, the City will install 20 Automatic Public Toilets (APTs) throughout the City.  The APTs are self-cleaning and will be inspected twice daily.  Advertising is not permitted on APTs located in a city park.  The APT structure received Art Commission approval on July 24, 2006.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | PERCENT FOR ART PROJECT | | X | PUBLIC STRUCTURE |
|---|---|---|---|---|
| | GIFT OF WORK OF ART | | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | | |

ESTIMATED COST OF PROJECT:          $100,000

ART COMMISSION ACTION REQUESTED:

| | |
|---|---|
| | PRELIMINARY REVIEW |
| | FINAL REVIEW - AMENDED |
| X | PRELIMINARY AND FINAL REVIEW |

| | |
|---|---|
| | COURTESY REVIEW |
| | ADVISORY REVIEW |
| | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:  Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:      New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE: **[submitted under separate cover]**

NAME:  Adrian Benepe, Commissioner

City of New York Parks & Recreation

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Henderschmt*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

ART COMMISSION OF THE CITY OF NEW YORK

November 13, 2007

CERTIFICATE        22996

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, Corona Plaza, east side of National Street, south of Roosevelt Avenue, Queens, submitted by the Department of Transportation, represented by exhibits 6896-A & B of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before November 13, 2009 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by
the Art Commission at its meeting
on November 13, 2007.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK   10007 • (212) 788 • 3071





APPROVED: PRELIMINARY
NOV 1 3 2007
THE ART COMMISSION

APPROVED: FINAL
NOV 1 3 2007
THE ART COMMISSION

Submission 2298
No. B
Certificate 2298
ART COMMISSION
OF THE CITY OF NEW YORK



Aerial map of proposed APT site



West side of Corona Plaza, looking east



Southwest corner of Corona Plaza



West side of Corona Plaza, looking south

NYC Dept of Trans

Corona Plaza APT Site
10/29/2007

Neighborhood Map & Photos
Scale: N/A

Location & General Context



# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| APPROVED: PRELIMINARY | APPROVED: FINAL | CERTIFICATE 22995 |
|---|---|---|
| NOV 1 3 2007 | NOV 1 3 2007 | FILE 6892 |
| THE ART COMMISSION | THE ART COMMISSION | EXHIBIT A |

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
Marcus Garvey Boulevard; south of Broadway, west side of street

| 36 | CITY COUNCIL DISTRICT # |
| 3 | COMMUNITY BOARD DISTRICT # |

(PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD)

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise, the City will install 20 Automatic Public Toilets (APTs) throughout the City.  The APTs are self-cleaning and will be inspected twice daily.  Advertising is not permitted on APTs located in a city park.  The APT structure received Art Commission approval on July 24, 2006.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

|   | PERCENT FOR ART PROJECT | | X | PUBLIC STRUCTURE |
|---|---|---|---|---|
|   | GIFT OF WORK OF ART | | | PRIVATE STRUCTURE |
|   | PURCHASE OF WORK OF ART | | | MASTER PLAN |
|   | CONSERVATION OF WORK OF ART | | | |
|   | REMOVAL/RELOCATION OF WORK OF ART | | | |

ESTIMATED COST OF PROJECT:                     $100,000

ART COMMISSION ACTION REQUESTED:

|   | PRELIMINARY REVIEW | |   | COURTESY REVIEW |
|---|---|---|---|---|
|   | FINAL REVIEW - AMENDED | |   | ADVISORY REVIEW |
| X | PRELIMINARY AND FINAL REVIEW | |   | CONCEPTUAL REVIEW |

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Jerry Gendel-Schmid*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

**ART COMMISSION OF THE CITY OF NEW YORK**

November 13, 2007

CERTIFICATE    22995

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, west side of Marcus Garvey Boulevard, south of Broadway, Brooklyn, submitted by the Department of Transportation, represented by exhibits 6892-A & B of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before November 13, 2009 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on November 13, 2007.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 3071



Northwest corner of Marcus Garvey at Broadway





Looking east down Broadway from site



Aerial map of proposed APT site



Northwest corner of Marcus Garvey, looking west

APPROVED: PRELIMINARY
NOV 1 3 2007
THE ART COMMISSION

APPROVED: FINAL
NOV 1 3 2007
THE ART COMMISSION

Submission  22.995
File #  6892
Serial #  D
Certificate  22.995
ART COMMISSION
OF THE CITY OF NEW YORK

Location & General Context

Neighborhood Map & Photos
Scale: N/A

Marcus Garvey APT Site
10/29/2007

NYC Dept of Trans



BROADWAY

MARCUS GARVEY BLVD

ELLERY STREET

N

**GCEMUSA**

Graybar Building, 420 Lexington Ave, Suite 2533, New York, NY 10170, Ph: 646-312-8500

LOCATION:                 SENSITIVE:
PLANNING NUMBER:          LOCATION NEAR:
DRAWING BY: TL            SIDEWALK:

SW MARCUS GARVEY BLVD@BROADWAY

9/20/07

YES
COMMERCIAL / HOSPITAL
CONCRETE

NOTES:
1. ALL DIMENSIONS ARE IN FEET & ARE TAKEN
2. NO STANDING BUS STOP

SCALE 1" = 1/8"

D.O.T. APPROVAL
DATE

METAL PLATE

EL COLUMN
WIRE STAND
PIPE

3' HIGH IRON FENCE

GARDEN

BLDG COLUMN

WALKWAY

WOODHULL
MEDICAL CENTER
GATE

BLDG
COLUMN

HOSPITAL COURTYARD

9' HIGH IRON FENCE

SHELTER   BUS SHELTER
BS        BUS STOP SIGN
BENCH     BENCH
CB        CATCH BASIN
C.        CELLAR EXIT
E.        EMERGENCY SUBWAY EXIT
F         FENCE/RAILING
          FIRE ALARM
          FIRE HYDRANT
M         MAIL BOX
NEWS      NEWS STAND
          OIL INTAKE
          PARKING METER
          PLANTING AREA
          REVOLVING DOOR
R         RECEPTACLE (TRASH)
S         SEWER
          STREET LIGHT
          STREET LIGHT (WITH TRAFFIC SIGNAL)
          STAND PIPE
          TELEPHONE BOOTH
          TRAFFIC CONTROL UNIT (HANGING)
          TRAFFIC CONTROL UNIT (BELOW)
          TRAFFIC SIGNAL
          TRAFFIC SIGN
          TREE PIT
U         UTILITY POLE (WITH POWER)
          VALVE (GAS OR WATER)
          VENT/GRATING
WDW       WALK/DONT WALK



Looking south from site down Marcus Garvey

Looking at site and south, from northwest corner of M Garvey





Facing site from curb

Looking north from site

| NYC Dept of Transportation | Marcus Garvey APT Site 10/29/2007 | Neighborhood Photos Scale: N/A | Location & General Context |

rec'd 10-25-07

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| | | |
|---|---|---|
| **APPROVED: PRELIMINARY**<br><br>FEB 1 1 2007<br><br>THE ART COMMISSION | **APPROVED: FINAL**<br>(w) understanding<br>FEB 1 1 2008<br>THE ART COMMISSION | CERTIFICATE  23065<br><br>FILE  6887<br><br>EXHIBIT  A |

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
Columbus Park; Court St, north of Montague St

| | |
|---|---|
| 33 | CITY COUNCIL DISTRICT # |
| 2 | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise, the City will install 20 Automatic Public Toilets (APTs) throughout the City.  The APTs are self-cleaning and will be inspected twice daily.  Advertising is not permitted on APTs located in a city park.  The APT structure received Art Commission approval on July 24, 2006.

**CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:**

| | | | |
|---|---|---|---|
| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:          $100,000

**ART COMMISSION ACTION REQUESTED:**

| | | | |
|---|---|---|---|
| | PRELIMINARY REVIEW | | COURTESY REVIEW |
| | FINAL REVIEW - AMENDED | | ADVISORY REVIEW |
| X | PRELIMINARY AND FINAL REVIEW | | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S
RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE
SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY
CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:        New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND
TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the
Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the
Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-
487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND
ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY
TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE: **[submitted under separate cover]**

NAME:  Adrian Benepe, Commissioner

City of New York Parks & Recreation

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Anst Admit*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

ART COMMISSION OF THE CITY OF NEW YORK

February 11, 2008

CERTIFICATE    23065

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, east side of Wadsworth Avenue, south of 181st Street, Manhattan, submitted by the Department of Transportation, represented by exhibits 6887-A & B of record in this matter, hereby gives to the same unanimous preliminary and final approval with the understanding that (1) the community specifically requested that an APT be installed in this neighborhood, and (2) while DOT pursued a more appropriate location (specifically parks and park-like settings, for which these structures were originally intended, or along 181st Street, a major thoroughfare that would provide greater visibility for the amenity), none was feasible due to existing grade changes and minimal sidewalk clearances.

Final approval is conditioned upon commencement of work before February 11, 2010 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on February 11, 2008.

Jackie Snyder

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK 10007 • (212) 788 • 3071

APPROVED: PRELIMINARY
FEB 11 2007
THE ART COMMISSION

APPROVED: FINAL
BY UNDERSIGNED
FEB 11 2008
THE ART COMMISSION

Submission 23005
File # 6987
Exhibit B
Certificate 23005
ART COMMISSION
OF THE CITY OF NEW YORK



East side of Wadsworth Ave



Southeast corner of Wadsworth Ave at 181st St



Aerial map of proposed APT site



Looking south down Wadsworth Ave from site

NYC Dept of Trans

Washington Heights APT Site
10/29/2007

Neighborhood Map & Photos
Scale: N/A

Location & General Context

W. 180 STREET

W. 181 STREET

VACANT STORE

SECURITY GATES DOWN

WADSWORTH AVENUE

NEW BS LOCATION

NOTES:
1. ALL DIMENSIONS ARE IN FEET & ARE TAKEN
2. NO STANDING BUS STOP
3. OLD BS POLE AT IS, REPOSITIONING BS 12'
   SOUTH TO ITS FROM CORNER

SCALE 1" = 16'

D.O.T APPROVAL:

DATE

N

LOCATION:                SE WADSWORTH AVE. @ W. 181 STREET

PLANNING NUMBER:

DRAWING BY: TL         9/20/07

SENSITIVE:
LOCATION NEAR:
SIDEWALK:

NO
COMMERCIAL
CONCRETE

G · CE USA

Graybar Building 420 Lexington Ave, Suite 2533 New York, NY 10170. Ph: 646-312-8500

SHELTER    BUS SHELTER
BS         BUS STOP SIGN
BENCH*     BENCH
C          CATCH BASIN
CI         CELLAR EXIT
E          EMERGENCY SUBWAY EXIT
F          FENCE/RAILING
F          FIRE ALARM
F          FIRE HYDRANT
M          MAIL BOX
NEWS       NEWS STAND
           OIL INTAKE
           PARKING METER
           PLANTING AREA
           REVOLVING DOOR
R          RECEPTACLE (TRASH)
S          SEWER
           STREET LIGHT
           STREET LIGHT (WITH TRAFFIC SIGNAL)
           STAND PIPE
TB         TELEPHONE BOOTH
           TRAFFIC CONTROL UNIT (PHONE)
           TRAFFIC CONTROL UNIT (MEDIUM)
           TRAFFIC SIGNAL
           TRAFFIC SIGN
           TREE PIT
U          UTILITY POLE (WITH LIGHTS)
           VALVE (GAS OR WATER)
           VENT/GRATING
WGW        WALKDOWN/WALK



Looking south down east side of Wadsworth



Looking southwest from site



Looking northwest from site



Looking west from site

| NYC Dept of Transportation | Washington Heights APT Site 10/29/2007 | Neighborhood Photos Scale: N/A | Location & General Context |
|---|---|---|---|

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

**APPROVED: PRELIMINARY**

NOV 1 3 2007

THE ART COMMISSION

**APPROVED: FINAL**

NOV 1 3 2007

THE ART COMMISSION

CERTIFICATE

22997

FILE    6181

EXHIBIT    AA

### DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
Flushing; Lippmann Arcade (pedestrian plaza), between 39 Ave and Roosevelt Ave

| 20 | CITY COUNCIL DISTRICT # |
| 7 | COMMUNITY BOARD DISTRICT # |
|    | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise, the City will install 20 Automatic Public Toilets (APTs) throughout the City.  The APTs are self-cleaning and will be inspected twice daily.  Advertising is not permitted on APTs located in a city park.  The APT structure received Art Commission approval on July 24, 2006.

**CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:**

| | | |
|---|---|---|
| ☐ PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| ☐ GIFT OF WORK OF ART | ☐ | PRIVATE STRUCTURE |
| ☐ PURCHASE OF WORK OF ART | ☐ | MASTER PLAN |
| ☐ CONSERVATION OF WORK OF ART | | |
| ☐ REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:    $100,000

**ART COMMISSION ACTION REQUESTED:**

| | PRELIMINARY REVIEW | | | COURTESY REVIEW |
|---|---|---|---|---|
| | FINAL REVIEW - AMENDED | | | ADVISORY REVIEW |
| X | PRELIMINARY AND FINAL REVIEW | | | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM: Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:    New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE: [submitted under separate cover]

NAME: Adrian Benepe, Commissioner

City of New York Parks & Recreation

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE:

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

ART COMMISSION OF THE CITY OF NEW YORK

November 13, 2007

CERTIFICATE        22997

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, Lippmann Arcade, between 39th Avenue and Roosevelt Avenue, Queens, submitted by the Department of Transportation, represented by exhibits 6181-AA & AB of record in this matter, hereby gives to the same unanimous preliminary and final approval with the understanding that the area is well-used, and the location of the toilet, at the entrance to the arcade from the large public parking lot across the street, will not prevent people from entering the public space.

Final approval is conditioned upon commencement of work before November 13, 2009 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on November 13, 2007.

*Jackie Snyder*

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 3071

**New York City**
**Department of Transportation**

**Janette Sadik-Khan, Commissioner**

Office of the
**Queens Borough Commissioner**
30-30 Thomson Ave, 5th Floor North
Long Island City, New York 11101
Tel: 718/391-2705  Fax: 718/391-2709

Web: www.nyc.gov/dot

November 5, 2007

Jackie Snyder
Executive Director
Art Commission
City Hall, 3rd Floor
New York, New York 10007

Dear Ms. Snyder:

I am writing in reference to the New York City Department of Transportation's (DOT's) submission for an automatic public toilet (APT) at Lippmann Arcade in Flushing, Queens.

In early July, I attended a site visit with Councilman Liu, Community Board 7, the Downtown Flushing Business Improvement District, the Cemusa engineers and our DOT staff. We had an extensive walk-through of the downtown Flushing area and considered many sites. Based on technical capacity, pedestrian flow and the surrounding environment, it was unanimously determined that the location selected for the APT in the Lippmann Arcade was optimal. This proposed project has received enthusiastic support and is anxiously anticipated. We are confident that residents and visitors to the area will take advantage of this wonderful new amenity.

Please note that the Lippmann Arcade is a mid-block walkway between 39th Avenue and Roosevelt Avenue, specifically designed to facilitate pedestrian traffic between the retail and transit hubs. The Arcade is traversed by the majority of those who park at Flushing Lot #1 and all who use the Q13, Q16 and Q28 buses. Lippmann Arcade is the main walkway to the Flushing Main Street #7 subway station and to shopping along Roosevelt Avenue. It was recently renovated under management of the Economic Development Corporation and is an attractive, planted walkway between two major transit hubs.

We look forward to the Art Commission's support for this additional amenity for this area.

Sincerely,

Maura McCarthy
Borough Commissioner

c: Amanda Guma, Director of External Relations

DIAL
311  Government Services
& Information for NYC

APPROVED: PRELIMINARY
NOV 1 3 2007
THE ART COMMISSION

APPROVED: FINAL
NOV 1 3 2007
THE ART COMMISSION

Submission 22493
File # 6181
Exhibit AB
Certificate 22933

ART COMMISSION
OF THE CITY OF NEW YORK





Lippmann Arcade



Lippmann Arcade, looking south



Aerial map of proposed APT site



Lippmann Arcade, looking north



NYC Dept of Trans     Lippmann Arcade APT Site     Neighborhood Map & Photos     Location & General Context
10/29/2007                                          Scale: N/A





NYC Dept of Trans    Lippmann Arcade APT Site    Neighborhood Map & Photos    Location & General Context
10/29/2007    Scale: N/A

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| | | |
|---|---|---|
| APR 1 6 2007 | APPROVED: FINAL<br><br>APR 1 6 2007<br><br>THE ART COMMISSION | CERTIFICATE  2 2 8 0 6<br><br>FILE        1945<br><br>EXHIBIT      BV |

### DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:
Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
Madison Square Park; Madison Avenue north of 23rd Street, west side of street

| 3 | CITY COUNCIL DISTRICT # |
|---|---|
| 5 | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise the City will install 20 Automatic Public Toilets (APTs) throughout the city. The APTs are self-cleaning and will be inspected twice daily. If an APT is sited in a city park, advertising is not permitted on the structure. The APT structure received Art Commission approval on July 24, 2006.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | | | |
|---|---|---|---|
| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:            $100,000

ART COMMISSION ACTION REQUESTED:

| | | | |
|---|---|---|---|
| | PRELIMINARY REVIEW | | COURTESY REVIEW |
| | FINAL REVIEW - AMENDED | | ADVISORY REVIEW |
| X | PRELIMINARY AND FINAL REVIEW | | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

| |
|---|
| NAME: |
| FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc. |
| STREET ADDRESS:    100 Reade Street |
| CITY, STATE, ZIP CODE:       New York, NY  10003 |
| TELEPHONE, FAX, EMAIL:    212.791.2501 |

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

| |
|---|
| SIGNATURE |
| NAME |
| ADDRESS |
| TELEPHONE, FAX, EMAIL |

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

| |
|---|
| SIGNATURE: |
| NAME:  Kerry Gould-Schmit |
| DEPARTMENT OF TRANSPORTATION |

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE WITH JURISDICTION OVER PROPERTY.

| |
|---|
| SIGNATURE: *[signature]* |
| TITLE: Adrian Benepe, Commissioner, City Of New York Parks & Recreation |
| ADDRESS: The Arsenal, 830 Fifth Avenue, Central Park, New York, NY  10021 |

SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S
RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE
SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY
CONTACTING STAFF IN WRITING.

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:     100 Reade Street

CITY, STATE, ZIP CODE:        New York, NY  10003

TELEPHONE, FAX, EMAIL:     212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND
TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the
Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the
Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-
487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND
ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY
TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE:

NAME:

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE:   *Kerry Gould-Schmit*

TITLE: Kerry Gould-Schmit, Assistant Commissioner, Coordinated Street Furniture Franchise

ADDRESS: 59 Maiden Lane, 35th Floor, New York, NY 10038

ART COMMISSION OF THE CITY OF NEW YORK

April 16, 2007

CERTIFICATE    22806

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, Madison Square Park, west side of Madison Avenue between East 23rd Street and East 24th Street, Manhattan, submitted by the Department of Transportation and the Department of Parks & Recreation, represented by exhibits 1945-BV, BW & BX of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon the commencement of work before April 16, 2009 and the submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on April 16, 2007.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 3071

## Griffin, Meredith

| | |
|---|---|
| **From:** | Griffin, Meredith |
| **Sent:** | Thursday, March 22, 2007 3:41 PM |
| **To:** | 'scher@pentagram.com' |
| **Cc:** | 'rittner@pentagram.com'; Snyder, Jackie; West, Alicia |
| **Subject:** | Automatic Public Toilet Signage |
| **Contacts:** | Signe Nielsen FASLA |
| **Attachments:** | APT signage.pdf |

Dear Paula:

Attached for your review please find designs for the APT signage (see details below). We are still waiting for DOT to address some of our questions, but thought it would be helpful for you to take a look so that we could relay any comments to the applicant in time for them to respond before the April 16th meeting. Please let me know if you have any comments. Thank you!

**Design of a prototypical automatic public toilet, including signage, for installation citywide:**
- On 7/24/06, the design for a prototypical automatic public toilet for installation citywide received preliminary and final approval with the understanding that (1) the designers will continue to work with the Design Advisory Sub-Committee on the detailing of the APT, particularly the graphics and the door, and return to committee with a recommendation; and (2) the locations for the APTs will be submitted for review on an individual basis. The Commission commended the design that, through its thoughtful detailing (including the graphics and lighting), improves the aesthetics of the public streetscape, and thanked DOT for the opportunity to work collaboratively throughout the design process.
- The applicant has returned with the signage and operational details for the automatic public toilet.
- The signage program includes stainless steel lettering spelling "Toilet" on the upper laminated glass panels for easy identification. Bonded onto the laminated glass panel adjacent to the toilet entrance, the applicant also proposes to install an instructions panel made of stainless steel with white international symbols and text, Braille, lights that indicate use status (vacant, engaged, night closure and out of service) and coin and coin return slots.
- Per staff's requests, the applicant has confirmed that the entrance fee will be $0.25 and the hours of operation will be 8:00 AM to 8:00 PM in response to community feedback (though the hours can be adjusted if a special event is held in the park or during summer hours, etc.).
- Staff has requested that the applicant (1) confirm the proposed typeface and font size for the stainless steel lettering ("Toilet") on the upper laminated glass panels for easy identification; (2) confirm the depth of the stainless steel for the instructions panel and whether the typeface will match the stainless steel lettering; (3) submit details of the APT door; (4) submit revised elevations, which incorporate all proposed signage; and (5) clarify the need for two large service indicator lights in addition the indicator lights on the instructions panel.

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*

3/22/2007

**West, Alicia**

| | |
|---|---|
| **From:** | Griffin, Meredith |
| **Sent:** | Friday, March 23, 2007 1:29 PM |
| **To:** | West, Alicia |
| **Subject:** | FW: APT |

Attachments: signage 3.21.07.pdf

Please print this and the following two e-mails and include in the file. Thanks!

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

**From:** Guma, Amanda [mailto:aguma@dot.nyc.gov]
**Sent:** Friday, March 23, 2007 1:18 PM
**To:** Griffin, Meredith
**Cc:** Juhasz, Todd; West, Alicia; Gould, Kerry
**Subject:** APT

Hi Meredith,
Below are the answers to the remaining questions regarding the Madison Square Park APT from Cemusa. You'll
see that they're still waiting for more information on #6, which we will forward as soon as it comes in from Spain.

2. The stainless steel lettering ("Toilet") on the upper laminated glass panels will be in Helvetica typeface, and will
be 14 1/16 inches tall.
3. The depth of the stainless steel for the instructions panel will be 1/32", according to ADA requirements. The
typeface will also be Helvetica.
4. There will be no hardware on the door.
5. Drawing of revised elevations attached.
6. We are waiting on a response from Spain regarding the need for two service indicator lights. We will forward
that promptly.
8. Photographs of installed bus shelters attached on separate email (files too large).

Please let me know if you have any questions on this.
Also, will you need the new elevations on a board?

Thanks,
Amanda


Amanda Guma
Director of External Relations
Coordinated Street Furniture Franchise
59 Maiden Lane, 35th Floor
NY, NY 10038
aguma@dot.nyc.gov
ph: 212.839.2173


3/23/2007

-----Original Message-----
**From:** Gould, Kerry
**Sent:** Tuesday, March 20, 2007 12:38 PM
**To:** 'Griffin, Meredith'
**Cc:** Juhasz, Todd; West, Alicia; Guma, Amanda
**Subject:** RE: APT

Hello Meredith-
I sent the request off to Cemusa and Grimshaw and hopefully we can get the design answers by the deadline. Duncan and Jonas may be traveling so that could complicate a bit. I'll let you know.

There are a few items I can answer right now.

1. As of now all APTs will only be open from 8:00AM to 8:00PM. We can make adjustments to the timetable but there seemed to be concern from community and council members about overnight activity in the APT so we thought these hours would be a good test to start. If there is an event at the park or during summer months we can extend the hours. When the park was redesigned several years ago the recessed area was planned, concrete poured and fencing installed so we agreed with the Conservancy's and Park's recommendation because installing there causes the least disturbance to the park. There is vegetation along the sides of the recessed area and a large electrical box along the back that would have to be removed in order to create a path to access the APT from the parkside. There is a park exit/entrance path in close proximity to the spot and people on the sidewalk will see the APT as well.

7. The entrance fee is $.25.

9. The newsstands are in the works. This process is a lot more complicated then the shelters because we are working with all the individual business owners. We hope to see installations start in the end of June or early July.

Hope this helps.

Thanks,
Kerry

-----Original Message-----
**From:** Griffin, Meredith [mailto:mgriffin@cityhall.nyc.gov]
**Sent:** Tuesday, March 20, 2007 11:04 AM
**To:** Gould, Kerry
**Cc:** Juhasz, Todd; West, Alicia
**Subject:** APT

Dear Kerry:

We reviewed your submissions for the APT graphics and installation at Madison Square Park, and have the following questions/requests. Please respond by **12:00 PM tomorrow, March 21st**. Please feel free to contact me with any questions or concerns. Thank you.

1. Clarify why the APT will be located with on-street access (instead of through the Park), particularly given the limited hours of operation. It seems that an on-street APT should be open 24 hours/day. Have you considered this?
2. Confirm the proposed typeface and font size for the stainless steel lettering ("Toilet") on the upper laminated glass panels for easy identification.
3. Confirm the depth of the stainless steel for the instructions panel and whether the typeface will match the stainless steel lettering.
4. Submit details of the APT door. We understand that the doors will open and close automatically, but that there was some discussion of including hardware on the

3/23/2007

door anyway. What was the final decision?

5. Submit revised elevations, which incorporate all proposed signage.
6. Clarify why you need the two large service indicator lights as well as the indicator lights on the instructions panel.
7. Confirm the entrance fee, as the instructions panel shows that it is $.50 as opposed to the $.25 fee noted on the fact sheet.
8. Submit photographs of the installed bus shelters.
9. Update us the status of the newsstands, specifically whether any have been installed and, if not, when you anticipate the first installation.

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

*******************************************************************************************************

This message and any attachments are solely for the individual(s) named above and others who have been specifically authorized to receive such and may contain information which is confidential, privileged or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, copying, use or distribution of the information included in this message and any attachments is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments.

Thank you.


NYC - Department of Transportation

*******************************************************************************************************