**West, Alicia**

| | |
|---|---|
| **From:** | Griffin, Meredith |
| **Sent:** | Friday, March 23, 2007 1:29 PM |
| **To:** | West, Alicia |
| **Subject:** | FW: bus shelter photos for APT application |
| **Attachments:** | shelter.jpg |

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

**From:** Guma, Amanda [mailto:aguma@dot.nyc.gov]
**Sent:** Friday, March 23, 2007 1:25 PM
**To:** Griffin, Meredith
**Cc:** Juhasz, Todd; West, Alicia; Gould, Kerry
**Subject:** bus shelter photos for APT application

Meredith,
Attached is a photograph in reference to #8.
Thanks,
Amanda

Amanda Guma
Director of External Relations
Coordinated Street Furniture Franchise
59 Maiden Lane, 35th Floor
NY, NY 10038
aguma@dot.nyc.gov
ph: 212.839.2173

**************************************************************************************************

This message and any attachments are solely for the individual(s) named above and others who
have been specifically authorized to receive such and may contain information which is
confidential, privileged or exempt from disclosure under applicable law. If you are not the
intended recipient, any disclosure, copying, use or distribution of the information included
in this message and any attachments is strictly prohibited. If you have received this
communication in error, please notify us by reply e-mail and immediately and permanently
delete this message and any attachments.

Thank you.

## West, Alicia

**From:**        Griffin, Meredith
**Sent:**        Friday, March 23, 2007 1:29 PM
**To:**          West, Alicia
**Subject:**     FW: one more photo
**Attachments:** shelter w tiffany ad.jpg

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City·Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

**From:** Guma, Amanda [mailto:aguma@dot.nyc.gov]
**Sent:** Friday, March 23, 2007 1:26 PM
**To:** Griffin, Meredith
**Subject:** one more photo

Hi Meredith,
Sorry – the files have been too big for me to send together.
The last one…

Thanks,
Amanda

    -----Original Message-----
    **From:** Guma, Amanda
    **Sent:** Friday, March 23, 2007 1:25 PM
    **To:** 'Griffin, Meredith'
    **Cc:** Juhasz, Todd; 'West, Alicia'; Gould, Kerry
    **Subject:** bus shelter photos for APT application

    Meredith,
    Attached is a photograph in reference to #8.
    Thanks.
    Amanda

    Amanda Guma
    Director of External Relations
    Coordinated Street Furniture Franchise
    59 Maiden Lane, 35th Floor
    NY, NY 10038
    aguma@dot.nyc.gov
    ph: 212.839.2173





**Griffin, Meredith**

| | |
|---|---|
| **From:** | Guma, Amanda [aguma@dot.nyc.gov] |
| **Sent:** | Tuesday, April 03, 2007 4:47 PM |
| **To:** | Griffin, Meredith |
| **Subject:** | Indicator Lights on the APT |

**Attachments:** image009.gif; image010.gif; image011.gif; image012.gif; image013.gif; image014.gif

Hi Meredith,
Below is an explanation of the two sets of indicator lights on the APT.
Please let me know if you have any questions – or if the images do not forward.
Thanks very much,
Amanda



A.- Emergency Light:
    Red intermittent light with continuous acoustic sign.

B.- Door in movement:
    Yellow intermittent light with discontinuous acoustic sign.

C.- Vacant:
    Green continuous light.

D.- Occupied:
    Red continuous light.

E.- Out of order:
    White continuous light.

F.- Night out of order:
    Orange continuous light.

All these lamps will be after the glass, coinciding with the areas without back painting.

**************************************************************************************************************

This message and any attachments are solely for the individual(s) named above and others who
have been specifically authorized to receive such and may contain information which is
confidential, privileged or exempt from disclosure under applicable law. If you are not the
intended recipient, any disclosure, copying, use or distribution of the information included
in this message and any attachments is strictly prohibited. If you have received this
communication in error, please notify us by reply e-mail and immediately and permanently
delete this message and any attachments.

Thank you.


NYC - Department of Transportation

**************************************************************************************************************


**********************************************************
Este correo ha sido procesado por el antivirus del Grupo FCC
**********************************************************

**********************************************************
Este correo ha sido procesado por el antivirus del Grupo FCC.
**********************************************************

**Griffin, Meredith**

| | |
|---|---|
| **From:** | Griffin, Meredith |
| **Sent:** | Monday, April 02, 2007 12:50 PM |
| **To:** | 'Guma, Amanda' |
| **Subject:** | RE: APT |

Signage 3.21.07. Thanks!

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

**From:** Guma, Amanda [mailto:aguma@dot.nyc.gov]
**Sent:** Monday, April 02, 2007 12:42 PM
**To:** Griffin, Meredith
**Subject:** RE: APT

Hi Meredith,
Can you clarify which of these files (or both?) you want us to have mounted?
Please disregard the cover page on the APT Signage file.
Thanks,
Amanda

-----Original Message-----
**From:** Griffin, Meredith [mailto:mgriffin@cityhall.nyc.gov]
**Sent:** Monday, April 02, 2007 12:00 PM
**To:** Guma, Amanda
**Cc:** Juhasz, Todd; West, Alicia; Gould, Kerry
**Subject:** RE: APT

Dear Amanda:

We will be calendaring this project for the April 16th public agenda (time TBA). In preparation for this presentation, please address the following items by 5:00 PM tomorrow, April 3rd. Thanks!

1. Clarify the need for the two large service indicator lights as well as the indicator lights on the information panel. (I know you are already looking into this.)
2. Submit two loose and one mounted full-size drawings of the revised APT elevations, which should include the correct ($.25) entrance fee.

*Meredith Griffin*
*Project Manager*
*Art Commission*
*City Hall, 3rd Floor*

4/2/2007

*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgriffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

**From:** Guma, Amanda [mailto:aguma@dot.nyc.gov]
**Sent:** Friday, March 23, 2007 1:18 PM
**To:** Griffin, Meredith
**Cc:** Juhasz, Todd; West, Alicia; Gould, Kerry
**Subject:** APT

Hi Meredith,
Below are the answers to the remaining questions regarding the Madison Square Park APT from Cemusa. You'll see that they're still waiting for more information on #6, which we will forward as soon as it comes in from Spain.

2. The stainless steel lettering ("Toilet") on the upper laminated glass panels will be in Helvetica typeface, and will be 14 1/16 inches tall.
3. The depth of the stainless steel for the instructions panel will be 1/32", according to ADA requirements. The typeface will also be Helvetica.
4. There will be no hardware on the door.
5. Drawing of revised elevations attached.
6. We are waiting on a response from Spain regarding the need for two service indicator lights. We will forward that promptly.
8. Photographs of installed bus shelters attached on separate email (files too large).

Please let me know if you have any questions on this.
Also, will you need the new elevations on a board?

Thanks,
Amanda


Amanda Guma
Director of External Relations
Coordinated Street Furniture Franchise
59 Maiden Lane, 35th Floor
NY, NY 10038
aguma@dot.nyc.gov
ph: 212.839.2173


-----Original Message-----
**From:** Gould, Kerry
**Sent:** Tuesday, March 20, 2007 12:38 PM
**To:** 'Griffin, Meredith'
**Cc:** Juhasz, Todd; West, Alicia; Guma, Amanda
**Subject:** RE: APT

Hello Meredith-
I sent the request off to Cemusa and Grimshaw and hopefully we can get the design answers by the deadline. Duncan and Jonas may be traveling so that could complicate a bit. I'll let you know.

There are a few items I can answer right now.

1. As of now all APTs will only be open from 8:00AM to 8:00PM. We can make adjustments to the timetable but there seemed to be concern from community and council members about overnight activity in the APT so we thought these hours would be a good test to start. If there is an event at

the park or during summer months we can extend the hours. When the park was redesigned several years ago the recessed area was planned, concrete poured and fencing installed so we agreed with the Conservancy's and Park's recommendation because installing there causes the least disturbance to the park. There is vegetation along the sides of the recessed area and a large electrical box along the back that would have to be removed in order to create a path to access the APT from the parkside. There is a park exit/entrance path in close proximity to the spot and people on the sidewalk will see the APT as well.

7. The entrance fee is $.25.

9. The newsstands are in the works. This process is a lot more complicated then the shelters because we are working with all the individual business owners. We hope to see installations start in the end of June or early July.

Hope this helps.

Thanks,
Kerry

> -----Original Message-----
> **From:** Griffin, Meredith [mailto:mgriffin@cityhall.nyc.gov]
> **Sent:** Tuesday, March 20, 2007 11:04 AM
> **To:** Gould, Kerry
> **Cc:** Juhasz, Todd; West, Alicia
> **Subject:** APT
>
> Dear Kerry:
>
> We reviewed your submissions for the APT graphics and installation at Madison Square Park, and have the following questions/requests. Please respond by **12:00 PM tomorrow, March 21st**. Please feel free to contact me with any questions or concerns. Thank you.
>
> 1. Clarify why the APT will be located with on-street access (instead of through the Park), particularly given the limited hours of operation. It seems that an on-street APT should be open 24 hours/day. Have you considered this?
> 2. Confirm the proposed typeface and font size for the stainless steel lettering ("Toilet") on the upper laminated glass panels for easy identification.
> 3. Confirm the depth of the stainless steel for the instructions panel and whether the typeface will match the stainless steel lettering.
> 4. Submit details of the APT door. We understand that the doors will open and close automatically, but that there was some discussion of including hardware on the door anyway. What was the final decision?
> 5. Submit revised elevations, which incorporate all proposed signage.
> 6. Clarify why you need the two large service indicator lights as well as the indicator lights on the instructions panel.
> 7. Confirm the entrance fee, as the instructions panel shows that it is $.50 as opposed to the $.25 fee noted on the fact sheet.
> 8. Submit photographs of the installed bus shelters.
> 9. Update us the status of the newsstands, specifically whether any have been installed and, if not, when you anticipate the first installation.

> *Meredith Griffin*
> *Project Manager*

Message

*Art Commission*
*City Hall, 3rd Floor*
*New York, New York 10007*
*Ph (212) 788-3071*
*Fax (212) 788-3086*
*mgr:ffin@cityhall.nyc.gov*
*www.nyc.gov/artcommission*

*********************************************************************************

This message and any attachments are solely for the individual(s) named above and
others who have been specifically authorized to receive such and may contain
information which is confidential, privileged or exempt from disclosure under
applicable law. If you are not the intended recipient, any disclosure, copying, use or
distribution of the information included in this message and any attachments is
strictly prohibited. If you have received this communication in error, please notify
us by reply e-mail and immediately and permanently delete this message and any
attachments.

Thank you.


NYC - Department of Transportation

*********************************************************************************


*********************************************************************************

This message and any attachments are solely for the individual(s) named above and others who
have been specifically authorized to receive such and may contain information which is
confidential, privileged or exempt from disclosure under applicable law. If you are not the
intended recipient, any disclosure, copying, use or distribution of the information included
in this message and any attachments is strictly prohibited. If you have received this
communication in error, please notify us by reply e-mail and immediately and permanently
delete this message and any attachments.

Thank you.


NYC - Department of Transportation

*********************************************************************************

4/2/2007



Submission 228.06
File # 1045
Exhibit E-N
Certificate 22.806
ART COMMISSION
OF THE CITY OF NEW YORK

APR 1 6 2007

APPROVED. FINAL

THE ART COMMISSION
APR 1 6.36.7



# AUTOMATIC PUBLIC TOILETS

## APT Facts

- Self-cleaning after each cycle

- Serviced twice daily for inspection system maintenance.

- $0.25 to use

- Length of use cycle can be programmed (15 minutes)

- User receives an audio and visual warning when cycle is nearing end

- Door automatically opens at end of cycle; sensors detect when user has exited and door automatically closes for cleaning

- Open from 8:00AM – 8:00PM (time can be adjusted)

- Telephone communication directly to a security office

- Emergency panic buttons at waist and floor level

- Advertising not permitted on APTs located in parks



Recessed area adjacent to sidewalk

Side fence to be moved 7' south

Bench to be removed

Recessed area; west side of Madison north of 23rd St.

Madison Square Park APT Site

BROADWAY

CEMUSA

NEW YORK CITY





# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| APPROVED: PRELIMINARY<br><br>NOV 1 3 2007<br><br>THE ART COMMISSION | APPROVED: FINAL<br><br>NOV 1 3 2007<br><br>THE ART COMMISSION | CERTIFICATE  2 2 9 9 4<br><br>FILE  3 7 5<br><br>EXHIBIT  BM |

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT) installation; site review

PROJECT LOCATION/FULL STREET ADDRESS:
69th Street Pier; south side of Bay Ridge Ave, west of Shore Rd

| 43 | CITY COUNCIL DISTRICT # |
| 10 | COMMUNITY BOARD DISTRICT # |
|    | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
As part of the Coordinated Street Furniture Franchise, the City will install 20 Automatic Public Toilets (APTs) throughout the City.  The APTs are self-cleaning and will be inspected twice daily.  Advertising is not permitted on APTs located in a city park.  The APT structure received Art Commission approval on July 24, 2006.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | | | |
|---|---|---|---|
| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:                    | $100,000 |

**ART COMMISSION ACTION REQUESTED:**

| | |
|---|---|
| | PRELIMINARY REVIEW |
| | FINAL REVIEW - AMENDED |
| X | PRELIMINARY AND FINAL REVIEW |

| | |
|---|---|
| | COURTESY REVIEW |
| | ADVISORY REVIEW |
| | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:  Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:        New York, NY  10003

TELEPHONE, FAX, EMAIL:      212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE: **[submitted under separate cover]**

NAME:  Adrian Benepe, Commissioner

City of New York Parks & Recreation

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE: _Kerry Gerald Schmit_

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

ART COMMISSION OF THE CITY OF NEW YORK

November 13, 2007

CERTIFICATE    22994

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical automatic public toilet, 69th Street Pier, south side of Bay Ridge Avenue, west of Shore Road, Brooklyn, submitted by the Department of Parks & Recreation and the Department of Transportation, represented by exhibits 375-BK & BL of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before November 13, 2009 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on November 13, 2007.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK   10007 • (212) 788 • 3071

NYC Dept of Trans

69th St Pier APT Site
10/29/2007

Neighborhood Map & Photos
Scale: N/A

Location & General Context

Aerial map of proposed APT site

Looking west from site at 69th St Pier



Looking north from site



Northeast end of Shore Park bike path

THE ART COMMISSION
NOV 1 3 2007
APPROVED: PRELIMINARY

THE ART COMMISSION
NOV 1 3 2007
APPROVED: FINAL

ART COMMISSION
OF THE CITY OF NEW YORK

Submission: 22444
File #: 315
Exhibit: BL
Certificate: 22444

Dept. of Transportation

BUS STOP SIGN
BUS SHELTER
BENCH
CATCH BASIN
CELLAR EXIT
EMERGENCY SUBWAY EXIT
FENCE/RAILING
FIRE ALARM
FIRE HYDRANT
MAIL BOX
NEWS STAND
OIL INTAKE
PARKING METER
PLANTING AREA
REVOLVING DOOR
RECEPTACLE (litter)
SEWER
STREET LIGHT
STREET LIGHT (with traffic signal)
STAND PIPE
TELEPHONE BOOTH
TRAFFIC CONTROL UNIT (anchor)
TRAFFIC CONTROL UNIT (faucet)
TRAFFIC SIGNAL
TRAFFIC SIGN
TREE PIT
UTILITY POLE
VALVE (water or sewer)
VENT GRATING
WALK/DON'T WALK

LOCATION: SW Bay Ridge Ave. @ Belt Pkwy
PLANNING NUMBER:
DRAWING BY: TL          10/29/2007

SENSITIVE:          NO
LOCATION NEAR:     RESIDENTIAL
SIDEWALK:          CONCRETE

N

Shore RD
Belt Pkwy
Bay Ridge Ave.
Owls Head Water Plant E D.E.P.
Brick Pavement
promenade and bicycle path
New York Harbor
69 St. Pier
Scale: 1"=16'

D.O.T. APPROVAL:
DATE:

CEMUSA
Graybar Building 420 Lexington Ave. Suite 2530, New York, NY 10170, Ph: 646-512-6500

68th St. APT Site
10/29/2007

Site Plan
Scale: 1"=16'

Detailed Site Drawing

NYC Dept. of Transportation

69th St Pier APT Site
10/ 29/2007

Neighborhood Photos
Scale: N/A

Location & General Context



Facing site from north



Facing site from northeast



Facing site and bike path from north



Facing site from north



Facing site from north



Looking east from site



Looking west from site





Looking at site from end of bike path

NYC Dept of Transportation

69th St Pier APT Site
10/29/2007

Neighborhood Photos
Scale: N/A

Location & General Context

ART COMMISSION OF THE CITY OF NEW YORK

November 13, 2007

CERTIFICATE        22969

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical newsstand, north side of West 49th Street between Sixth Avenue and Seventh Avenue, Manhattan, submitted by the Department of Consumer Affairs, represented by exhibits 6895-A, B & C of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before November 13, 2009 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on November 13, 2007.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 3071

ART COMMISSION OF THE CITY OF NEW YORK

March 10, 2008

CERTIFICATE    23080

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical newsstand, southwest corner of 53rd Street and Seventh Avenue, Manhattan, submitted by the Department of Consumer Affairs, represented by exhibits 6894-A, B & C of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before March 10, 2010 and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on March 10, 2008.

Jackie Snyder
Executive Director

**ART COMMISSION OF THE CITY OF NEW YORK**

March 10, 2008

CERTIFICATE     23077

RESOLVED That the Art Commission, having considered designs for the installation of a prototypical newsstand, 407 Park Avenue South, northeast corner of Park Avenue South and East 28th Street, Manhattan, submitted by the Department of Consumer Affairs, represented by exhibits 4824-F, G & I of record in this matter, hereby gives to the same unanimous preliminary and final approval.

Final approval is conditioned upon commencement of work before March 10, 2010and submission of three (3) 8" x 10" color archival-quality photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on March 10, 2008.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK   10007 • (212) 788 • 3071

ART COMMISSION OF THE CITY OF NEW YORK

February 11, 2008

CERTIFICATE        23014

RESOLVED That the Art Commission, having considered designs for the installation of
a prototypical newsstand, southwest corner of Second Avenue and East 80th Street,
Manhattan, submitted by the Department of Consumer Affairs, represented by exhibits
6890-A, B, C & D of record in this matter, hereby gives to the same unanimous
preliminary and final approval.

Final approval is conditioned upon commencement of work before February 11, 2010
and submission of three (3) 8" x 10" color archival-quality photographs of the completed
project.

A true copy of resolution adopted by
the Art Commission at its meeting
on February 11, 2008.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 3071

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

```
APPROVED: PRELIMINARY        APPROVED: FINAL
                             w/ specif requires +
     JUL 2 4 2006             Comments of
                                JUL 2 4 2006
 THE ART COMMISSION          THE ART COMMISSION
```

CERTIFICATE 22514

FILE 6816

EXHIBIT E

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Bus Stop Shelter

PROJECT LOCATION/FULL STREET ADDRESS: Citywide

| All | CITY COUNCIL DISTRICT # |
| All | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
The Coordinated Street Furniture Franchise will result in the design, installation and maintenance of 3,500 bus stop shelters, 330 newsstands and 20 automatic public toilets on sidewalks throughout the five boroughs. A majority of the new bus stop shelters will replace the existing 3,200 bus stop shelters presently installed on city streets. The anticipated build out schedule for the bus stop shelters is 3,300 in five years. In exchange for this private investment in our streetscape the Franchisee is permitted to sell advertisements on the structures within narrowly defined limits.

## CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | | | |
|---|---|---|---|
| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:        $100,000,000

ART COMMISSION ACTION REQUESTED:

| | PRELIMINARY REVIEW | | COURTESY REVIEW |

| | FINAL REVIEW - AMENDED | | ADVISORY REVIEW |
|---|---|---|---|
| X | PRELIMINARY AND FINAL REVIEW | | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:    New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE:

NAME:

DEPARTMENT OF TRANSPORTATION

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Henkel-Schmit*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| | | |
|---|---|---|
| APPROVED: PRELIMINARY<br>JUL 2 4 2006<br>THE ART COMMISSION | APPROVED: FINAL<br>subject to, request + comments<br>JUL 2 4 2006<br>THE ART COMMISSION | CERTIFICATE 22515<br><br>FILE 6816<br><br>EXHIBIT F |

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Newsstand

PROJECT LOCATION/FULL STREET ADDRESS: Citywide

| All | CITY COUNCIL DISTRICT # |
|---|---|
| All | COMMUNITY BOARD DISTRICT # |

(PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD)

SCOPE OF PROJECT:
The Coordinated Street Furniture Franchise will result in the design, installation and maintenance of 3,500 bus stop shelters, 330 newsstands and 20 automatic public toilets on sidewalks throughout the five boroughs. A majority of the new newsstands will replace the existing 300 newsstands presently installed on city streets. The anticipated build out schedule for the existing newsstand inventory is three years. In exchange for this private investment in our streetscape the Franchisee is permitted to sell advertisements on the structures within narrowly defined limits.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | | | |
|---|---|---|---|
| ☐ | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| ☐ | GIFT OF WORK OF ART | ☐ | PRIVATE STRUCTURE |
| ☐ | PURCHASE OF WORK OF ART | ☐ | MASTER PLAN |
| ☐ | CONSERVATION OF WORK OF ART | | |
| ☐ | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:          $100,000,000

ART COMMISSION ACTION REQUESTED:
| X | PRELIMINARY REVIEW |   | COURTESY REVIEW |
|---|---|---|---|

| | FINAL REVIEW - AMENDED | | ADVISORY REVIEW |
| | PRELIMINARY AND FINAL REVIEW | | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:       New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE:

NAME:

DEPARTMENT OF TRANSPORTATION

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Gendel-Schmit*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002



APPROVED: PRELIMINARY
JUL 2 4 2006
THE ART COMMISSION

APPROVED: FINAL
w/understanding + comments
JUL 2 4 2006
THE ART COMMISSION

CERTIFICATE 22516

FILE 6816

EXHIBIT G

## DO NOT WRITE ABOVE THIS LINE

PROJECT TITLE:  Coordinated Street Furniture Franchise – Automatic Public Toilet (APT)

PROJECT LOCATION/FULL STREET ADDRESS: Citywide

| All | CITY COUNCIL DISTRICT # |
| All | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
The Coordinated Street Furniture Franchise will result in the design, installation and maintenance of 3,500 bus stop shelters, 330 newsstands and 20 automatic public toilets on sidewalks throughout the five boroughs. The Automatic Public Toilet will be a new amenity on city streets. In exchange for this private investment in our streetscape the Franchisee is permitted to sell advertisements on the structures within narrowly defined limits. If an APT is sited in a city park no advertising is permitted on the structure.

CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:

| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:          $100,000,000

ART COMMISSION ACTION REQUESTED:

| X | PRELIMINARY REVIEW |          | | COURTESY REVIEW |

☐ FINAL REVIEW - AMENDED
☐ PRELIMINARY AND FINAL REVIEW

☐ ADVISORY REVIEW
☐ CONCEPTUAL REVIEW

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:   Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:    100 Reade Street

CITY, STATE, ZIP CODE:       New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE:

NAME:

DEPARTMENT OF TRANSPORTATION

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Genild-Schmit*

TITLE: Assistant Commissioner, Coordinated Street Furniture

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003

# INTERAGENCY COMMUNICATION

**PROJECT:**

> Design of street furniture standards, including a bus shelter, newsstand and automatic public toilet, for installation citywide.

**FILE #: 6816**          ⊥ **COMMITTEE MEETING DATE:** 5/15/06

**MEMBERS PRESENT:**

| | | |
|---|---|---|
| ☐ Aycock | ✓ Menschel | ☐ Rosen |
| ✓ Brodsky | ☐ Milstein | ✓ Shelton |
| ✓ Freund | ✓ Nielsen | ☐ Stuckey |
| ✓ Kim | ✓ Pearsall | |

| STATUS | REVIEW | RECOMMENDATION |
|---|---|---|
| **Conceptual Approval** Date: <br> ☐ Revisions <br><br> **Preliminary Approval** Date: <br> ☐ Revisions <br><br> **Final Approval** Date: <br> ☐ Revisions | ☐ Courtesy <br> ☐ Informal <br> ☐ Advisory <br> ✓ Conceptual <br> ☐ Preliminary <br> ☐ Final <br> ☐ Preliminary & Final <br><br> ☐ Withdrawn | ✓ Full Commission <br> ☐ Consent <br><br> For: ☐ Conceptual <br> ✓ Preliminary <br> ☐ Final <br> ☐ Preliminary & Final <br><br> ☐ Reject <br> ☐ Return to Committee |

Department of Transportation Commissioner Iris Weinshall introduced the project and thanked the members of the Design Advisory Committee, particularly Commissioner Nielsen, followed by Toulla Constantinou, CEO of Cemusa. Duncan Jackson from Grimshaw then gave an overview of the conceptual designs for the bus shelter, newsstand and automatic public toilet, highlighting the consistent use of the portal frame and the glass roof as unifying elements of the street furniture line. He also pointed out that there are additional components, including an information kiosk, newsrack and trash receptacle that may be developed in the future. The committee was pleased with the designs, which members agreed were elegant and would have a positive impact on the streetscape. They appreciated the contemporary approach and were pleased that one line would be used throughout the entire city, including historic districts. The committee noted that it looked forward to reviewing the individual components at preliminary and final, as their designs are developed, and thanked the Department of Transportation and the project team for including them early in the design development process. The committee also requested a copy of the siting criteria for the placement of the APTs, which the Department of Transportation indicated was established through ULURP.

**cc:** Kerry Gould; Todd Juhasz

**Completed by:** J. Snyder
**Date:** 5/17/06

Please note that this communication is intended for interagency use only. Comments are provided as a courtesy to the recipient to ensure interagency coordination and are not meant to be used as a comprehensive record of what was discussed at the committee meeting.

# INTERAGENCY COMMUNICATION

**PROJECT:**  | Design of a prototypical newsstand for installation citywide.

**FILE #:** 6816 - I     **COMMITTEE MEETING DATE:** 6/28/06

**MEMBERS PRESENT:**

| | | |
|---|---|---|
| ✓ Aycock | ✓ Menschel | ☐ Rosen |
| ✓ Brodsky | ☐ Milstein | ✓ Shelton |
| ☐ Freund | ✓ Nielsen | ✓ Stuckey |
| ✓ Kim | ✓ Pearsall | |

| STATUS | REVIEW | RECOMMENDATION |
|---|---|---|
| **Conceptual Approval**<br>Date: 5/9/05<br>☐ Revisions<br><br>**Preliminary Approval**<br>Date:<br>☐ Revisions<br><br>**Final Approval**<br>Date:<br>☐ Revisions | ☐ Internal<br>☐ Courtesy<br>☐ Informal<br>☐ Advisory<br>☐ Conceptual<br>☐ Preliminary<br>☐ Final<br>✓ Preliminary & Final<br><br>☐ Withdrawn | ☐ Full Commission<br>✓ Consent<br><br>For: ☐ Conceptual<br>     ✓ Preliminary<br>     ☐ Final<br>     ☐ Preliminary & Final<br><br>☐ Reject<br>☐ Return to Committee |

The committee agreed to recommend preliminary approval of the newsstand with the revised roof detail with the understanding that the Design Advisory Sub-Committee will review (1) the lighting, both during the day and at night, and (2) the interior configuration options. Approval will be given with the request that the applicant consider the impact of the backlit signs on the neighborhoods in which they will be placed and adjust the light levels as needed. The committee also noted that the stainless steel marine shutter was a successful solution to the need for a security grille.

cc: Kerry Gould-Schmit     **Completed by:** J. Snyder
**Date:** 7/7/06

Please note that this communication is intended for interagency use only. Comments are provided as a courtesy to the recipient to ensure interagency coordination and are not meant to be used as a comprehensive record of what was discussed at the committee meeting.

# INTERAGENCY COMMUNICATION

**PROJECT:**

Design of an automatic public toilet for installation citywide.

**FILE #:** 6816-I    **COMMITTEE MEETING DATE:** 6/28/06

**MEMBERS PRESENT:**

| | | |
|---|---|---|
| ✓ Aycock | ✓ Menschel | ❑ Rosen |
| ✓ Brodsky | ❑ Milstein | ✓ Shelton |
| ❑ Freund | ✓ Nielsen | ✓ Stuckey |
| ✓ Kim | ✓ Pearsall | |

| STATUS | REVIEW | RECOMMENDATION |
|---|---|---|
| **Conceptual Approval** Date: 5/9/05 <br> ❑ Revisions <br><br> **Preliminary Approval** Date: <br> ❑ Revisions <br><br> **Final Approval** Date: <br> ❑ Revisions | ❑ Internal <br> ❑ Courtesy <br> ❑ Informal <br> ❑ Advisory <br> ❑ Conceptual <br> ❑ Preliminary <br> ❑ Final <br> ✓ Preliminary & Final <br><br> ❑ Withdrawn | ❑ Full Commission <br> ✓ Consent <br><br> For: ❑ Conceptual <br> ✓ Preliminary <br> ❑ Final <br> ❑ Preliminary & Final <br><br> ❑ Reject <br> ❑ Return to Committee |

The committee agreed to recommend preliminary approval with the understanding that (1) the design team will continue to work with the Design Advisory Sub-Committee on the detailing of the APT, particularly the graphics and the door, and (2) locations for the APT will be submitted for review on an individual basis.

cc: Kerry Gould-Schmit

**Completed by:** J. Snyder
**Date:** 7/7/06

Please note that this communication is intended for interagency use only. Comments are provided as a courtesy to the recipient to ensure interagency coordination and are not meant to be used as a comprehensive record of what was discussed at the committee meeting.

# INTERAGENCY COMMUNICATION

**PROJECT:**

> Design of a prototypical bus shelter for installation citywide.

**FILE #:** 6816 I        **COMMITTEE MEETING DATE:** 6/28/06

**MEMBERS PRESENT:**

| | | |
|---|---|---|
| ✓ Aycock | ✓ Menschel | ☐ Rosen |
| ✓ Brodsky | ☐ Milstein | ✓ Shelton |
| ☐ Freund | ✓ Nielsen | ✓ Stuckey |
| ✓ Kim | ✓ Pearsall | |

| STATUS | REVIEW | RECOMMENDATION |
|---|---|---|
| **Conceptual Approval**<br>Date: 5/9/05<br>☐ Revisions<br><br>**Preliminary Approval**<br>Date:<br>☐ Revisions<br><br>**Final Approval**<br>Date:<br>☐ Revisions | ☐ Internal<br>☐ Courtesy<br>☐ Informal<br>☐ Advisory<br>☐ Conceptual<br>☐ Preliminary<br>☐ Final<br>✓ Preliminary & Final<br><br>☐ Withdrawn | ☐ Full Commission<br>✓ Consent<br><br>For: ☐ Conceptual<br>☐ Preliminary<br>☐ Final<br>✓ Preliminary & Final<br><br>☐ Reject<br>☐ Return to Committee |

The committee agreed to recommend preliminary and final approval with the understanding that the designer team will continue to explore the color(s) of the graphics panel, particularly the blue, with the Design Advisory Sub-Committee, and come back to the committee with a recommendation.

cc: Kerry Gould-Schmit

**Completed by:** J. Snyder
**Date:** 7/7/06

Please note that this communication is intended for interagency use only. Comments are provided as a courtesy to the recipient to ensure interagency coordination and are not meant to be used as a comprehensive record of what was discussed at the committee meeting.

# INTERAGENCY COMMUNICATION

**PROJECT:**

> **Design of a prototypical automatic public toilet for installation citywide.**

**FILE #:**    6816-  N                    **COMMITTEE MEETING DATE:** 4/16/07

**MEMBERS PRESENT:**

| | | |
|---|---|---|
| ☐ **Aycock** | ☐ **Nordenson** | ☐ **Simmons** |
| ☐ **Kim** | ☐ **Pearsall** | ☐ **Stuckey** |
| ☐ **Milstein** | ☐ **Polshek** | ☐ **Tenenbaum** |
| ✓ **Nielsen** | ✓ **Scher** | |

| STATUS | REVIEW | RECOMMENDATION |
|---|---|---|
| **Conceptual Approval** Date: ☐ Revisions | ☐ Internal<br>☐ Courtesy<br>☐ Informal<br>☐ Advisory<br>☑ Conceptual<br>☐ Preliminary<br>☐ Final<br>☐ Preliminary & Final<br><br>☐ Withdrawn | ☐ Full Commission<br>☐ Consent<br><br>For: ☐ Conceptual<br>   ☐ Preliminary<br>   ☐ Final<br>   ☐ Preliminary & Final<br><br>☐ Reject<br>☐ Return·to Committee |
| **Preliminary Approval** Date: 7/24/06 ☐ Revisions | | |
| **Final Approval** Date: 7/24/06 ✓ Revisions | | |

Per the conditions of approval; DOT submitted the signage details, which include (1) identification signage consisting of 14-1/16" H stainless steel letters that spell "Toilet" in Helvetica typeface on the upper laminated glass panels; and (2) bonded onto the laminated glass panel adjacent to the toilet entrance, an instruction panel made of 1/32" D stainless steel with white international symbols and text in Helvetica typeface, Braille, lights that indicate use status (vacant, engaged, night closure, and out of service) and coin and coin return slots. Commissioners Nielsen and Scher reviewed the signage details and found them appropriate.

cc: Kerry Gould; Todd Juhasz                    **Completed by:** M. Griffin
                                                **Date:** 4/17/07

Please note that this communication is intended for interagency use only. Comments are provided as a courtesy to the recipient to ensure interagency coordination and are not meant to be used as a comprehensive record of what was discussed at the committee meeting.

ART COMMISSION OF THE CITY OF NEW YORK

July 25, 2006

CERTIFICATE        22514

RESOLVED That the Art Commission, having considered designs for a prototypical bus
shelter for installation citywide, submitted by the Department of Transportation,
represented by exhibits 6816-E, F & J of record in this matter, hereby gives to the same
unanimous preliminary and final approval with the understanding that the designers will
continue to explore the color(s) of the graphics panel, particularly the blue, with the
Design Advisory Sub-Committee, and return to committee with a recommendation. The
Commission commends the design that, through its thoughtful detailing (including the
graphics, seating and lighting), improves the aesthetics of the public streetscape, and
thanks the Department of Transportation for the opportunity to work collaboratively
throughout the design process. Commissioner Shelton recused herself.

Final approval is conditioned upon the commencement of work before July 24, 2008 and
the submission of black and white photographs of the completed project.

A true copy of resolution adopted by
the Art Commission at its meeting
on July 24, 2006.

Jackie Snyder
Executive Director

CITY HALL • NEW YORK NEW YORK  10007 • (212) 788 • 307

ART COMMISSION OF THE CITY OF NEW YORK

July 25, 2006

CERTIFICATE    22515

RESOLVED That the Art Commission, having considered designs for a prototypical newsstand for installation citywide, submitted by the Department of Transportation, represented by exhibits 6816-F, H & K of record in this matter, here by gives to the same unanimous preliminary and final approval subject to review of the lighting. Approval is also given with the request that the applicant consider the impact of the backlit signs on the neighborhoods in which they will be placed and adjust the light levels as needed. The Commission commends the design that, through its thoughtful detailing (including the graphics and lighting), improves the aesthetics of the public streetscape, and thanks the Department of Transportation for the opportunity to work collaboratively throughout the design process. Commissioner Shelton recused herself.

Final approval is conditioned upon the commencement of work before July 24, 2008 and the submission of black and white photographs of the completed project.

A true copy of resolution adopted by the Art Commission at its meeting on July 24, 2006.

*Jackie Snyder*

Jackie Snyder
Executive Director

ART COMMISSION OF THE CITY OF NEW YORK

July 25, 2006

CERTIFICATE     22516

RESOLVED That the Art Commission, having considered designs for a prototypical automatic public toilet for installation citywide, submitted by the Department of Transportation, represented by exhibits 6816-G, H & L of record in this matter, hereby gives to the same unanimous preliminary and final approval with the understanding that (1) the designers will continue to work with the Design Advisory Sub-Committee on the detailing of the APT, particularly the graphics and the door, and return to committee with a recommendation; and (2) the locations for the APTs will be submitted for review on an individual basis. The Commission commends the design that, through its thoughtful detailing (including the graphics and lighting), improves the aesthetics of the public streetscape, and thanks the Department of Transportation for the opportunity to work collaboratively throughout the design process. Commissioner Shelton recused herself.

Final approval is conditioned upon the commencement of work before July 24, 2008 and the submission of black and white photographs of the completed project.

A true copy of resolution adopted by
the Art Commission at its meeting
on July 24, 2006.

*Jackie Snyder*

Jackie Snyder
Executive Director



## MATERIALS

- Stainless Steel, AISI 304, Satin #4

- Carbon Steel, A42b

- Galvanized Steel, A42b

- Laminated, Tempered Glass

- Tempered Glass

- Anodized Aluminum, 6063-T5

- Neoprene Gaskets

- Brass

- Metacrilate

- Nylon

- Wood

- EPDM Rubber Joints

- Cast Aluminum, L-2560







# ART COMMISSION OF THE CITY OF NEW YORK

APPLICATION FORM/REVISED JUNE 2002

| DESIGN ADVISORY COMMITTEE SEE MEETING NOTES + STATUS REPORTS: 1/24/05, 12/1/05, 1/13/06, 1/27/06, 2/17/06, 3/3/06, 3/24/06, 5/9/06 | CERTIFICATE |
| | FILE |
| | EXHIBIT |

**DO NOT WRITE ABOVE THIS LINE**

PROJECT TITLE: Coordinated Street Furniture Franchise

PROJECT LOCATION/FULL STREET ADDRESS: Citywide (see attached list for borough distribution of existing structures)

| All | CITY COUNCIL DISTRICT # |
| All | COMMUNITY BOARD DISTRICT # |
| | (PLEASE ATTACH ANY COMMENTS FROM COMMUNITY BOARD) |

SCOPE OF PROJECT:
The Coordinated Street Furniture Franchise will result in the design, installation and maintenance of 3,500 bus stop shelters, 330 newsstands and 20 automatic public toilets on sidewalks throughout the five boroughs. A majority of these new structures will replace the existing 3,200 bus stop shelters and 285 newsstands presently installed on city streets. The City also has the option to install public service structures which include trash receptacles, multi-rack newsracks and information/computer kiosks. In exchange for this private investment in our streetscape the Franchisee is permitted to sell advertisements on the structures within narrowly defined limits.

**CHECK ONE CATEGORY ONLY APPLICABLE TO YOUR PROJECT:**

| | | | |
|---|---|---|---|
| | PERCENT FOR ART PROJECT | X | PUBLIC STRUCTURE |
| | GIFT OF WORK OF ART | | PRIVATE STRUCTURE |
| | PURCHASE OF WORK OF ART | | MASTER PLAN |
| | CONSERVATION OF WORK OF ART | | |
| | REMOVAL/RELOCATION OF WORK OF ART | | |

ESTIMATED COST OF PROJECT:                    $100,000,000

**ART COMMISSION ACTION REQUESTED:**

| | |
|---|---|
| | PRELIMINARY REVIEW |
| | FINAL REVIEW - AMENDED |
| | PRELIMINARY AND FINAL REVIEW |

| | |
|---|---|
| | COURTESY REVIEW |
| | ADVISORY REVIEW |
| X | CONCEPTUAL REVIEW |

**SUBMISSIONS WILL NOT BE ACCEPTED IF INCOMPLETE. IT IS THE APPLICANT'S RESPONSIBILITY TO SUBMIT THE NECESSARY MATERIALS. IF ADDITIONAL MATERIALS ARE SENT SEPARATELY, ARRANGEMENTS MUST BE MADE IN ADVANCE OF DEADLINES BY CONTACTING STAFF IN WRITING.**

ARCHITECT, LANDSCAPE ARCHITECT, ARTIST, ENGINEER OR FIRM WHOSE DESIGNS ARE SUBMITTED:

NAME:

FIRM:  Nicholas Grimshaw Partners on behalf of Cemusa, Inc.

STREET ADDRESS:   100 Reade Street

CITY, STATE, ZIP CODE:     New York, NY  10003

TELEPHONE, FAX, EMAIL:    212.791.2501

IF PROJECT IS A PRIVATE STRUCTURE, PLEASE INCLUDE SIGNATURE, NAME, ADDRESS, AND TELEPHONE NUMBER OR OWNER OF STRUCTURE:

SIGNATURE

NAME

ADDRESS

TELEPHONE, FAX, EMAIL

DISTINCTIVE SIDEWALK AND OTHER STREET FURNITURE APPLICATIONS:
Please attach copies of Builder's Paving Permit Receipt, or Revocable Consent Letter from the Department of Transportation or Department of Buildings.

ALL APPLICANTS: It is the applicant's responsibility to verify if a project should be reviewed by the Landmarks Preservation Commission. For information regarding landmark regulations, please call 212-487-6800.

IF OTHER CITY AGENCIES HAVE JURISDICTION OVER THIS PROPERTY, PLEASE LIST AND ATTACH LETTERS OR CERTIFICATES OF APPROVAL. IT IS THE APPLICANT'S RESPONSIBILITY TO DETERMINE WHAT APPROVALS ARE REQUIRED.

SIGNATURE:

NAME:

DEPARTMENT OF TRANSPORTATION

SIGNATURE AND ADDRESS OF CITY AGENCY HEAD OR THEIR DESIGNATED REPRESENTATIVE
WITH JURISDICTION OVER PROPERTY.

SIGNATURE: *Kerry Donald Schmit*

TITLE: Deputy Policy Advisor

ADDRESS: 40 Worth Street, Room 1009, New York, NY 10003



Coordinated Street Furniture Franchise
Fact Sheet

**What is the Coordinated Street Furniture Franchise?**
A private entity manufactures, installs and maintains the street furniture structures in exchange for the right to sell advertising within narrowly defined limits. In addition, the company pays the City for this right.

**Structures included in the Franchise:**
3,500 Bus Stop Shelters
330 Newsstands + growth
20 Automatic Public Toilets
Option for: Trash receptacles, information/computer kiosks and multi-rack newsracks

**Distribution of existing structures:**

| Borough | Bus Stop Shelters | Newsstands | Automatic Public Toilets |
|---|---|---|---|
| Brooklyn | 822 | 14 | 0 |
| Bronx | 522 | 16 | 0 |
| Manhattan | 694 | 241 | 0 |
| Queens | 951 | 14 | 0 |
| Staten Island | 190 | 0 | 0 |